

# TROY H. WILSON, ESQUIRE
## Attorney at Law

215 S. Broad Street • 2nd Floor • Philadelphia • Pennsylvania | Phone: (215) 985-4566 | www.wilsonandwilsonesq.com

February 4, 2019

**FAX TRANSMISSION (267) 299-5056**

Honorable Judge Mitchell S. Goldberg
United States District Court
Eastern District of Pennsylvania
601 Market Street
Chambers 7714
Philadelphia, PA 19106

FILED
FEB 05 2019
KATE BARKMAN, Clerk
By JGL Dep. Clerk

**RE: _Rena Abran vs. City of Philadelphia, etal_; Case#:2018-1107;**

Dear Judge Goldberg:

  As per your most recent court order the defendants (Corizon and Nurse Orgasan) have now decided to forego moving forward with their 12(b)(6) motion and have now decided to provide an Answer to the Plaintiff's Amended Complaint on or before February 6, 2019. Additionally, the parties have agreed to formally request that this honorable court grant a 60 day time extension to conduct additional discovery in reference to this matter.

  We now await your honor's reply. Thank you in advance.

Very truly yours,

TROY H. WILSON, ESQ.

THW/me
cc: Lisa Cauley, Esquire
  Thomas Gregory, Esquire
  Mark Maguire, Esquire

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS | |
|---|---|---|---|---|---|
| February 4, 2019 at 4.33:24 PM EST | 2159854607 | 49 | 2 | Received | |
| 02/04/2019 17:27 2159854607 | | | | | PAGE 01/02 |

# TROY H. WILSON, ESQUIRE, LLC

Attorney at Law
215 South Broad Street - 2nd Floor
Philadelphia, Pennsylvania 19107
(215) 985-4566 - (215) 985-4607 Fax

## FACSIMILE TRANSMISSION SHEET

To: Honorable Judge Mitchell S. Goldberg          Fax #: (267) 299-5056

From: Troy H. Wilson, Esquire

Date: 2/4/19                                      Time: N/A

Number of Pages: 2 Including Cover Sheet

Client/Case Matter: *Rena Abran vs. City of Philadelphia, etal; Case#:2018-1107;*

COMMENTS:

IF COPY IS ILLEGIBLE OR INCOMPLETE

PLEASE CALL (215) 985-4566

This information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S Postal Service.