LAW OFFICES
## O'CONNOR KIMBALL, LLP
TWO PENN CENTER PLAZA, SUITE 1100
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
(215) 564-0400
FAX (215) 564-1973

LISA A. CAULEY
lcauley@okllp.com

NEW JERSEY OFFICE
51 HADDONFIELD ROAD, SUITE 330
CHERRY HILL, NJ 08002
(856) 663-9292
FAX (856) 663-6566

WEBSITE: www.oconnorkimball.com

July 9, 2019

**FILED**
JUL 09 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

<u>Via Fascimile: (267) 299-5056</u>
The Honorable Mitchell S. Goldberg
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 7614
601 Market Street
Philadelphia, Pennsylvania 19106-1797

Re: *Rena Abran for Estate of Gene Wilson v. Corizon Health, Inc., et. al.*
USDC, No. 18-1107-MSG
Our File No. 210-1727

Dear Judge Goldberg:

We represent Defendants Corizon Health, Inc. and Marilou Orgasan, R.N. in the above-referenced matter. Please be advised that we do intend to file a response in opposition to Plaintiff's Motion to Compel filed on July 2, 2019 (Doc. No 75) by this Wednesday, July 10, 2019.

Respectfully,

O'CONNOR KIMBALL LLP

Lisa A. Cauley

LAC.alk
cc: Troy H. Wilson, Esquire (via e-mail: troyhwilsonesq@att.net)
Mark Maguire, Esquire (via e-mail: mark.maguire@phila.gov)