# TROY H. WILSON, ESQUIRE
## Attorney at Law

215 S. Broad Street • 2nd Floor • Philadelphia • Pennsylvania | Phone: (215) 985-4566 | www.wilsonandwilsonesq.com

September 5, 2019

Honorable Judge Mitchell S. Goldberg
United States District Court
Eastern District of Pennsylvania
601 Market Street
Chambers 7714
Philadelphia, PA 19106

RE: *Rena Abran vs. City of Philadelphia, etal*; Case#:2018-1107;

Dear Judge Goldberg:

After reviewing your most recent, updated, case Management Order in reference to the above-captioned civil rights case and conferring with counsel for all parties we realized that your honor inadvertently failed to address the Plaintiff's motion to compel Corizon to provide me with discoverable documents currently in their possession which they refuse to provide based on an asserted privilege claim. The defendant Corizon also filed a formal response to Plaintiff's aforementioned discovery request. Given the above the parties respectfully request that this one, remaining and unresolved issue be disposed of since the parties agree that the discovery in Corizon's possession is relevant to the above-captioned matter. We do however differ on whether or not said discoverable material is privileged or not.

We await your reply to this request at your earliest convenience.

Very truly yours,

*Troy H. Wilson*

TROY H. WILSON, ESQUIRE

THW/me
cc: Lisa Cauley, Esquire
    Mark Maguire, Esquire
    Thomas Gregory, Esquire
    Cassidy L. Neal, Esquire