## Re: Abran/Wilson v. Oluwabusi

From: Troy Wilson (troyhwilsonesq@att.net)

To: cneal@mbo-pc.com

Date: Thursday, December 19, 2019, 10:33 AM EST

Cassidy: Just doing some follow up. You never provided me with a response to the Plaintiff's discovery requests that were submitted to you many weeks ago. Whats the status of the response as my expert can't provide a report without responses to the same...

Troy H. Wilson, Esquire 215 S. Broad Street, 2nd Floor Philadelphia, PA 19107 O(215) 985-4566 troyhwilsonesq@att.net THIS ELECTRONIC TRANSMISSION, AND ANY ATTACHED DOCUMENT(S) AND/OR FILE(S), IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. IT IS INTENDED FOR THE SOLE USE OF THE INDIVIDUALS TO WHOM IT IS ADDRESSED. ANY FURTHER DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER AND DESTROY THE MESSAGE (AND ANY ATTACHED DOCUMENTS AND FILES) IMMEDIATELY. Troy H. Wilson, Esquire IS NOT LIABLE FOR ANY USE OR MISUSE CONTRARY TO THESE DIRECTIONS. THANK YOU.

On Wednesday, December 18, 2019, 04:04:58 PM EST, Cassidy Neal <cneal@mbo-pc.com> wrote:

All,

Please see the attached CV and report of Kelly Coffman, MD.

Thanks,
Cassidy

Cassidy L. Neal, Esq. | Matis Baum O'Connor, P.C.
912 Fort Duquesne Blvd | Pittsburgh, PA 15222
Phone 412-338-4717 | Cell 412-770-6911 | Fax 412-338-4742
www.mbo-pc.com

If you received this e-mail in error, please immediately notify the sender and delete the original message and all copies. If you are not the intended recipient, you are not authorized to keep, use, disclose, copy, or distribute this e-mail without the author's prior permission. This message may contain information that is confidential and/or subject to the attorney-client privilege.