UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| Rena Abram, etal | Plaintiff, | : | CIVIL ACTION |
| vs. | | : | NO: 18-cv-1107 |
| City of Philadelphia, et al.; | Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Troy H. Wilson, Esquire, attorney for the Plaintiff do assert and submit that I served a copy of the within Motion to For Extension of Time to the below parties by way of e-filing and email on the below listed date:

Mark Maguire
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19107

Lisa Cauley, Esquire
Thomas Gregory, Esquire
O'Connor Kimball, LLP
Two Penn Center Plaza,
Suite 1100
1500 J.F.K. Boulevard
Philadelphia, PA 19102

Cassidy Neal, Esquire
Matis Baum O'Connor, P.C.
912 Fort Duquesne Blvd.
Pittsburgh, PA 15222

_/s/ Troy H. Wilson_
Troy H. Wilson, Esquire

DATE: January 27, 2020