UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA


RENA ABRAN                          :
                                    :
        vs.                         :
                                    :
CITY OF PHILADELPHIA, ET AL.   : NO: 2:18-cv-01107



- - -

Philadelphia, Pennsylvania
Thursday, October 25, 2018

- - -


ORAL DEPOSITION of WARDEN CATHY TALMADGE,
taken pursuant to notice, held in the offices of
Strehlow Court Reporting, 1515 Market Street, Suite
1045, Pennsylvania 19102 commencing at 9:58 a.m.,
before Angela M. King, RPR, Court Reporter - Notary
Public there being present.

- - -


STREHLOW & ASSOCIATES
FULL SERVICE COURT REPORTING AGENCY
54 FRIENDS LANE, SUITE 116
NEWTOWN, PENNSYLVANIA 18940
(215) 504-4622
SERVING NJ, PA, NY & DE

1
2      A P P E A R A N C E S
3
4   LAW OFFICES OF TROY WILSON
    BY: TROY WILSON, Esquire
5   215 South Broad Street, 2nd Floor
    Philadelphia, Pennsylvania 19107
6   Phone: (215) 985-4566
    Email: troyhwilsonesq@att.net
7     Representing the Plaintiff
8
9
10  CITY OF PHILADELPHIA LAW DEPARTMENT
    BY: MARK J. MAGUIRE, Esquire
11  1515 Arch Street, 14th Floor
    Philadelphia, Pennsylvania 19102
12  Phone: (215) 683-5361
    Email: mark.maguire@phila.gov
13    Representing the Defendant
14
15
16
17
18
19
20
21
22
23
24

1        I N D E X
2
3   WITNESS                    PAGE
4   WARDEN CATHY TALMADGE
5
6   EXAMINATION
7   BY: MR. WILSON                   4
8
9
10       E X H I B I T S
11  NUMBER    DESCRIPTION         PAGE
12  WILSON-1    TALMADGE MEMORANDUM    26
13
14
15
16
17
18
19
20
21
22
23
24

1            - - -
2          (It is agreed by and between counsel,
3   that reading, signing, sealing, filing and
4   certification are hereby waived and all objections,
5   except as to form of the questions, are reserved until
6   the time of trial.)
7            - - -
8            WARDEN CATHY M. TALMADGE, having been
9   duly sworn, was examined and testified as follows:
10           - - -
11         EXAMINATION
12           - - -
13  BY MR. WILSON:
14  Q.  I want to introduce myself.  My name is Troy
15  Wilson.  I'm the attorney who represents the plaintiffs
16  in reference to this particular federal civil lawsuit.
17      Few kind of general rules and regulations, and then
18  I will let your attorney chime in as well when I'm done
19  with my little spiel.
20      Generally, want to make sure you speak in a clear
21  voice.  Keep your voice up for the stenographer.
22  Please, try not to answer with grunts or moans or
23  uh-huh or uh-uh because no one knows that.  She can't
24  write that.  No one knows what that means.  If you

1   don't understand a question, just tell me you don't
2   understand the question.  If you'd like me to rephrase
3   the question because you don't understand it, please,
4   tell me to do so, and I will attempt to do so.
5       Essentially at a deposition -- and I am going to
6   get into that with you directly in a few moments.  At a
7   deposition, you are legally required to answer each and
8   every question to the best of your ability unless you
9   are instructed not to do so by your attorney.
10      Today, right now, are you taking any medication
11  that will preclude you from understanding my questions
12  or providing me with clear and truthful answers?
13  A.  No.
14  Q.  If you need to take a break, just let us know.  But
15  if want to take a break, the way it generally works is
16  you have to answer whatever question is put before you
17  at that moment.  Answer that question, and then you can
18  take a break.
19          MR. WILSON:  Just trying to think.
20          Anything else you want to add?
21          MR. MAGUIRE:  If it comes up, we'll
22  address it.
23          MR. WILSON:  Okay.  Yeah.  Not a
24  problem.  Give me one second.

BY MR. WILSON:

Q. We have your full name on the record. What's your educational background?

A. Bachelor of Science, Administration of Criminal Justice.

Q. Where is that? From the Philadelphia area or?

A. Number of schools. Indiana University, Temple. And I finished that University of Phoenix online.

Q. Okay. Your BA is from the University of Phoenix?

A. Yes.

Q. That's the other thing. I just remembered something else. Let's try to make sure we don't talk over each other. I will try.

What that means is, I have to put my question on the record first; and then, you can answer however you want to. And I will also make sure that when you are speaking, I will try not to interrupt you, okay?

Other than the University of Phoenix, the BA from the University of Phoenix, do you have any other advanced degrees?

A. No.

Q. Did you receive -- after you graduated from the University of Phoenix with your BA from the University of Phoenix, what did you do next?

A. Continued to work, took different courses through -- job-related courses.

Q. What kind of job-related courses?

A. Things like interpersonal communication skills, managerial skills, training, things of that nature.

Q. Okay. When did you begin work in the correctional facility field?

A. September 1983.

Q. Okay. And when did you graduate from University of Phoenix?

A. I believe it was 2011.

Q. Okay. So, you started working in the correctional field first before you got your BA?

A. Yes.

Q. Okay. So, when did you start working -- you said 1983?

A. Correct.

Q. Okay.

Where were you working?

MR. MAGUIRE: You look great, by the way.

(Group laughter.)

THE WITNESS: On State Road. I originally started at the House of Correction.

BY MR. WILSON:

Q. Yeah. I was going to say. There is a bunch of prisons on State Road. House of Corrections.

And what did you do at the House of Correction?

A. I was initially a correctional office with the female population.

Q. They have female population at the House of Correction and not at Riverside?

A. Originally, it was at the House of Correction in 1983.

Q. Because they had not built Riverside?

A. Correct.

Q. Okay. You worked in the House of Correction in the female side in 1983. And you worked there how long?

A. I really don't know. From the House of Correction then we built the modulars for the females, maybe 1985. And we still had the House of Correction for the females. So in between the two buildings I worked.

Q. Was that as a -- also during that time period, that was as a correctional officer?

A. Correct.

Q. What kind of training did you have as a correctional officer before you worked at, in 1983 at the House of Correction and at the modulars?

A. When you are hired, you go through training through the training academy, a 12-week training course at the training academy. And they teach you rules, regulations, general orders, how to work in that environment, things of that nature, first aid, self-defense classes.

Q. Right.

A. Numerous things.

Q. Did they teach you anything about how to deal with prisoners who may be suicidal in your training as a correctional officer?

A. So, let me think back to 1983 in my training. I really can't recall if it was labeled suicide training, suicide prevention. Just taught us about inmate behaviors. And in particular, I really can't say what type of inmate behaviors. But I just remember learning about inmate behaviors. I can't tell you what it is that I really learned in 1983.

Q. Okay. After -- you worked in that situation from '83 to about '85, am I correct or incorrect?

A. I'm really not sure when I promoted to Sergeant. I really can't tell you.

Q. Okay. You're promoted to Sergeant some time later. And what are your duties as Sergeant?

497a1d50-33fb-443e-a3c6-ccd11bffc918

1 A. As the Sergeant, it was my responsibility to
2 oversee correctional -- correctional officers are a
3 direct line staff. Everything --
4 Q. What does that mean?
5 A. The correctional officers are the first staff that
6 interact with the inmate population.
7 Q. Okay.
8 A. As a correctional Sergeant, it was my
9 responsibility to supervise those officers that are
10 interacting directly with the inmate population.
11 Q. Is that set up what's being done even now on State
12 Road with the prisons on State Road?
13 A. Yes. Correctional officers are the first line.
14 Q. And for the record, was that set up the same as it
15 was in 2016 when Gene Wilson was housed at the House of
16 Correction?
17 A. Define "set up the same way"? I'm confused on what
18 do you mean by that.
19 Q. Well, you just testified you said the Sergeants
20 basically supervise the correctional officers in the
21 day-to-day interactions with the prisoners.
22     Is that the -- did I rephrase it the right way?
23 A. Yes.
24 Q. My point -- excuse me.

1     My question was, is that set up, what you just
2 testified to, is that the way it was in 2016, say, at
3 the House of Correction?
4 A. Yes.
5 Q. Okay. All right. And how long are you a Sergeant
6 before you were promoted?
7 A. I think I was promoted to Lieutenant in 1991. I'm
8 not really sure.
9 Q. Okay.
10 A. Because I was out of work for couple years, so I
11 really don't remember when my actual promotion
12 occurred.
13 Q. It occurred, and you became a Lieutenant. Did
14 you -- where were you working as a Lieutenant?
15     Was it focused on one -- strike the question.
16     Was -- when you became a Lieutenant, was your work
17 focused on one particular prison, or doing work with
18 all the prisons up in State Road?
19 A. I know as a Sergeant I worked at the Detention
20 Center, Holmesburg. Got promoted to Lieutenant. I
21 believe I went back to the House of Correction, CFCF.
22 So, I was at House of Correction and CFCF as a
23 Lieutenant.
24 Q. And how long were you at the House of Correction

1 and CFCF as a Lieutenant?
2 A. I'm not sure the years.
3 Q. Several years?
4 A. Several years.
5 Q. Okay. And what did your job entail as a Lieutenant
6 now as opposed to a Sergeant?
7 A. As the Lieutenant, Lieutenant's position is
8 managerial at that point. We supervise Sergeants who,
9 in turn, are direct supervision for the inmate
10 population.
11 Q. Okay. And what was your next step after that,
12 after becoming a Lieutenant?
13 A. Correctional Captain.
14 Q. Okay. And how long were you a Correctional Captain
15 until you received another promotion?
16 A. I was Captain for about, maybe, seven years.
17 Q. Before we -- okay. As a Lieutenant, did you
18 receive any special training?
19 A. Yes. As Lieutenant, it was more administrative
20 work, more paperwork involved in reference to
21 correctional staff submitting paperwork. It went
22 through the Sergeant and from the Sergeant to the
23 Lieutenant. We dealt with commitments.
24 Q. What kind of commitments?

1 A. Lieutenants deal with inmate misconducts.
2 Officers -- an officer can submit an inmate misconduct.
3 Sergeant verifies the conduct. And then the Lieutenant
4 reviews it and determines what level this misconduct
5 may be.
6 Q. Do you have a formal hearing for that?
7 A. Yes.
8 Q. Or is it just you review paperwork, and then make a
9 determination?
10 A. Well, dealing with an inmate misconduct, the
11 Lieutenant can have an informal hearing if it is a
12 minor charge towards the inmate misconduct. Then that
13 Lieutenant has an informal hearing.
14 Q. Right.
15 A. If not, the Lieutenant still reviews it. And the
16 Lieutenant decides if this inmate misconduct should be
17 produced to the Disciplinary Hearing Officer, DHO, to
18 determine guilt or innocence.
19 Q. Right. What other -- what, if any, other kind of
20 training did you have as a Lieutenant?
21 A. Again, interpersonal communication skills,
22 administrative training, how to submit paperwork, how
23 to complete paperwork, how to deal with staff issues
24 and inmate issues.

497a1d50-33fb-443e-a3c6-ccd11bffc918

1    Q.  Okay.  And after Lieutenant, what did you become?
2    A.  Correctional Captain.
3    Q.  Okay.  And did you have any specialized training
4    when you became or prior to becoming Correctional
5    Captain?
6    A.  Yes.  I had NIC training.
7    Q.  What is that?
8    A.  National Institute of Corrections.
9    Q.  You had to go somewhere to receive that training?
10   A.  Yes.
11   Q.  Where did you have to go?
12   A.  I believe I was in Denver, Colorado.
13   Q.  How long did that training last?
14   A.  About a week.
15   Q.  What did that training entail?
16   A.  Can I go back?
17      You said something about you had to go away to
18   training.  I didn't have to go away to training.  I
19   requested to go away to training.
20   Q.  To Denver?
21   A.  Yes.  It's a training that I felt that I wanted to
22   pick up on.
23   Q.  So, you elected to go?
24   A.  Yes.

1    Q.  Okay.
2    A.  The training that is offered through PD -- PDP.
3    Q.  What is PDP?
4    A.  Philadelphia Department of Prisons.
5    Q.  Okay.
6    A.  Sorry.
7    Q.  That's all right.
8    A.  Acronyms.  That training consisted of, again,
9    managerial training to be supervising the Lieutenants,
10   the Sergeants, line staff.  As the Captain is more
11   administrative and is operational and administrative
12   work.
13      I believe I was initially an Operational Captain.
14   So, I just dealt with the basic operations of the
15   institution.  And then there was an Administrative
16   Captain that dealt with inmate grievances, hearings,
17   protective custody, things of that nature.
18   Q.  So, you didn't deal with that part of it.  You
19   dealt with the day-to-day administration?
20   A.  No, let me repeat.
21      There is an Administrative Captain and an
22   Operational.  So most of my Captain tenure was
23   operational.  I did have a little bit of administration
24   responsibilities when I worked with the females as a

1    Captain.
2    Q.  Okay.
3    A.  That consisted of assisting the Deputy Warden with
4    administrative hearings, learning the DHO process.  And
5    basically, all the inmate needs fall under the
6    Administrative Captains and Deputy Wardens.
7    Q.  What's the DHO process?
8    A.  Disciplinary Hearing Officer.
9    Q.  Okay.
10   A.  That's the process when an inmate is charged with
11   an infraction.
12   Q.  Right.
13   A.  Or violate any of the rules of the institution.
14   That he sits in front of formal hearing board, which is
15   Disciplinary Hearing Officer.  And the officer
16   determines from the information given and the facts
17   seen, the guilt or innocence of the inmate that's being
18   charged.
19   Q.  Okay.
20   A.  And if it goes -- if guilt is noted, then there is
21   a disposition that is put out through the DHO.
22   Q.  Okay.  Then you moved up again?
23   A.  Yes.
24   Q.  To?

1    A.  Deputy Warden.
2    Q.  Okay.  And on -- strike that.
3       In 2016, you were Deputy Warden at the House of
4    Correction; is that correct?
5    A.  No, that is not correct.
6    Q.  Okay.
7    A.  I was Deputy Warden at Alternative Special
8    Detention Central Unit, acronym ASDCU.  That is a
9    institution for community, minimum inmates, work
10   release inmates, things of that nature.
11   Q.  Can you describe a little bit better?  Community --
12   just describe what that entails.  Like, what does that
13   entail in relation to that job and your interaction
14   with the prisoners given that particular job position?
15   A.  Okay.  The inmates that are housed at ASCDU are
16   classified either community, which are inmates that can
17   go out and work in the community on grounds.  Things of
18   that nature.
19      Then we have the work release inmates that go out,
20   go to work every day and come back every evening or
21   whatever their work hours are.
22      And then we have minimum custody inmates that we
23   allow to go to other institutions to clean and things
24   of that nature.

497a1d50-33fb-443e-a3c6-ccd11bffc918

1  Q. Okay. And so essentially, you tell me if I'm right
2  or wrong, you were supervising those three groups of
3  inmates?
4  A. I was supervising the Captain, the Lieutenant, the
5  Sergeant.
6  Q. Who supervise those inmates?
7  A. Correct.
8  Q. Okay. And how long did you have that job?
9  A. I think I was there about three years.
10 Q. Okay. And that was for all of the prisons up on
11 State Road? It wasn't just like -- am I correct? It
12 wasn't -- you were supervising all of the prisoners, I
13 mean, strike that.
14    In your capacity with that particular job, it
15 didn't just relate to the House of Correction. It
16 related to the other prisons that are located up on
17 State Road; is that correct?
18 A. It didn't relate to any prison except for
19 Alternative Special Detention.
20 Q. What is it called?
21 A. ASDCU.
22 Q. Okay.
23    MR. MAGUIRE: Called ASD.
24    MR. WILSON: Right. That's the one I

1    think I heard.
2  BY MR. WILSON:
3  Q. You were focused just on ASD?
4  A. Correct.
5  Q. Okay. And that was your responsibility as Deputy
6  Warden at that time?
7  A. Yes.
8  Q. Okay. How long did you have that particular
9  responsibility before you moved onto other
10 responsibilities?
11 A. I was promoted to Warden in April, where we at,
12 2018?
13 Q. Yes.
14 A. April 2018. Until April 2018, I was at ASD.
15 Q. Do you remember when you became -- when you first
16 took that job at ASD, the Deputy Warden at ASD? What
17 year was that?
18 A. I believe either 2014. I think it was, like,
19 December 2014. I believe, 2015. I'm not really sure.
20 Q. Okay. Until approximately April of 2018. Okay.
21    In your capacity as a Deputy -- so you were the --
22 for the record, you were Deputy Warden at ASD in charge
23 of those particular units.
24    When Gene Wilson in 2016 when Gene Wilson was --

1  strike that.
2    Is it safe to say that you were the supervisor
3  of -- excuse me, the Deputy Warden of ASD in 2016,
4  correct?
5  A. Correct.
6  Q. Okay. What kind of specialized, if any,
7  specialized prison training did you receive in
8  reference to suicide attempt procedures -- prison
9  suicide attempt procedures?
10 A. I never received training on -- say again,
11 suicide --
12 Q. Suicide attempt procedures.
13 A. There was never any specialized training on suicide
14 behaviors. We -- I believe when I worked at RCF,
15 Riverside for the women.
16 Q. Yes.
17 A. We had a special unit -- maybe I need to go back.
18    ASD is not an institution where we have special
19 management housing. So if we have an inmate that is
20 considered to be suicidal through mental health, then
21 we transfer that inmate to an institution that handles
22 special management housing.
23    So when I was at RCF as a Captain, we had a
24 specialized unit there. And at that unit, the staff

1  that worked that unit was showing a film about
2  different disorders for the staff that work those
3  units.
4  Q. I'm not interested in the staff right now. I'm
5  interested in you.
6    Did you take a look at that film for example?
7  A. No, I did not.
8  Q. Okay. In reference to Gene Wilson, you are
9  obviously aware that there was a suicide attempt that
10 was unfortunately successful in 2016 relating to one
11 prisoner named Gene Wilson at the House of Correction,
12 correct?
13 A. Correct.
14 Q. Okay. Can you tell me how -- when did you first
15 become aware of this prisoner named Gene Wilson?
16 A. Gene Wilson was housed at ASD. I remember my
17 Lieutenant contacting me. He wanted to place Gene --
18 Q. Excuse me. Sorry to interrupt you. Can you please
19 put the name of the Lieutenant that you spoke to on the
20 record?
21 A. I'm not sure. I believe it was Lieutenant Thomson.
22 Q. Okay.
23 A. It was a three-to-eleven shift. And he contacted
24 me by phone to tell me that he had an inmate that

497a1d50-33fb-443e-a3c6-ccd11bffc918

Page 22

```
 1   wanted protective custody because he had been robbed on
 2   the street.  He owned a barbershop or something, and he
 3   had been robbed previously on the street.  And believed
 4   that the persons or person that robbed him were at ASD.
 5       However, he would not identify who the inmates
 6   were.
 7   Q.  You are getting all of this, what you just
 8   testified to, was not from you.  Was from Lieutenant
 9   Thomson?
10   A.  Yes, by phone.
11   Q.  Right.
12   A.  So, I told him that I wasn't comfortable with
13   putting him in protective custody because any inmate
14   can come up and say I want PC.  And I might be putting
15   him protective custody.  And the people that he's
16   frightened of can go right to protective custody, as
17   well.  And I told him, I said I want to place him at Ad
18   Seg.  I want to keep him safe.
19   Q.  You want to put him where?
20   A.  In Administrative Segregation.  I'm sorry.
21   Q.  Yeah.  We got -- okay.  Administrative Segregation.
22   A.  I didn't want anyone to be able to hurt him.
23   Q.  Did you -- were -- strike that.
24       Were you provided with any information, to the best
```

Page 23

```
 1   of your recollection, from Lieutenant Thomson about
 2   these so-called people?  Any information about the
 3   so-called people who may or may not want to hurt him?
 4   A.  He just said that the inmate would not identify who
 5   they were, but they were at ASD.
 6   Q.  Other than that, you had no information whatsoever
 7   about these individuals?
 8   A.  No.  I had no idea who they could be.
 9   Q.  Okay.  All right.  So as a result of this
10   conversation with -- did Lieutenant Thomson tell you
11   anything else to the best of your recollection?
12   A.  I can't remember all that we discussed on the
13   phone.
14   Q.  Did Lieutenant Thomson tell you that Mr. Wilson at
15   the time you spoke to Mr. Wilson, was feeling stressed
16   and had anxiety?
17       Do you remember him telling you anything like that?
18   A.  He may have.  I'm not sure or --
19   Q.  Sorry.  I didn't -- I apologize for interrupting
20   you.  Is that your answer?
21   A.  Yes.
22   Q.  Okay.  Or that Mr. Wilson had expressed illogical
23   ideas or was afraid for no reason?
24   A.  I do not recall that.
```

Page 24

```
 1   Q.  Okay.  Did Lieutenant Thomson also tell you, if you
 2   recall, whether or not he -- whether or not Mr. Wilson
 3   had told -- whether or not Mr. Wilson told him about
 4   threats that Lieutenant Thomson did not believe were
 5   real?
 6   A.  I do not recall that.
 7   Q.  Okay.  Because there is paperwork -- there is some
 8   internal prison paperwork that indicates from other
 9   staff members that all the things that I just talked
10   about were noted by other prison staff members.  That
11   he had -- he was anxious.  He was nauseous, for
12   example.  He had threats that did not seem to be real
13   either directly after, before or prior to the
14   conversation that you had with Lieutenant Thomson.
15       Were you aware of any of that?
16   A.  No.
17   Q.  Okay.  So as a result of this conversation with
18   Lieutenant Thomson, what, if anything, did you do next?
19   A.  I told him to place him into Administrative Seg,
20   see if he can get cleared.
21   Q.  Where is Administrative Segregation located?
22   A.  At the House of Correction.
23   Q.  Okay.  Why would -- why did you make the decision
24   to house him at the House of Correction as opposed to
```

Page 25

```
 1   somewhere else in the prison system?
 2   A.  Because the House of Correction has special
 3   management housing and his custody level.  Based on his
 4   custody level, he would go to the House of Correction
 5   for special management housing once he was clear.
 6   Q.  What was his custody level if you recall?
 7   A.  I really don't recall.
 8   Q.  Okay.  And you got to help me a little bit here.
 9   I'm not totally understanding.  You wanted to send him
10   to the House of Correction because they had a special
11   unit that would -- that you felt would assist
12   Mr. Wilson; is that correct?
13   A.  They had special management housing.  They had
14   Administrative Segregation housing at the House of
15   Correction for his custody level when --
16       MR. MAGUIRE:  I don't mean to step on --
17       is -- when you say special management, does that
18       include Protective Custody, Administrative
19       Segregation and Punitive Segregation?
20       THE WITNESS:  Yes.  Yes.
21   BY MR. WILSON:
22   Q.  So, you thought it would benefit, obviously,
23   Mr. Wilson going to the House of Correction --
24   A.  Yeah.
```

7 (Pages 22 to 25)

497a1d50-33fb-443e-a3c6-ccd11bffc918

Page 26

1  Q. -- for what you just stated?
2      Isn't it true that Lieutenant Thomson also told you
3  that Mr. Wilson had stated earlier to someone that he
4  wanted to either harm himself or harm others?
5  A. I'm not really sure.
6  Q. Okay. Give me one second, ma'am. We have
7  procedure to go through.
8      MR. WILSON: She is going to mark this.
9      (At this time, Exhibit Wilson-1 was
10  marked for identification.)
11      MR. WILSON: For the record, the witness
12  is taking a look at what's been previously
13  marked as Wilson-1. And counsel for the
14  plaintiff has shown this document to counsel for
15  the defendants. Who did, in discovery,
16  previously provide this particular document to
17  plaintiff's counsel.
18      THE WITNESS: Okay.
19  BY MR. WILSON:
20  Q. You have had an opportunity to take a look at
21  what's been marked as Wilson-1, correct, ma'am?
22  A. Correct.
23  Q. There is a signature here approximately on the
24  right -- upper, right side of this particular document.

Page 27

1      Can you tell me if that's your signature?
2  A. That is my signature.
3  Q. Just generally, can you tell me what this
4  particular Wilson-1 document is on the record?
5  A. This is a memorandum from myself to Lieutenant
6  Murray explaining the conversation that I had with
7  Lieutenant Thomson in reference to Inmate Wilson being
8  placed in Administrative Segregation.
9  Q. That conversation took place on or about March 25,
10  2016; is that correct?
11  A. Correct.
12  Q. You need to take a look at it again?
13  A. No, I'm fine.
14  Q. For the record, did you have an opportunity to read
15  this document?
16  A. Yes.
17  Q. Okay. Does your reading of this document refresh
18  your recollection about some additional facts that we
19  may have previously discussed?
20  A. Somewhat, yes.
21  Q. Okay. According to this -- give me one second,
22  please?
23      MR. MAGUIRE: Do you have copies?
24      MR. WILSON: I have one. Here it is.

Page 28

1      MR. MAGUIRE: Thank you.
2      MR. WILSON: Give me one moment, ma'am.
3      I'll be right with you.
4  BY MR. WILSON:
5  Q. After you having read -- is it -- strike that.
6      Today, is it Warden or Deputy Warden now?
7  A. Warden.
8  Q. Okay. I am going to get to that in a second. I
9  want to make sure that I give you your proper respect.
10      So, Warden, after reading Wilson-1, you said it
11  refreshes your recollection. And isn't it true in your
12  statement, you admitted that you were told that
13  Mr. Wilson wanted to either -- he was either going to
14  get hurt or he was going to harm someone else.
15      Does that refresh your recollection?
16  A. That's what my memo says, yes.
17  Q. And based in part on that or in spite of that,
18  depending on what your perspective is, you instructed
19  Lieutenant Thomson to place Mr. Wilson into
20  administrative placement because he would hurt himself
21  or hurt someone else; is that correct?
22  A. That's correct.
23  Q. By the way, that document in Wilson-1 down at --
24  direct your attention down at the bottom, there are

Page 29

1  words that are underlined.
2      Did you underline those words?
3  A. I must have. It's my memo.
4  Q. I don't know. This is part of what a deposition
5  is.
6  A. Yeah.
7  Q. And the words that are underlined, can you read
8  them on the record please that you underlined?
9  A. Would hurt himself or someone else.
10  Q. Uh-huh. And you had made this decision, you said,
11  based on the specs of administrative placement,
12  correct?
13  A. Correct.
14  Q. What were the specs of administrative placement
15  that you relied on in making this particular decision?
16  A. The inmate in the judgment of staff may, for any
17  reason, pose a threat to himself, herself, others or
18  the security of the facility.
19  Q. Is there -- are there particular or specific rules
20  and regulations that you relied on by number, for
21  example, in making this determination of placing
22  Mr. Wilson where you did?
23      Do you understand the question?
24  A. No, I don't.

8 (Pages 26 to 29)

497a1d50-33fb-443e-a3c6-ccd11bffc918

1  Q. Okay. Okay.
2      You wrote down that you relied on the words: "The
3  inmate and the judgment of staff may, for any reason,
4  pose a threat to himself, herself, others or the
5  security of the facility." I understand that's what
6  you wrote. It says what it says. I got you. No
7  problem with that.
8      What I am trying to find out is, if you recall,
9  what if any specific -- where did this wording come
10  from? Which particular internal prison rule or
11  regulation did this wording come from to the best of
12  your recollection?
13  A. It's from the policy for Administrative
14  Segregation. The definition of what is -- it's part of
15  the definition for Administrative Segregation
16  Placement.
17  Q. Okay. Do you recall the specific rule number or
18  regulation number?
19  A. No, I don't.
20  Q. Okay. Have you ever done depositions before?
21  A. Yes, I have.
22  Q. When was the last dep -- time that you performed a
23  deposition?
24  A. Maybe about four, five months ago.

1  Q. Was it in reference to a -- well, strike that.
2      In reference to your experience in doing
3  depositions, had you ever done depositions regarding
4  this kind of a case, a prison suicide kind of case?
5  A. Never prison suicide.
6  Q. Okay. Are your depositions that were done in the
7  past usually about what a prison correctional officer
8  saw and things of that nature?
9  A. Correct.
10  Q. Other than this particular rule that you stated in
11  your memorandum in reference to the attempted suicide
12  and subsequent death of Mr. Wilson, did you rely on any
13  other rules of -- prison rules and regulations in
14  making your determination that, hey, I'm going to put
15  this person in administrative placement at the House of
16  Correction?
17  A. Yes, I did.
18  Q. Which one?
19  A. Because he -- the protective custody that was asked
20  about by the Lieutenant, I didn't feel that I would be
21  able to keep away anyone that was trying to harm him if
22  I placed him in protective custody.
23      As I said before, anyone can come up and say I feel
24  threatened. Inmate AB is threatening me. I want PC.

1  And I could have ended up placing the person that he
2  feared the most in protective custody along with him.
3      Therefore, in Administrative Segregation, there is
4  less possibility of someone being able to hurt him in
5  Administrative Seg. Whereas in protective custody, the
6  opportunity would be there.
7  Q. Did that determination that you just talked about
8  or testified about, did you take it into consideration
9  as well what you stated in your report that he -- you
10  now had information that Mr. Wilson wanted to either
11  harm himself or harm others?
12      Was that factored into your determination or into
13  your decision to place this person into, essentially,
14  solitary confinement?
15  A. He wasn't being placed into solitary confinement.
16  Q. I'll rephrase.
17      Did that factor into your decision to place this
18  person into Administrative Placement at the House of
19  Correction?
20  A. The fact that when the Lieutenant told me that
21  Mr. Wilson, I guess, wanted to -- he may hurt
22  himself -- he may hurt someone else or himself, to
23  place him into Administrative Segregation was my
24  decision because I know he would see Mental Health.

1  Mental Health has the last determining factor on
2  whether a person goes into special management housing.
3  They determine if they are fit for the segregation.
4      I recommended it. And once they are interviewed by
5  mental health and medical, then that determination is
6  either agreed upon or not agreed upon.
7  Q. Okay. One second. Because you said he "may have".
8  You understand the word -- you used the word "may."
9      You are an intelligent woman. You said the word
10  may. He may have wanted to harm himself or others.
11  That means that there was only -- I got to put my
12  question on the record. That means there was only the
13  possibility.
14      Did you use the word "may" in your statement in
15  Wilson-1?
16  A. No, I did not.
17  Q. You used the word -- I am going to quote from you.
18  "He" -- meaning Mr. Wilson -- "would hurt himself or
19  someone else."
20      Is that -- are those the words you put in your
21  report?
22  A. Yes.
23  Q. Just for the record.
24  A. Yes.

| Page 34 | Page 36 |
|---|---|

**Page 34**

1    Q. Right. So in your report, it said he would hurt
2 himself or someone else. Not he "may" hurt himself or
3 someone else, correct?
4    A. Correct.
5    Q. Is it safe to say then, that based on your
6 recollection of this report, based on your conversation
7 with Lieutenant Thomson, you believed at that moment
8 prior -- directly prior to placing Mr. Wilson in
9 Administrative Placement at the House of Corrections,
10 that he would hurt himself or someone else because
11 that's what you were told by Lieutenant Thomson,
12 correct?
13    A. No, that's not correct. What I believed is that
14 when Lieutenant Thomson told me what he told me, I
15 thought about the Administrative Segregation Placement
16 Directive. And because it said that he -- if I believe
17 that someone may for any reason, I base it on that,
18 that he may. Because if he had did say he would,
19 doesn't mean he will. He may. And I based it on that
20 fact.
21    Q. Right. But you -- just for the record, these are
22 the words that you chose to put into your report,
23 correct?
24    A. Correct.

**Page 35**

1    Q. No one told you to put these particular words into
2 the report, correct?
3    A. Correct.
4    Q. Would you agree with me that using a word someone
5 "may" do something and someone "would" do something are
6 two different actions.
7     Isn't that correct?
8    A. Correct.
9    Q. Okay. Now, you testified that you were going to
10 put him in administrative -- you gave your reasons.
11 You put him in administrative protection. And then you
12 said, essentially, Mental Health would get involved and
13 then make a determination as to Mr. Wilson's mental
14 health.
15     Is that what your understanding was?
16    A. Okay. Yeah, I did say put him into Administrative
17 Segregation placement.
18    Q. Right.
19    A. Once anyone is referred for any kind of special
20 housing management placement, they have to be
21 interviewed and approved through Mental Health and
22 Medical before they can be placed into that
23 Segregation.
24    Q. And to the best of your recollection, was that

**Page 36**

1 interview with Mr. Wilson done prior to him being
2 placed in -- on D Block in Administrative Placement?
3    A. Had to be done, correct. Yes.
4    Q. I'm not asking -- that's a different question.
5 You're saying it had to be done. I understand that.
6     To the best of your independent recollection, was
7 it done?
8    A. I don't get to see -- I didn't get to see that
9 paperwork.
10    Q. Okay. Generally, you can talk to me -- you can't
11 talk to me about that specifically in relation to
12 Mr. Wilson because you don't really know. You are
13 saying under the rules and regulations, that's what was
14 supposed to have been done, correct?
15    A. Correct.
16    Q. Okay. So, how does it work? Just take me through
17 it.
18     So, you make the order, hey, we want to put him in
19 Administrative Placement. Do you then contact the
20 Mental Health Unit? Or do you have someone else, hey,
21 okay, I made me decision. Do you have someone else
22 contact the Mental Health Unit?
23    A. Normally, once the Lieutenant makes the decision,
24 it's normal -- the Lieutenant processes the paperwork.

**Page 37**

1 And sends the inmate to Mental Health to be
2 interviewed, sends the inmate to Medical to be
3 interviewed. And at that point, once he's okay'd by
4 Mental Health and Medical to be placed in special
5 management, he's transported to the Special Housing
6 Management Area.
7    Q. You said the Lieutenant makes the decision. Didn't
8 you make the decision for placement and not the
9 Lieutenant?
10    A. I said normally the Lieutenant.
11    Q. Right.
12    A. The Lieutenant called me.
13    Q. Right.
14    A. I told him to place him into Administrative
15 Segregation. At that point, I'm out of it. I don't --
16 anything else behind me telling him to place him into
17 Administrative Segregation, I don't -- I'm not privy to
18 seeing. I'm not aware of. I don't know who seen him
19 in Mental Health, who seen him in Medical.
20     The Lieutenant takes over that process.
21    Q. Okay. Right. Just so we're clear, I understand
22 what you just said this.
23     In this particular situation as relates to
24 Mr. Wilson, you were the one who took the

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

497a1d50-33fb-443e-a3c6-ccd11bffc918

1 responsibility for making the ultimate decision to say
2 I'm going to place Gene Wilson in Administrative
3 Placement, correct?
4    That's what it seems to say in your memo.
5 A. The way you are saying it -- okay, the Lieutenant
6 contacted me.
7 Q. Yes.
8 A. I told the Lieutenant, place him in Administrative
9 Segregation. At that point, the Lieutenant followed
10 the necessary steps and procedures to have him placed
11 into Administrative Segregation.
12 Q. Well, you believe he did because you just testified
13 you're not sure what happened after you made the
14 decision to instruct Lieutenant Thomson to place him
15 into Administrative Placement.
16    Correct or incorrect?
17 A. Well, he would not have been accepted into the
18 Administrative Segregation housing area had the
19 paperwork not been completed according to policy.
20 Q. Okay. According to -- but you have no personal
21 knowledge because you just testified to that. Okay.
22    But according to the general rules and regulations,
23 once that interview is done, I'm assuming -- you tell
24 me if I'm right or wrong as the then Deputy Warden --

1 that there is paperwork that's generated as a result of
2 this interview with the prisoner?
3 A. Which interview are we referring to?
4 Q. The one Mental Health talks to, for example, a
5 prisoner that you have determined needs to be placed in
6 Administrative Placement.
7 A. Yes.
8 Q. Okay. And if a determination -- okay.
9    Then the decision is ultimately made to place this
10 particular prisoner into Administrative Placement,
11 correct?
12 A. Correct.
13 Q. If a prisoner is determined by someone in the
14 prison to have mental health issue or some suicidal
15 issue or something like that, does ASD or House of
16 Correction have or some other prison on State Road, is
17 there a dedicated Mental Health Unit to deal with
18 prisoners who may have these issues?
19 A. Yes.
20 Q. Where would that unit be located?
21 A. Well, they have a mobile doctor that goes from
22 institution to institution as required. Meanwhile,
23 they have a social -- mental health social worker
24 that's on duty at the institutions to interview the

1 inmates.
2 Q. I am going to ask you about that in a second. You
3 said there a -- is there a physical structure to put
4 those particular types of prisoners is what I am asking
5 first?
6 A. Repeat the question.
7 Q. Sure. Okay. If prison officials make a
8 determination that someone has mental health -- a
9 prisoner, excuse me, obviously has mental health
10 problem and/or some suicidal problem or ideation, is
11 there a particular unit up on State Road in one of the
12 prisons where those kinds of prisoners are then
13 physically taken to?
14 A. If I may. You said prison administration. Prison
15 administration doesn't decide if a person has mental
16 health issues. That's a decision that is made by the
17 doctors if a person is having mental health issues. If
18 they do determine that a person has mental health
19 issues that are so severe, they require -- we do have a
20 mental health wing at our Philadelphia Prison Health
21 Service Wing. It's dedicated to mental health issues.
22 Q. Where is that wing physically located in reference
23 to, say, the House of Correction or ASD?
24 A. It's in the Detention Center.

1 Q. It's in the DC?
2 A. Yes.
3 Q. I know some acronyms, too.
4 A. Yes. It's in the Detention Center.
5 Q. Okay. Now to the best of your worker, was
6 Mr. Wilson -- excuse me, to the best of your
7 recollection, was Mr. Wilson seen by any sort of mobile
8 doctor?
9 A. To the best of my recollection or to the best of
10 what is supposed to be done?
11 Q. Uh-uh.
12 A. To the best of my recollection, again, yes. He
13 would have been seen, yes.
14 Q. I'm not asking about would have been seen. I'm
15 asking if you have independent recollection that he --
16 in this particular case, Mr. Wilson was seen by, say, a
17 mobile doctor?
18 A. No. I don't have any recollection.
19 Q. Okay. Other than that conversation with Lieutenant
20 Thomson, did you have a conversation with anyone else
21 in reference to Mr. Gene Wilson?
22 A. No.
23 Q. Okay. And just so I'm clear, why was the decision
24 made to transfer Mr. Wilson to -- from ASD to

497a1d50-33fb-443e-a3c6-ccd11bffc918

1 administrative placement in D Block as opposed to the
2 unit in the DC that you discussed?
3 A. Because special management housing --
4          MR. MAGUIRE: Hold on. Are you
5 asking about why he was sent to HOC as opposed
6 to the health service wing in DC?
7          MR. WILSON: Yeah. That's basically
8 what I'm saying. Because I'm just saying, he
9 was at ASD. The decision was made to put him in
10 D Block at the House of Correction. But there
11 was another unit at the DC.
12          MR. MAGUIRE: Okay. I'm going to object
13 to the form because it presupposes that she was
14 the one who made that determination.
15          But you may answer.
16          THE WITNESS: Okay.
17          I made the decision to have him placed
18 in Administrative Segregation placement. Which
19 for the inmates housed at ASD, that placement is
20 at the House of Correction.
21          Once the inmate -- that determination
22 was made for him to be placed in Administrative
23 Segregation, he was interviewed by Mental Health
24 who said that he was --

1 BY MR. WILSON:
2 Q. Well, you believe he should have been interviewed
3 by Mental Health because you don't have --
4 A. Right.
5 Q. On the record, we have to be clear. You don't have
6 a personal recollection that he was or was not, correct?
7 A. I recommended that the inmate be placed in
8 Administrative Segregation.
9 Q. Okay.
10    Just generally based on your training and your
11 experience, which -- yeah, your training and
12 experience, if you have an inmate, you get -- strike
13 that.
14    Based on your training and experience, if you have
15 a Lieutenant calling you and says, hey, I got an
16 inmate. He wants to -- he said he would hurt himself
17 or he would hurt someone else.
18    You follow me so far?
19 A. Correct.
20 Q. He also said that this inmate is showing anxiety.
21    Follow me so far?
22 A. I'm following you.
23 Q. Okay. The inmate is nauseous and is throwing up.
24 The inmate is -- let's see, has expressed illogical

1 ideas.
2          MR. MAGUIRE: I just want to object.
3          MR. WILSON: This is a hypothetical.
4          MR. MAGUIRE: Okay.
5          MR. WILSON: I'll --
6          MR. MAGUIRE: In this hypothetical, the
7 Lieutenant is communicating all of these things
8 that you are saying now?
9          MR. WILSON: Yeah.
10          MR. MAGUIRE: Okay.
11 BY MR. WILSON:
12 Q. Okay. And that this particular inmate is afraid
13 for no reason and told prison staff of physical threats
14 that were deemed to be unreal. If you had all of that
15 information from a Lieutenant, would you still have
16 made the same determination to place that particular
17 inmate into D Block in Administrative Placement?
18 A. Inmate, no. The inmate would have been referred.
19 Q. When you said -- just for the record, you have to
20 say referred to where?
21 A. An emergency referral would have been generated in
22 the computer. What that is, is it gives you all
23 different synopsis of complaints or inmate behavior.
24 And each one you click determines the level of mental

1 healthcare.
2    So in other words, if he say I want to hurt myself,
3 you click off the box. It will come up and go to
4 mental health for the inmate to be seen either
5 emergent, routine, expressed, whatever.
6    The inmate would be seen in Mental Health.
7 Q. Okay. But as a -- the then Deputy Warden, your
8 decision then would not have been to place that
9 particular inmate given what you were told by the
10 Lieutenant that I just listed. You would not place
11 that same person in Administrative Placement, or would
12 you have made the decision, no, I got to send this
13 particular inmate exhibiting these things that my
14 Lieutenant is telling me about, I would put him
15 somewhere else?
16    You understand the question?
17 A. I understand the question.
18 Q. Okay.
19 A. So hypothetically --
20 Q. Yes.
21 A. -- if I wanted to place that inmate into
22 Administrative Segregation --
23 Q. No. No. I'm asking what would you have done,
24 hypothetically given those particular factors, if a

497a1d50-33fb-443e-a3c6-ccd11bffc918

Page 46

1    Lieutenant had told you those particular factors?
2         MR. MAGUIRE:  Object to the form.
3         You can answer.
4         THE WITNESS:  The Lieutenant --
5    hypothetically, the Lieutenant wouldn't call me
6    to tell me about an inmate with these issues.
7    The Lieutenant would have done the emergency
8    referral.  That's nothing he would contact me
9    for.  It's a procedure for that.
10        If the inmate was displaying behavior or
11   ideologies and different behaviors, the
12   Lieutenant has procedure to follow.  That's not
13   a decision for me to make for inmate to go to
14   Mental Health.
15   BY MR. WILSON:
16   Q.  You just made a decision on Gene Wilson based on --
17   let me finish my question.  You can answer however you
18   like.
19        You just made a decision based on your memorandum
20   here, Wilson-1, on one particular prisoner, to place
21   that prisoner for some reason you stated here into
22   Administrative Placement at the House of Correction,
23   correct?  And that was based in large part on
24   information that you received from Lieutenant Thomson.

Page 47

1         Isn't that correct?  I'm asking just --
2    A.  No.  You're twisting this.  And I just want to be
3    clear that you're twisting this.
4         What I told the Lieutenant from the information
5    that he gave me, which is on that memorandum, is my
6    decision to have the inmate placed into Administrative
7    Segregation because I know that that inmate is going to
8    see Mental Health.  And he had -- any issues that he's
9    having, he would display them to Mental Health.
10        He has to be evaluated to be placed in any kind of
11   special management housing.
12   Q.  My question -- and I will go back to the
13   hypothetical.  I'm ask you in that hypothetical that
14   was just laid out to you.  If you had that additional
15   information, would you have still made -- would you
16   have still made the decision to recommend placing that
17   particular prisoner into Administrative Placement at
18   the House of Correction, or would you have sent that
19   particular prisoner somewhere else?
20        MR. MAGUIRE:  Object to the form.
21        You can answer.
22        THE WITNESS:  If I had that type of
23   information, I would still recommend for
24   Administrative Segregation.  However, I would

Page 48

1    have had him sent over to be an evaluation to
2    have an emergency referral put on him prior to
3    that to be sure that he could handle
4    Administrative Segregation.
5    BY MR. WILSON:
6    Q.  Give me one second.  I'm just going over some of my
7    notes.
8         Now if you have generally, based on your
9    experience -- you need to take a break?  You good?
10   A.  No, I'm fine.
11   Q.  In your experience as Deputy Warden 2016, prisoners
12   who were deemed to want to harm themselves or harm
13   others, they are generally -- I understand they are
14   given a mental health -- you are saying general rules,
15   they are given mental health evaluation.
16        Are they then, depending on the evaluation, placed
17   in a mental health unit of some sort?
18        MR. MAGUIRE:  Object to the form.
19        You can answer.
20        THE WITNESS:  Once the inmate -- the
21   commitment goes over for the inmate to be placed
22   in special management housing, if Medical or
23   Mental Health determines the inmate is not fit
24   for segregation, he will not be placed into that

Page 49

1    housing.  Depending on the severity of it
2    determines whether he is housed in PHSW for
3    mental health or medical reasons.
4         He won't necessarily have to be housed
5    in Mental Health or in the medical area.  He
6    just would not be deemed fit for the
7    segregation.
8    BY MR. WILSON:
9    Q.  Based on your training and experience, if a
10   prisoner has told other prison officials, hey, I want
11   to harm -- I will harm myself or others, should that --
12   based on your training and experience, should that
13   particular prisoner be placed in Administrative
14   Placement in a cell by him or herself?
15        MR. MAGUIRE:  Object to the form.
16        Again, this -- you can answer if you understand
17   the question.
18        THE WITNESS:  If an inmate says he
19   wants -- I want to hurt myself, I am going to
20   hurt myself, then again, the officer will do an
21   emergency referral.  That's not something that I
22   would do.
23   BY MR. WILSON:
24   Q.  Right.  What would you do?

13 (Pages 46 to 49)

497a1d50-33fb-443e-a3c6-ccd11bffc918

1   A. It would be done before it got to me. I
2   wouldn't -- if the Lieutenant calls me and says, oh, he
3   wants to hurt himself or he's going to hurt someone
4   else --
5   Q. Which happened here in the Gene Wilson case,
6   correct?
7   A. Correct.
8   Q. Okay. Go ahead.
9   A. I said, place him in Ag Seg because I --
10  Q. Hold, hold. Ag what?
11          MR. MAGUIRE: Ad Seg.
12          THE WITNESS: Because through the
13      policy, it's clearly stated: Bring harm to
14      himself or others. And I knew he would see
15      Mental Health at the same time.
16  BY MR. WILSON:
17  Q. Right. I'm asking you if based on your training,
18  it's a different question -- trying to make it a
19  different question.
20      Based on your training and experience, is it -- are
21  you trained to put prisoners who have told other
22  prisoner officials, hey, I'm going to harm myself or
23  others, is it fine under the prison rules and
24  regulation to then put that person in Administrative

1   Segregation?
2           MR. MAGUIRE: Object to the form.
3       You can answer.
4           THE WITNESS: It's okay to request for
5       that inmate. In my training --
6           MR. WILSON: Right.
7           THE WITNESS: -- it's okay for me to
8       request for that inmate to go into
9       Administrative Segregation.
10  BY MR. WILSON:
11  Q. Okay.
12      Is there a difference between the number of nurses
13  and doctors on weekend shift at the House of Correction
14  in -- now I'm talking about 2016 when you were the
15  Deputy Warden at the House of Correction; is that
16  correct?
17  A. No.
18  Q. You were at ASD?
19  A. Correct.
20  Q. Excuse me. Is there a difference in the number of
21  nurses and doctors who are dealing with prisoners on
22  the weekends as opposed to the weekdays?
23  A. I can't tell you anything about the House of
24  Correction staffing.

1   Q. You can tell me about ASD?
2   A. I can tell you about ASD then.
3   Q. Tell me about ASD then as far as that question is
4   concerned?
5   A. ASD we have nurses, the same amount of nurses that
6   we have through the week. Only one we don't have is
7   phlebotomist for blood work. Other than that, we are
8   staffed.
9   Q. Who would be able to answer -- those -- these
10  questions about the HOC at the House of Correction?
11  A. House of Correction staffing. I'm -- well, since
12  it's now decommissioned.
13  Q. Right. As of 2016, was there a Deputy Warden of
14  the House of Correction?
15  A. Yes.
16  Q. Who would that have been, if you know?
17  A. Deputy Warden Edward Miranda and Deputy Warden
18  Marvin Porter.
19  Q. Do you know Deputy Warden Miranda?
20  A. Yeah, I know him.
21  Q. Is that the same person as a Major Miranda?
22  A. Deputy Warden and Major are the same.
23  Q. Oh.
24  A. It's a slang.

1   Q. I didn't know.
2   A. Okay.
3   Q. Thank you. Because I met him recently.
4           MR. WILSON: Off the record.
5                   - - -
6           (At this time, a discussion was held off
7       the record.)
8                   - - -
9   BY MR. WILSON:
10  Q. What, to the best of your recollection, are the
11  rules and regulations -- internal rules and regulations
12  supposed to be for inspecting and reviewing prison
13  cells when the prisoners are in there?
14  A. Inspecting?
15  Q. Yeah. Do they have a -- what's the rules and
16  regulations for going and checking the cells on a daily
17  basis?
18      Are there any prison rules and regulations
19  regarding the checking of the cells?
20          MR. MAGUIRE: Object to the form.
21      You can answer.
22          THE WITNESS: Tours are made every half
23      hour in all institutions.
24          MR. WILSON: Okay.

497a1d50-33fb-443e-a3c6-ccd11bffc918

1  BY MR. WILSON:
2  Q. You just took care of my other question.
3  A. We do sanitation and security checks on each shift.
4  Q. When those sanitations and security checks are
5  done, is there a sign-in sheet or a log of some sort
6  that the correctional officer is supposed to sign or
7  with a date and a time or something like that?
8  A. Yes.
9  Q. Okay. And who houses those -- who has those logs
10  or keeps them?
11  A. They are normally maintained via the Warden's
12  office. If they are ever needed, we do keep them.
13  Q. Are they maintained then, for example, Major
14  Miranda would have the logs for the House of
15  Correction? You would have the logs in 2016 for ASD
16  and so forth and so on?
17      Is that the way it works?
18  A. The paperwork is turned into -- it's sheets. It's
19  not logbooks. But they are turned into the Warden's
20  office. And the Warden's office maintains them, not
21  the Deputy Wardens.
22  Q. Okay. So my question is, is it the Warden of each
23  prison or is there, like, one central place where all f
24  the logbooks from the different prisons on State Road

1  go to?
2  A. Oh, no. No. No. No. Each institution has their
3  own paperwork.
4  Q. And that would, essentially, be at the Warden's
5  office of that particular prison?
6  A. Wherever the Warden maintains it at, yes.
7  Q. Okay. All right.
8      Are there penalties if correctional officers do not
9  check on cells every, you said, 30 minutes or so?
10  A. Penalties?
11  Q. Yeah. Penalties for the correctional officers in
12  failing to do that or failing to inspect those cells
13  and look at those cells?
14  A. Well, yes.
15  Q. What, if anything -- what kind of penalties would
16  the correctional officer be subject -- potentially
17  subject to?
18  A. If I can go back. You keep saying inspect the
19  cell. Every 30 minutes when an officer is touring,
20  they are not going inside of each cell checking the
21  windows and thing of that nature. They are touring and
22  looking into the cells to make sure everything is okay
23  visually.
24      And if you fail to do that, it's an inefficient

1  performance of your duties. If I look in the logbook
2  and see you haven't made a tour for two hours, we have
3  a problem. You are supposed to make those tours.
4  Q. What happens in that situation?
5  A. Disciplinary action normally.
6  Q. Ranging from what to what?
7  A. From a counseling, verbal warning. Works it way
8  up.
9  Q. Depending on the amount of times the correctional
10  officer may have been derelict in his -- that
11  particular duty?
12  A. Correct.
13  Q. Okay. Are the correctional officers instructed to
14  make any special notations when they -- when they write
15  into the log?
16  A. Yes. Anything out of the ordinary course of the
17  day is supposed to be noted in your log. Any
18  occurrence.
19  Q. If a correctional officer falls to, for whatever
20  reason, to not -- I know what you mean by -- I am using
21  your definition. I am using my word inspection because
22  it popped into my head.
23      During a tour, if they fail to do a tour on the --
24  in that 30-minute increment, are they told to put an

1  explanation for why they didn't conduct the tour during
2  that every 30-minute increment?
3  A. Well, when I say 30 minutes, it's not going to be
4  exact 30 minutes. It's an approximate. Because if the
5  population knows he came at one, he will be here at
6  one-thirty. He will be here at two. Whatever I'm
7  doing, I'm going to stop doing it in between that time.
8  Within that 30-minute period.
9      So, you may tour at one o'clock. I may look and
10  see that you toured at one-twenty. So, I just make
11  sure that you are touring that -- within that hour,
12  that cell has been looked into twice. So, I'm not
13  saying it's a definite if you start at eleven a.m.,
14  eleven-thirty there is tour, I mean, twelve o'clock
15  there is a tour, twelve-thirty. They have to tour
16  within a 30-minute window.
17      So, let me make that clear. I mean --
18  Q. Okay.
19  A. You know.
20  Q. How many -- in the course of your experience at the
21  prison, how many prison suicide cases have you
22  personally dealt with?
23  A. Define "dealt with"?
24  Q. Reviewed paperwork, been a part of an

497a1d50-33fb-443e-a3c6-ccd11bffc918

1 investigation, spoken to other prison officials about.
2 A. Maybe three.
3 Q. Okay. What years, if you recall?
4 A. This year -- this year was my most recent.
5 Q. So, three in 2018?
6 A. Three?
7 Q. You said three.
8 A. Not three in 2018.
9 Q. You mean three total?
10 A. Yeah. Maybe about three total, yeah.
11 Q. How many in -- let's start in 2016. Besides Gene
12 Wilson, anyone else that you can recall in 2016 of
13 those three?
14 A. No, not really.
15 Q. Okay. What about 2017?
16 A. No.
17 Q. Would it have to be two in 2018?
18     MR. MAGUIRE: She's saying three since
19 1983.
20     THE WITNESS: Right.
21 BY MR. WILSON:
22 Q. Three since 1983. Thank you for the clarification.
23 I wasn't aware of that.
24     MR. MAGUIRE: Sorry.

1     MR. WILSON: You want to testify?
2     (Laughter.)
3 BY MR. WILSON:
4 Q. I mean, it helps out. Sometimes you need
5 clarification. Three since 1983.
6     And for each one, how did you -- what was your
7 involvement in each one?
8     Strike that. Let me save you a little bit of time.
9     You already testified as to your involvement in
10 reference to the Gene Wilson matter in 2016, correct?
11 A. Correct.
12 Q. Is there anything else that you did in reference to
13 the Gene matter in 2016?
14 A. No.
15 Q. Okay. Let's go on the other two then.
16 A. Well, one was at my institution as Warden. And I
17 actually -- no, I'm sorry. That was not a suicide.
18 Sorry.
19 Q. We're down to two.
20 A. House of Correction, sorry, again. That was not a
21 suicide. One suicide.
22 Q. So, you're telling me the one -- we're down from
23 three to one. And that would have been -- I'm assuming
24 you're talking about Gene Wilson then?

1 A. No. Gene Wilson is the only suicide that my name
2 was --
3 Q. Attached to?
4 A. I had to write a memo for.
5 Q. Because of your conversation with the Lieutenant?
6 A. Just the one, yes.
7 Q. That's writing a memo because you were attached to
8 it. But are you telling me you had no other experience
9 with dealing with suicides at the prison other than
10 Gene Wilson?
11 A. Directly. No, I have not.
12 Q. What about indirectly?
13 A. Yes.
14 Q. In what respect indirectly?
15 A. Well, I think I was working at PICC when a guy had
16 a successful suicide.
17 Q. What year would that have been?
18 A. I don't know. Could be 2010.
19 Q. What were you doing --
20 A. I think. I'm not sure.
21 Q. What were you doing at PICC in 2010 or so? What
22 was your job description?
23 A. Well, I was a Captain there and I was a Deputy
24 Warden there. I really don't know which --

1 Q. In what capacity you were dealing with that?
2 A. Yes. Yes.
3 Q. Okay. Just real quick. Presently today, you said
4 your job title has changed again.
5     You are Warden?
6 A. Yes.
7 Q. Warden of what?
8 A. The Detention Center.
9 Q. Okay. And you've been a Warden for the Detention
10 Center for how long?
11 A. Seven months.
12 Q. Okay. In what -- in reference to that suicide,
13 what, if anything, was your involvement -- how were you
14 involved in that? Just physically being there or
15 seeing the --
16 A. It wasn't a suicide. Remember I said, no, it
17 wasn't a suicide? He just died.
18 Q. It was a prison death?
19 A. Yes.
20 Q. Okay. So, I want to make sure we are clear here.
21     Other than Gene Wilson, that's -- this is the only
22 suicide -- prison suicide that you have dealt with?
23 A. Directly, yes.
24 Q. And how many have you dealt with indirectly then?

Page 62

1  A. I believe one when I was at PICC.
2  Q. Okay. That's the other one. Okay.
3      But you -- I thought you just said that was the one
4  that may not have been a suicide, that may have been a
5  prison death?
6  A. No. We had a death and we had a suicide.
7  Q. Okay.
8  A. A few years ago.
9  Q. Are you aware, according to Major Miranda, there
10 was an additional suicide in 2017 at the House of
11 Correction across from, unfortunately, where
12 Mr. Wilson's cell was located in Cell 555?
13 A. I had no idea.
14 Q. Okay. Are you -- in reference to the Gene Wilson
15 case, are you aware that -- did you know that there
16 were allegedly two prisoners in other cells who heard
17 Mr. Wilson getting ready to kill himself?
18     Were you aware of that?
19 A. No, I was not.
20 Q. Based on your training and experience, when a
21 prison official finds out that a prisoner wants to harm
22 himself and will -- says he will harm himself, he will
23 harm others, he's -- get the correct wording here.
24 Give me one second.

Page 63

1      He's anxious. He's depressed. He's nauseous and
2  has expressed illogical ideas and is afraid for no
3  reason as examples. In that situation, based on your
4  training and experience, what is that particular prison
5  official suppose to do with that information?
6          MR. MAGUIRE: Object to the form.
7             You can answer.
8          THE WITNESS: If an officer receives
9      that information, the officer is supposed to do
10     an emergency referral. Goes into the computer
11     and he puts that information in. And what comes
12     out --
13 BY MR. WILSON:
14 Q. Let me stop you for a second. Emergency referral,
15 this is on your internal prison computer; is that
16 correct?
17 A. Correct.
18 Q. It says emergency referral on it?
19 A. Well, let me go back. They do a mental health
20 referral. Depending on the information that goes into
21 the computer, then the results will come out. Either
22 it would be an urgent referral or an emergency referral
23 or routine referral depending on the information that's
24 put in.

Page 64

1      And at that point, once the referrals is put into
2  the computer, Mental Health is alerted. And they will
3  call for the inmate to come to Mental Health to be
4  evaluated.
5  Q. With that information, the hypothetical that I just
6  gave you, is that -- that's what that particular prison
7  official is supposed to do, if that -- armed with that
8  information that particular prison official doesn't do
9  that, is that prison official supposed to be
10 disciplined in any way for violating internal prison
11 rules and regulations?
12         MR. MAGUIRE: Object to the form.
13 BY MR. WILSON:
14 Q. Do you understand the question?
15 A. Yeah. I do understand the question. But --
16         MR. MAGUIRE: I'm just going to object
17     to the form. I want to clarify what the
18     hypothetical is. This is that one --
19 BY MR. WILSON:
20 Q. Here is the hypothetical. I will put it back on
21 the record again so we're clear.
22         MR. MAGUIRE: I understand. But what my
23     question is about the hypothetical as you
24     presented it, are you saying that the prison

Page 65

1  official gets all of that information at once?
2  Like, at one time he gets all that information?
3          MR. WILSON: Yes.
4          MR. MAGUIRE: Okay.
5  BY MR. WILSON:
6  Q. Do you understand the question?
7  A. I understand the question.
8      Hypothetically, you said that different people
9  added different information. One person added this
10 information, another one added this information and
11 another one added that information. All the
12 information added together is different than this
13 information here and then this officer's information
14 here and then that officer has information here.
15     Each time information is given and it's placed into
16 the computer for mental health access, it will come up
17 determining what kind of referral it is. If all that
18 information that you just stated was given to one
19 person, that information should have been put into the
20 computer for Mental Health, and a referral would have
21 been generated. Mental Health would have called for an
22 interview and evaluation of that inmate.
23 Q. If the prison official did not, however in that
24 hypothetical, put that information in and contact

17 (Pages 62 to 65)

497a1d50-33fb-443e-a3c6-ccd11bffc918

1 Mental Health, if that part was not done, what, if
2 anything -- based on your experience and position,
3 what, if anything, is supposed to happen to that
4 particular prison official for not inputting that
5 information and notifying Mental Health?
6 A. They would have to explain why it wasn't put in.
7 Why wasn't a referral generated? They would have to
8 explain that. And then from the explanation, whatever
9 was deemed necessary by the supervisor would happen.
10 I'm not really sure.
11 Q. So is it safe to say that, in reference to the Gene
12 Wilson case, this is really the first and only time
13 that you relied on -- that regulation, the internal
14 prison regulation, where you put in bold -- did you put
15 this in bold, or did someone else put this in bold for
16 you?
17 A. I don't recall to be honest with you.
18 Q. Just for the record, I'm looking at Wilson-1, the
19 last sentence or statement in then Deputy Warden Cathy
20 Talmadge's memorandum to Lieutenant R. Murray. It says
21 in bold: "Inmate, in the judgment of staff, may for
22 any reason pose a threat to himself, herself, others or
23 the security of the facility."
24        MR. MAGUIRE: And the document will

1 speak for itself. But describing that as a
2 statement, I believe, is somewhat inaccurate.
3 It follows a colon where it says, I based this
4 decision on the specs of the Administrative
5 Placement, colon, and then provides that
6 sentence.
7        But the document will speak for itself.
8        MR. WILSON: It's correct.
9 BY MR. WILSON:
10 Q. My question was -- I think you answered it already.
11 You don't know, you don't have an independent
12 recollection of, yeah, I pressed the bold button.
13    You just don't know, right?
14 A. You asked me three different things.
15 Q. Okay. Let me try it again.
16    Do you have an independent recollection of the
17 statement that's in black and in bold down at the
18 bottom of your statement, whether or not you made
19 that -- those letters bold or did someone else do that?
20 A. This is my memo. I wrote it.
21 Q. Right.
22 A. I am pretty sure I did do that.
23 Q. Okay. What is CMR?
24 A. Classification Movement and Records.

1 Q. What do they -- what do they do?
2 A. They do all the classification of the inmate
3 population, the movement. Every inmate that is
4 accepted in the Philadelphia Department of Prisons,
5 their paperwork comes through CMR. And they determine,
6 like, if their sentences come from the judge, they
7 calculate sentences or probation, parole detainers.
8    All paperwork pertaining to the inmates intake and
9 release --
10 Q. Do they have to do --
11 A. -- are there?
12 Q. I apologize. Were you finished?
13 A. I'm done.
14 Q. Okay. Do they have anything to do with
15 facilitating the placement of prisoners? After you
16 made the decision to place Gene Wilson in
17 Administrative Placement, did CMR get involved in that
18 process? Anywhere in that process?
19 A. Yes.
20 Q. In this particular process as it relates to Gene
21 Wilson, how is CMR involved?
22 A. Once the inmate is medically and Mental Health has
23 cleared them, then the inmate is transferred -- CMR
24 facilitates the transfer from one facility to the

1 other.
2 Q. What does that mean they facilitate the transfer?
3 Tell me. I don't want to guess.
4    What exactly do you mean?
5 A. Okay. They write up a petition for the inmate to
6 leave one institution and go to the additional
7 institution. We just can't take a inmate and say you
8 are going to the House of Correction. It has to be
9 facilitated through CMR. All paperwork has to be in
10 order for that inmate to go to that institution.
11 Q. Right.
12 A. Because of classification issues, we have to be
13 sure that the inmate can house in certain institutions.
14 Q. Is D Block -- isn't it true that D Block on the
15 House of Correction is considered the punitive block
16 for prisoners? Solitary confinement and the like?
17 A. There is D1 and D2. So, D1 or D2?
18 Q. Where was Mr --
19 A. I put him over to Administrative Seg at the House
20 of Correction.
21 Q. Is that considered D1 or D2 to the best of your
22 experience?
23 A. When I worked there, it was D1.
24 Q. Okay. What did -- is D1 considered like the block?

497a1d50-33fb-443e-a3c6-ccd11bffc918

Page 70

1   A. The Special Management Housing Unit, yes.
2   Q. Is there a colloquial word that prison officials
3   and prisoners use for D Block, called the hole or
4   something like that?
5   A. D1 rear is punitive segregation. And people call
6   that the hole. And that's in the rear of D1.
7   Q. Okay. That's in the rear of D1, but that's still
8   D1?
9   A. Yes.
10  Q. That what is D2? What is that considered?
11  A. General population.
12  Q. Okay. All right.
13      So you -- did you have -- just for the record, did
14  you have -- did you -- was Mr. Wilson placed into the
15  rear of D1?
16  A. I don't know where he was housed.
17  Q. Okay.
18  A. He was transferred to House of Correction.
19  Q. You were the Deputy Warden at the time of ASD. Why
20  did you make the recommendation to transfer him to
21  Administrative Placement at the House of Correction?
22  Should that have not been done by Major Miranda?
23          MR. MAGUIRE: Object to the form.
24          You can answer.

Page 71

1           THE WITNESS: No. The inmate was a ASD
2       inmate. I placed him into segregation housing.
3       Administrative Segregation, we do not have that
4       at ASD. All inmates that require special
5       management housing from ASD are transferred to
6       House of Correction for that special management
7       housing. So, Major Miranda would have nothing
8       to do with it until that inmate is actually
9       housed at the House of Correction.
10  BY MR. WILSON:
11  Q. Okay. Were you aware in 20 -- for example, in
12  2016, were you aware that there were approximately 19
13  prison deaths in 2016 according to a newspaper article
14  had done some research of prisoners up on State Road?
15  A. I knew we had a few, yes.
16  Q. To the best of your recollection as of right now,
17  if you know, how many prison deaths -- I will start
18  with that. How many prison deaths have you had up on
19  State Road in 2017?
20  A. I can't tell you.
21  Q. Do you have a number or you just don't know?
22  A. I just don't know.
23  Q. Same with 2018. Just don't know?
24  A. I know one.

Page 72

1   Q. Other than that one?
2   A. When you say deaths, there are deaths and then
3   there are suicides.
4   Q. That is correct. That's why I said I was dividing
5   them up.
6   A. Deaths?
7   Q. Yes.
8   A. Is that including suicides or people that died?
9   Q. Includes everything where it resulted in death.
10  A. It's a few. I have had two at my jail.
11  Q. You been at several jails. Where are you talking?
12  A. When I say "my jail", as the Warden. Two.
13  Q. At the DC?
14  A. Yes.
15  Q. In what year?
16  A. 2018.
17  Q. Okay. And now the next question is, 2018, those
18  two, neither one were suicides; is that correct?
19  A. Correct.
20  Q. What about in 2017, the general question. Deaths
21  in 2017 that you're aware of?
22  A. I was at ASD. I think someone died there, too, in
23  2017.
24  Q. And suicides, though, none, correct?

Page 73

1   A. Yeah. Not that I recall.
2   Q. Give me one second please. I'm actually almost
3   done.
4       To the best of your recollection, do you know --
5   well, you worked at the House of Correction at one
6   point. What kind of emergency medical equipment is
7   housed at the House of Correction in relation to, for
8   example, performing, I don't know, CPR and things like
9   that, if you know?
10  A. You mean with medical or with correctional staff?
11  Q. Start with the correctional staff, and then with
12  medical if you know.
13  A. Well, I know we have AED machine that correctional
14  staff have.
15  Q. Was that there as of 2016 if you know?
16  A. Yes.
17  Q. That's what I'm asking about. Just that year.
18  A. Yes.
19  Q. Okay. Go ahead.
20  A. And then the medical has the AED, oxygen, first aid
21  kits. All officers are equipped with the
22  mouth-to-mouth resuscitation kits.
23  Q. What's a mouth-to-mouth resuscitation kit?
24  A. It's a little plastic tube. That if we have to

19 (Pages 70 to 73)

497a1d50-33fb-443e-a3c6-ccd11bffc918

Page 74

1  perform CPR on a person, it's the connector from your
2  mouth to the inmate's mouth so you don't have to have
3  direct contact for -- to administer CPR and the
4  breathing techniques.
5  Q. And you're saying all correctional officers have
6  that?
7  A. Yes.
8  Q. Is that somewhere, like, on their uniform? Or is
9  that housed in a particular area?
10  A. It's on their belt.
11  Q. It's on their belt?
12  A. Yes.
13  Q. As of 2016, were there any cameras inside of that
14  prison?
15  A. Which prison?
16  Q. House of Correction.
17  A. Not that I know of, no.
18  Q. So other than the tour, there is no way for
19  correctional officers or supervisors to monitor the
20  prisons electronically or by video, correct --
21  A. Correct.
22  Q. -- in that prison?
23     As of 2016, based on your experience at the House
24  of Correction, were the correctional officers generally

Page 75

1  given training in how to perform CPR?
2  A. All officers go through their training academy and
3  they learn CPR, and they do retraining every so many
4  years for your CPR training.
5  Q. Do they get, like, a certificate, for example, if
6  they complete the retraining?
7  A. Yes.
8  Q. At the House of Correction, if you know based on
9  your experience and recollection as of 2016, did you
10  know Mary Lou Orgasan. A woman named -- a nurse named
11  Mary Lou Orgasan?
12  A. No. I don't know her. I have seen her name, but I
13  don't know her.
14  Q. I don't have any other questions.
15        MR. MAGUIRE: Nothing for me.
16        THE WITNESS: Thank you very much.
17        (At this time, the deposition concluded
18     at 10:26 a.m.)
19
20
21
22
23
24

C E R T I F I C A T I O N

    I, hereby certify that the proceedings and
evidence noted are contained fully and accurately in
the stenographic notes taken by me in the foregoing
matter, and that this is a correct transcript of the
same.

-------------------------------
ANGELA M. KING, RPR,
Court Reporter, Notary Public

(The foregoing certification of
this transcript does not apply
to any reproduction of the same
by any means, unless under the
direct control and/or
supervision of the certifying
reporter.)

497a1d50-33fb-443e-a3c6-ccd11bffc918

**A**

**a.m** 1:15
57:13 75:18
**AB** 31:24
**ability** 5:8
**able** 22:22
31:21 32:4
52:9
**ABRAN** 1:4
**academy** 9:2
9:3 75:2
**accepted**
38:17 68:4
**access** 65:16
**accurately**
76:4
**acronym** 17:8
**acronyms**
15:8 41:3
**action** 56:5
**actions** 35:6
**actual** 11:11
**Ad** 22:17
50:11
**add** 5:20
**added** 65:9,9
65:10,11,12
**additional**
27:18 47:14
62:10 69:6
**address** 5:22
**administer**
74:3
**administrat...**
6:4 15:19
15:23 40:14
40:15
**administrat...**
12:19 13:22
15:11,11,15
15:21 16:4
16:6 22:20
22:21 24:19
24:21 25:14
25:18 27:8
28:20 29:11
29:14 30:13
30:15 31:15
32:3,5,18
32:23 34:9
34:15 35:10
35:11,16
36:2,19

37:14,17
38:2,8,11
38:15,18
39:6,10
42:1,18,22
43:8 44:17
45:11,22
46:22 47:6
47:17,24
48:4 49:13
50:24 51:9
67:4 68:17
69:19 70:21
71:3
**admitted**
28:12
**advanced**
6:20
**AED** 73:13
73:20
**afraid** 23:23
44:12 63:2
**Ag** 50:9,10
**AGENCY**
1:20
**ago** 30:24
62:8
**agree** 35:4
**agreed** 4:2
33:6,6
**ahead** 50:8
73:19
**aid** 9:5 73:20
**AL** 1:6
**alerted** 64:2
**allegedly**
62:16
**allow** 17:23
**Alternative**
17:7 18:19
**amount** 52:5
56:9
**and/or** 40:10
76:17
**Angela** 1:16
76:10
**answer** 4:22
5:7,16,17
6:15 23:20
42:15 46:3
46:17 47:21
48:19 49:16
51:3 52:9

53:21 63:7
70:24
**answered**
67:10
**answers** 5:12
**anxiety** 23:16
43:20
**anxious** 24:11
63:1
**apologize**
23:19 68:12
**apply** 76:14
**approved**
35:21
**approximate**
57:4
**approximat...**
19:20 26:23
71:12
**April** 19:11
19:14,14,20
**Arch** 2:11
**area** 6:6 37:6
38:18 49:5
74:9
**armed** 64:7
**article** 71:13
**ASCDU**
17:15
**ASD** 18:23
19:3,14,16
19:16,22
20:3,18
21:16 22:4
23:5 39:15
40:23 41:24
42:9,19
51:18 52:1
52:2,3,5
54:15 70:19
71:1,4,5
72:22
**ASDCU** 17:8
18:21
**asked** 31:19
67:14
**asking** 36:4
40:4 41:14
41:15 42:5
45:23 47:1
50:17 73:17
**assist** 25:11
**assisting** 16:3

**ASSOCIA...**
1:20
**assuming**
38:23 59:23
**attached** 60:3
60:7
**attempt** 5:4
20:8,9,12
21:9
**attempted**
31:11
**attention**
28:24
**attorney** 4:15
4:18 5:9
**aware** 21:9
21:15 24:15
37:18 58:23
62:9,15,18
71:11,12
72:21

**B**

**B** 3:10
**BA** 6:9,18,23
7:13
**Bachelor** 6:4
**back** 9:12
11:21 14:16
17:20 20:17
47:12 55:18
63:19 64:20
**background**
6:3
**barbershop**
22:2
**base** 34:17
**based** 25:3
28:17 29:11
34:5,6,19
43:10,14
46:16,19,23
48:8 49:9
49:12 50:17
50:20 62:20
63:3 66:2
67:3 74:23
75:8
**basic** 15:14
**basically**
10:20 16:5
42:7
**basis** 53:17
**becoming**

12:12 14:4
**behavior**
44:23 46:10
**behaviors**
9:15,16,17
20:14 46:11
**believe** 7:11
11:21 14:12
15:13 19:18
19:19 20:14
21:21 24:4
34:16 38:12
43:2 62:1
67:2
**believed** 22:3
34:7,13
**belt** 74:10,11
**benefit** 25:22
**best** 5:8 22:24
23:11 30:11
35:24 36:6
41:5,6,9,9
41:12 53:10
69:21 71:16
73:4
**better** 17:11
**bit** 15:23
17:11 25:8
59:8
**black** 67:17
**block** 36:2
42:1,10
44:17 69:14
69:14,15,24
70:3
**blood** 52:7
**board** 16:14
**bold** 66:14,15
66:15,21
67:12,17,19
**bottom** 28:24
67:18
**box** 45:3
**break** 5:14,15
5:18 48:9
**breathing**
74:4
**Bring** 50:13
**Broad** 2:5
**buildings**
8:18
**built** 8:11,16
**bunch** 8:2

**button** 67:12

**C**

**C** 2:2 76:1,1
**calculate** 68:7
**call** 46:5 64:3
70:5
**called** 18:20
18:23 37:12
65:21 70:3
**calling** 43:15
**calls** 50:2
**cameras**
74:13
**capacity**
18:14 19:21
61:1
**Captain**
12:13,14,16
14:2,5
15:10,13,16
15:21,22
16:1 18:4
20:23 60:23
**Captains**
16:6
**care** 54:2
**case** 31:4,4
41:16 50:5
62:15 66:12
**cases** 57:21
**Cathy** 1:12
3:4 4:8
66:19
**cell** 49:14
55:19,20
57:12 62:12
62:12
**cells** 53:13,16
53:19 55:9
55:12,13,22
62:16
**Center** 11:20
40:24 41:4
61:8,10
**central** 17:8
54:23
**certain** 69:13
**certificate**
75:5
**certification**
4:4 76:13
**certify** 76:3
**certifying**

76:18
**CFCF** 11:21
11:22 12:1
**changed** 61:4
**charge** 13:12
19:22
**charged**
16:10,18
**check** 55:9
**checking**
53:16,19
55:20
**checks** 54:3,4
**chime** 4:18
**chose** 34:22
**CITY** 1:6
2:10
**civil** 4:16
**clarification**
58:22 59:5
**clarify** 64:17
**classes** 9:6
**classification**
67:24 68:2
69:12
**classified**
17:16
**clean** 17:23
**clear** 4:20
5:12 25:5
37:21 41:23
43:5 47:3
57:17 61:20
64:21
**cleared** 24:20
68:23
**clearly** 50:13
**click** 44:24
45:3
**CMR** 67:23
68:5,17,21
68:23 69:9
**colloquial**
70:2
**colon** 67:3,5
**Colorado**
14:12
**come** 17:20
22:14 30:9
30:11 31:23
45:3 63:21
64:3 65:16
68:6

**comes** 5:21
63:11 68:5
**comfortable**
22:12
**commencing**
1:15
**commitment**
48:21
**commitments**
12:23,24
**communica...**
44:7
**communica...**
7:4 13:21
**community**
17:9,11,16
17:17
**complaints**
44:23
**complete**
13:23 75:6
**completed**
38:19
**computer**
44:22 63:10
63:15,21
64:2 65:16
65:20
**concerned**
52:4
**concluded**
75:17
**conduct** 13:3
57:1
**confinement**
32:14,15
69:16
**confused**
10:17
**connector**
74:1
**consideration**
32:8
**considered**
20:20 69:15
69:21,24
70:10
**consisted**
15:8 16:3
**contact** 36:19
36:22 46:8
65:24 74:3
**contacted**

21:23 38:6
**contacting**
21:17
**contained**
76:4
**Continued**
7:1
**control** 76:17
**conversation**
23:10 24:14
24:17 27:6
27:9 34:6
41:19,20
60:5
**copies** 27:23
**correct** 7:17
8:12,21
9:20 17:4,5
18:7,11,17
19:4 20:4,5
21:12,13
25:12 26:11
26:22 27:10
27:11 28:21
28:22 29:12
29:13 31:9
34:3,4,12
34:13,23,24
35:2,3,7,8
36:3,14,15
38:3,16
39:11,12
43:6,19
46:23 47:1
50:6,7
51:16,19
56:12 59:10
59:11 62:23
63:16,17
67:8 72:4
72:18,19,24
74:20,21
76:6
**Correction**
7:24 8:4,8,9
8:13,15,17
8:24 10:16
11:3,21,22
11:24 17:4
18:15 21:11
24:22,24
25:2,4,10
25:15,23

31:16 32:19
39:16 40:23
42:10,20
46:22 47:18
51:13,15,24
52:10,11,14
54:15 59:20
62:11 69:8
69:15,20
70:18,21
71:6,9 73:5
73:7 74:16
74:24 75:8
**correctional**
7:6,12 8:5
8:20,23
9:11 10:2,2
10:5,8,13
10:20 12:13
12:14,21
14:2,4 31:7
54:6 55:8
55:11,16
56:9,13,19
73:10,11,13
74:5,19,24
**Corrections**
8:3 14:8
34:9
**counsel** 4:2
26:13,14,17
**counseling**
56:7
**couple** 11:10
**course** 9:2
56:16 57:20
**courses** 7:1,2
7:3
**Court** 1:1,14
1:16,20
76:11
**CPR** 73:8
74:1,3 75:1
75:3,4
**Criminal** 6:4
**custody** 15:17
17:22 22:1
22:13,15,16
25:3,4,6,15
25:18 31:19
31:22 32:2
32:5

———
**D**
———

**D** 3:1 36:2
42:1,10
44:17 69:14
69:14 70:3
**D1** 69:17,17
69:21,23,24
70:5,6,7,8
70:15
**D2** 69:17,17
69:21 70:10
**daily** 53:16
**date** 54:7
**day** 17:20
56:17
**day-to-day**
10:21 15:19
**DC** 41:1 42:2
42:6,11
72:13
**DE** 1:22
**deal** 9:9 13:1
13:23 15:18
39:17
**dealing** 13:10
51:21 60:9
61:1
**dealt** 12:23
15:14,16,19
57:22,23
61:22,24
**death** 31:12
61:18 62:5
62:6 72:9
**deaths** 71:13
71:17,18
72:2,2,6,20
**December**
19:19
**decide** 40:15
**decides** 13:16
**decision**
24:23 29:10
29:15 32:13
32:17,24
36:21,23
37:7,8 38:1
38:14 39:9
40:16 41:23
42:9,17
45:8,12
46:13,16,19
47:6,16
67:4 68:16

**D** 3:1 36:2
42:1,10
44:17 69:14
69:14 70:3
**decommissi...**
52:12
**dedicated**
39:17 40:21
**deemed** 44:14
48:12 49:6
66:9
**Defendant**
2:13
**defendants**
26:15
**Define** 10:17
57:23
**definite** 57:13
**definition**
30:14,15
56:21
**degrees** 6:20
**Denver** 14:12
14:20
**dep** 30:22
**Department**
2:10 15:4
68:4
**depending**
28:18 48:16
49:1 56:9
63:20,23
**deposition**
1:12 5:5,7
29:4 30:23
75:17
**depositions**
30:20 31:3
31:3,6
**depressed**
63:1
**Deputy** 16:3
16:6 17:1,3
17:7 19:5
19:16,21,22
20:3 28:6
38:24 45:7
48:11 51:15
52:13,17,17
52:19,22
54:21 60:23
66:19 70:19
61:23
**derelict** 56:10
**describe**
17:11,12
**describing**
67:1

**description**
3:11 60:22
**detainers**
68:7
**Detention**
11:19 17:8
18:19 40:24
41:4 61:8,9
**determinati...**
13:9 29:21
31:14 32:7
32:12 33:5
35:13 39:8
40:8 42:14
42:21 44:16
**determine**
13:18 33:3
40:18 68:5
**determined**
39:5,13
**determines**
13:4 16:16
44:24 48:23
49:2
**determining**
33:1 65:17
**DHO** 13:17
16:4,7,21
**died** 61:17
72:8,22
**difference**
51:12,20
**different** 7:1
21:2 35:6
36:4 44:23
46:11 50:18
50:19 54:24
65:8,9,12
67:14
**direct** 10:3
12:9 28:24
74:3 76:17
**Directive**
34:16
**directly** 5:6
10:10 24:13
34:8 60:11
61:23
**Disciplinary**
13:17 16:8
16:15 56:5
**disciplined**
64:10

**discovery**
26:15
**discussed**
23:12 27:19
42:2
**discussion**
53:6
**disorders**
21:2
**display** 47:9
**displaying**
46:10
**disposition**
16:21
**DISTRICT**
1:1,2
**dividing** 72:4
**doctor** 39:21
41:8,17
**doctors** 40:17
51:13,21
**document**
26:14,16,24
27:4,15,17
28:23 66:24
67:7
**doing** 11:17
31:2 57:7,7
60:19,21
**duly** 4:9
**duties** 9:24
56:1
**duty** 39:24
56:11

———
**E**
———

**E** 2:2,2 3:1,10
76:1
**earlier** 26:3
**EASTERN**
1:2
**educational**
6:3
**Edward**
52:17
**either** 17:16
19:18 24:13
26:4 28:13
28:13 32:10
33:6 45:4
63:21
**elected** 14:23
**electronically**
74:20

**eleven** 57:13
**eleven-thirty**
57:14
**Email** 2:6,12
48:9,11
**emergency**
44:21 46:7
48:2 49:21
63:10,14,18
63:22 73:6
**emergent**
45:5
**ended** 32:1
**entail** 12:5
14:15 17:13
**entails** 17:12
**environment**
9:5
**equipment**
73:6
**equipped**
73:21
**Esquire** 2:4
2:10
**essentially**
5:5 18:1
32:13 35:12
55:4
**ET** 1:6
**evaluated**
47:10 64:4
**evaluation**
48:1,15,16
65:22
**evening** 17:20
**evidence** 76:4
**exact** 57:4
**exactly** 69:4
**EXAMINA...**
3:6 4:11
**examined** 4:9
**example** 21:6
24:12 29:21
39:4 54:13
71:11 73:8
75:5
**examples**
63:3
**excuse** 10:24
20:3 21:18
40:9 41:6
51:20
**Exhibit** 26:9
**exhibiting**

45:13
**experience**
31:2 43:11
43:12,14
48:9,11
49:9,12
50:20 57:20
60:8 62:20
63:4 66:2
69:22 74:23
75:9
**explain** 66:6
66:8
**explaining**
27:6
**explanation**
57:1 66:8
**expressed**
23:22 43:24
45:5 63:2

———
**F**
———

**f** 54:23 76:1
**facilitate** 69:2
**facilitated**
69:9
**facilitates**
68:24
**facilitating**
68:15
**facility** 7:7
29:18 30:5
66:23 68:24
**fact** 32:20
34:20
**factor** 32:17
33:1
**factored**
32:12
**factors** 45:24
46:1
**facts** 16:16
27:18
**fail** 55:24
56:23
**failing** 55:12
55:12
**fall** 16:5
**falls** 56:19
**far** 43:18,21
**feared** 32:2
**federal** 4:16
**feel** 31:20,23

felt 14:21
25:11
female 8:6,7
8:14
females 8:16
8:18 15:24
field 7:7,13
filing 4:3
film 21:1,6
find 30:8
finds 62:21
fine 27:13
48:10 50:23
finish 46:17
finished 6:8
68:12
first 6:15 7:13
9:5 10:5,13
19:15 21:14
40:5 66:12
73:20
fit 33:3 48:23
49:6
five 30:24
Floor 2:5,11
focused 11:15
11:17 19:3
follow 43:18
43:21 46:12
followed 38:9
following
43:22
follows 4:9
67:3
foregoing
76:5,13
form 4:5
42:13 46:2
47:20 48:18
49:15 51:2
53:20 63:6
64:12,17
70:23
formal 13:6
16:14
forth 54:16
four 30:24
FRIENDS
1:21
frightened
22:16
front 16:14
full 1:20 6:2

fully 76:4

**— G —**

Gene 10:15
19:24,24
21:8,11,15
21:16,17
38:2 41:21
46:16 50:5
58:11 59:10
59:13,24
60:1,10
61:21 62:14
66:11 68:16
68:20
general 4:17
9:4 38:22
48:14 70:11
72:20
generally
4:20 5:15
27:3 36:10
43:10 48:8
48:13 74:24
generated
39:1 44:21
65:21 66:7
getting 22:7
62:17
give 5:24 26:6
27:21 28:2
28:9 48:6
62:24 73:2
given 16:16
17:14 45:9
45:24 48:14
48:15 65:15
65:18 75:1
gives 44:22
go 9:1 14:9,11
14:16,17,18
14:19,23
17:17,19,20
17:23 20:17
22:16 25:4
26:7 45:3
46:13 47:12
50:8 51:8
55:1,18
59:15 63:19
69:6,10
73:19 75:2
goes 16:20
33:2 39:21

48:21 63:10
63:20
going 5:5 8:2
25:23 26:8
28:8,13,14
31:14 33:17
35:9 38:2
40:2 42:12
47:7 48:6
49:19 50:3
50:22 53:16
55:20 57:3
57:7 64:16
69:8
good 48:9
graduate 7:9
graduated
6:22
great 7:20
grievances
15:16
grounds
17:17
Group 7:22
groups 18:2
grunts 4:22
guess 32:21
69:3
guilt 13:18
16:17,20
guy 60:15

**— H —**

H 3:10
half 53:22
handle 48:3
handles 20:21
happen 66:3
66:9
happened
38:13 50:5
happens 56:4
harm 26:4,4
28:14 31:21
32:11,11
33:10 48:12
48:12 49:11
49:11 50:13
50:22 62:21
62:22,23
head 56:22
health 20:20
32:24 33:1
33:5 35:12

35:14,21
36:20,22
37:1,4,19
39:4,14,17
39:23 40:8
40:9,16,17
40:18,20,20
40:21 42:6
42:23 43:3
45:4,6
46:14 47:8
47:9 48:14
48:15,17,23
49:3,5
50:15 63:19
64:2,3
65:16,20,21
66:1,5
68:22
healthcare
45:1
heard 19:1
62:16
hearing 13:6
13:11,13,17
16:8,14,15
hearings
15:16 16:4
held 1:13
53:6
help 25:8
helps 59:4
hey 31:14
36:18,20
43:15 49:10
50:22
hired 9:1
HOC 42:5
52:10
hold 42:4
50:10,10
hole 70:3,6
Holmesburg
11:20
honest 66:17
hour 53:23
57:11
hours 17:21
56:2
house 7:24
8:3,4,7,9,13
8:15,17,24
10:15 11:3

11:21,22,24
17:3 18:15
21:11 24:22
24:24,24
25:2,4,10
25:14,23
31:15 32:18
34:9 39:15
40:23 42:10
42:20 46:22
47:18 51:13
51:15,23
52:10,11,14
54:14 59:20
62:10 69:8
69:13,15,19
70:18,21
71:6,9 73:5
73:7 74:16
74:23 75:8
housed 10:15
17:15 21:16
42:19 49:2
49:4 70:16
71:9 73:7
74:9
houses 54:9
housing
20:19,22
25:3,5,13
25:14 33:2
35:20 37:5
38:18 42:3
47:11 48:22
49:1 70:1
71:2,5,7
hurt 22:22
23:3 28:14
28:20,21
29:9 32:4
32:21,22
33:18 34:1
43:16,17
45:2 49:19
49:20 50:3
50:3
hypothetical
44:3,6
47:13,13
64:5,18,20
64:23 65:24
hypothetica...

45:19,24
46:5 65:8

**— I —**

idea 23:8
62:13
ideas 23:23
44:1 63:2
ideation
40:10
identification
26:10
identify 22:5
23:4
ideologies
46:11
illogical 23:22
43:24 63:2
inaccurate
67:2
include 25:18
Includes 72:9
including
72:8
incorrect
9:20 38:16
increment
56:24 57:2
independent
36:6 41:15
67:11,16
Indiana 6:7
indicates 24:8
indirectly
60:12,14
61:24
individuals
23:7
inefficient
55:24
informal
13:11,13
information
16:16 22:24
23:2,6
32:10 44:15
46:24 47:4
47:15,23
63:5,9,11
63:20,23
64:5,8 65:1
65:2,9,10
65:10,11,12
65:13,13,14

65:15,18,19
65:24 66:5
infraction
16:11
initially 8:5
15:13
inmate 9:14
9:16,17
10:6,10
12:9 13:1,2
13:10,12,16
13:24 15:16
16:5,10,17
20:19,21
21:24 22:13
23:4 27:7
29:16 30:3
31:24 37:1
37:2 42:21
43:7,12,16
43:20,23,24
44:12,17,18
44:18,23
45:4,6,9,13
45:21 46:6
46:10,13
47:6,7
48:20,21,23
49:18 51:5
51:8 64:3
65:22 66:21
68:2,3,22
68:23 69:5
69:7,10,13
71:1,2,8
inmate's 74:2
inmates 17:9
17:10,15,16
17:19,22
18:3,6 22:5
40:1 42:19
68:8 71:4
innocence
13:18 16:17
inputting
66:4
inside 55:20
74:13
inspect 55:12
55:18
inspecting
53:12,14
inspection

56:21
Institute 14:8
institution
15:15 16:13
17:9 20:18
20:21 39:22
39:22 55:2
59:16 69:6
69:7,10
institutions
17:23 39:24
53:23 69:13
instruct
38:14
instructed
5:9 28:18
56:13
intake 68:8
intelligent
33:9
interact 10:6
interacting
10:10
interaction
17:13
interactions
10:21
interested
21:4,5
internal 24:8
30:10 53:11
63:15 64:10
66:13
interpersonal
7:4 13:21
interrupt
6:17 21:18
interrupting
23:19
interview
36:1 38:23
39:2,3,24
65:22
interviewed
33:4 35:21
37:2,3
42:23 43:2
introduce
4:14
investigation
58:1
involved
12:20 35:12

61:14 68:17
68:21
**involvement**
59:7,9
61:13
**issue** 39:14
39:15
**issues** 13:23
13:24 39:18
40:16,17,19
40:21 46:6
47:8 69:12

**___ J ___**
**J** 2:10
**jail** 72:10,12
**jails** 72:11
**job** 12:5
17:13,14
18:8,14
19:16 60:22
61:4
**job-related**
7:2,3
**judge** 68:6
**judgment**
29:16 30:3
66:21
**Justice** 6:5

**___ K ___**
**keep** 4:21
22:18 31:21
54:12 55:18
**keeps** 54:10
**kill** 62:17
**kind** 4:17 7:3
8:22 12:24
13:19 20:6
31:4,4
35:19 47:10
55:15 65:17
73:6
**kinds** 40:12
**King** 1:16
76:10
**kit** 73:23
**kits** 73:21,22
**knew** 50:14
71:15
**know** 5:14
8:15 11:19
29:4 32:24
36:12 37:18

41:3 47:7
52:16,19,20
53:1 56:20
57:19 60:18
60:24 62:15
67:11,13
70:16 71:17
71:21,22,23
71:24 73:4
73:8,9,12
73:13,15
74:17 75:8
75:10,12,13
**knowledge**
38:21
**knows** 4:23
4:24 57:5

**___ L ___**
**labeled** 9:13
**laid** 47:14
**LANE** 1:21
**large** 46:23
**laughter** 7:22
59:2
**LAW** 2:4,10
**lawsuit** 4:16
**learn** 75:3
**learned** 9:18
**learning** 9:16
16:4
**leave** 69:6
**legally** 5:7
**let's** 6:12
43:24 58:11
59:15
**letters** 67:19
**level** 13:4
25:3,4,6,15
44:24
**Lieutenant**
11:7,13,14
11:16,20,23
12:1,5,7,12
12:17,19,23
13:3,11,13
13:15,16,20
14:1 18:4
21:17,19,21
22:8 23:1
23:10,14
24:1,4,14
24:18 26:2
27:5,7

28:19 31:20
32:20 34:7
34:11,14
36:23,24
37:7,9,10
37:12,20
38:5,8,9,14
41:19 43:15
44:7,15
45:10,14
46:1,4,5,7
46:12,24
47:4 50:2
60:5 66:20
**Lieutenant's**
12:7
**Lieutenants**
13:1 15:9
**line** 10:3,13
15:10
**listed** 45:10
**little** 4:19
15:23 17:11
25:8 59:8
73:24
**located** 18:16
24:21 39:20
40:22 62:12
**log** 54:5
56:15,17
**logbook** 56:1
**logbooks**
54:19,24
**logs** 54:9,14
54:15
**long** 8:14
11:5,24
12:14 14:13
18:8 19:8
61:10
**look** 7:20
21:6 26:12
26:20 27:12
55:13 56:1
57:9
**looked** 57:12
**looking** 55:22
66:18
**Lou** 75:10,11

**___ M ___**
**M** 1:16 4:8
76:10
**ma'am** 26:6

26:21 28:2
**machine**
73:13
**MAGUIRE**
2:10 5:21
7:20 18:23
25:16 27:23
28:1 42:4
42:12 44:2
44:4,6,10
46:2 47:20
48:18 49:15
50:11 51:2
53:20 58:18
58:24 63:6
64:12,16,22
65:4 66:24
70:23 75:15
**maintained**
54:11,13
**maintains**
54:20 55:6
**Major** 52:21
52:22 54:13
62:9 70:22
71:7
**making** 29:15
29:21 31:14
38:1
**management**
20:19,22
25:3,5,13
25:17 33:2
35:20 37:5
37:6 42:3
47:11 48:22
70:1 71:5,6
**managerial**
7:5 12:8
15:9
**March** 27:9
**mark** 2:10
26:8
**mark.magu...**
2:12
**marked**
26:10,13,21
**Market** 1:14
**Marvin** 52:18
**Mary** 75:10
75:11
**matter** 59:10
59:13 76:6

**mean** 10:4,18
18:13 25:16
34:19 56:20
57:14,17
58:9 59:4
69:2,4
73:10
**meaning**
33:18
**means** 4:24
6:14 33:11
33:12 76:16
**medical** 33:5
35:22 37:2
37:4,19
48:22 49:3
49:5 73:6
73:10,12,20
**medically**
68:22
**medication**
5:10
**members**
24:9,10
**memo** 28:16
29:3 38:4
60:4,7
67:20
**memorand...**
3:12 27:5
31:11 46:19
47:5 66:20
**mental** 20:20
32:24 33:1
33:5 35:12
35:13,21
36:20,22
37:1,4,19
39:4,14,17
39:23 40:8
40:9,15,17
40:18,20,21
42:23 43:3
44:24 45:4
45:6 46:14
47:8,9
48:14,15,17
48:23 49:3
49:5 50:15
63:19 64:2
64:3 65:16
65:20,21
66:1,5

68:22
**met** 53:3
**minimum**
17:9,22
**minor** 21:11
**minutes** 55:9
55:19 57:3
57:4
**Miranda**
52:17,19,21
54:14 62:9
70:22 71:7
**misconduct**
13:2,4,10
13:12,16
**misconducts**
13:1
**moans** 4:22
**mobile** 39:21
41:7,17
**modulars**
8:16,24
**moment** 5:17
28:2 34:7
**moments** 5:6
**monitor**
74:19
**months** 30:24
61:11
**mouth** 74:2,2
**mouth-to-...**
73:22,23
**moved** 16:22
19:9
**movement**
67:24 68:3
**Murray** 27:6
66:20

**___ N ___**
**N** 2:2 3:1 76:1
**name** 4:14
6:2 21:19
60:1 75:12
**named** 21:11
21:15 75:10
75:10
**National** 14:8
**nature** 7:5
9:5 15:17
17:10,18,24
31:8 55:21
**nauseous**
24:11 43:23

63:1
**necessarily**
49:4
**necessary**
38:10 66:9
**need** 5:14
20:17 27:12
48:9 59:4
**needed** 54:12
**needs** 16:5
39:5
**neither** 72:18
**never** 20:10
20:13 31:5
**newspaper**
71:13
**NEWTOWN**
1:21
**NIC** 14:6
**NJ** 1:22
**normal** 36:24
**normally**
36:23 37:10
54:11 56:5
**Notary** 1:16
76:11
**notations**
56:14
**noted** 16:20
24:10 56:17
76:4
**notes** 48:7
76:5
**notice** 1:13
**notifying**
66:5
**number** 3:11
6:7 29:20
30:17,18
51:12,20
71:21
**Numerous**
9:8
**nurse** 75:10
**nurses** 51:12
51:21 52:5
52:5
**NY** 1:22

**___ O ___**
**O** 76:1
**o'clock** 57:9
57:14
**object** 42:12

44:2 46:2
47:20 48:18
49:15 51:22
53:20 63:6
64:12,16
70:23
**objections** 4:4
**obviously**
21:9 25:22
40:9
**occurred**
11:12,13
**occurrence**
56:18
**October** 1:9
**offered** 15:2
**office** 8:5
54:12,20,20
55:5
**officer** 8:20
8:23 9:11
13:2,17
16:8,15,15
31:7 49:20
54:6 55:16
55:19 56:10
56:19 63:8
63:9 65:14
**officer's**
65:13
**officers** 10:2
10:5,9,13
10:20 13:2
55:8,11
56:13 73:21
74:5,19,24
75:2
**offices** 1:13
2:4
**official** 62:21
63:5 64:7,8
64:9 65:1
65:23 66:4
**officials** 40:7
49:10 50:22
58:1 70:2
**oh** 50:2 52:23
55:2
**okay** 5:23 6:9
6:17 7:6,9
7:12,15,18
8:13 9:19
9:23 10:7

11:5,9 12:5
12:11,14,17
14:1,3 15:1
15:5 16:2,9
16:19,22
17:2,6,15
18:1,8,10
18:22 19:5
19:8,20,20
20:6 21:8
21:14,22
22:21 23:9
23:22 24:1
24:7,17,23
25:8 26:6
26:18 27:17
27:21 28:8
30:1,1,17
30:20 31:6
33:7 35:9
35:16 36:10
36:16,21
37:21 38:5
38:20,21
39:8,8 40:7
41:5,19,23
42:12,16
43:9,23
44:4,10,12
45:7,18
50:8 51:4,7
51:11 53:2
53:24 54:9
54:22 55:7
55:22 56:13
57:18 58:3
58:15 59:15
61:3,9,12
61:20 62:2
62:2,7,14
65:4 67:15
67:23 68:14
69:5,24
70:7,12,17
71:11 72:17
73:19
okay'd 37:3
once 25:5
33:4 35:19
36:23 37:3
38:23 42:21
48:20 64:1
65:1 68:22

one-thirty
57:6
one-twenty
57:10
online 6:8
operational
15:11,13,22
15:23
operations
15:14
opportunity
26:20 27:14
32:6
opposed 12:6
24:24 42:1
42:5 51:22
ORAL 1:12
order 36:18
69:10
orders 9:4
ordinary
56:16
Orgasan
75:10,11
originally
7:24 8:9
oversee 10:2
owned 22:2
oxygen 73:20

P
P 2:2,2
PA 1:22
PAGE 3:3,11
paperwork
12:20,21
13:8,22,23
24:7,8 36:9
36:24 38:19
39:1 54:18
55:3 57:24
68:5,8 69:9
parole 68:7
part 15:18
28:17 29:4
30:14 46:23
57:24 66:1
particular
4:16 9:15
11:17 17:14
18:14 19:8
19:23 26:16
26:24 27:4
29:15,19

30:10 31:10
35:1 37:23
39:10 40:4
40:11 41:16
44:12,16
45:9,13,24
46:1,20
47:17,19
49:13 55:5
56:11 63:4
64:6,8 66:4
68:20 74:9
PC 22:14
31:24
PD 15:2
PDP 15:2,3
penalties 55:8
55:10,11,15
Pennsylvania
1:2,9,15,21
2:5,11
people 22:15
23:2,3 65:8
70:5 72:8
perform 74:1
75:1
performance
56:1
performed
30:22
performing
73:8
period 8:19
57:8
person 22:4
31:15 32:1
32:13,18
33:2 40:15
40:17,18
45:11 50:24
52:21 65:9
65:19 74:1
personal
38:20 43:6
personally
57:22
persons 22:4
perspective
28:18
pertaining
68:8
petition 69:5
Philadelphia

1:6,9 2:5,10
2:11 6:6
15:4 40:20
68:4
phlebotomist
52:7
Phoenix 6:8,9
6:18,19,23
6:24 7:10
phone 2:6,12
21:24 22:10
23:13
PHSW 49:2
physical 40:3
44:13
physically
40:13,22
61:14
PICC 60:15
60:21 62:1
pick 14:22
place 21:17
22:17 24:19
27:9 28:19
32:13,17,23
37:14,16
38:2,8,14
39:9 44:16
45:8,10,21
46:20 50:9
54:23 68:16
placed 27:8
31:22 32:15
35:22 36:2
37:4 38:10
39:5 42:17
42:22 43:7
47:6,10
48:16,21,24
49:13 65:15
70:14 71:2
placement
28:20 29:11
29:14 30:16
31:15 32:18
34:9,15
35:17,20
36:2,19
37:8 38:3
38:15 39:6
39:10 42:1
42:18,19
44:17 45:11

46:22 47:17
49:14 67:5
68:15,17
70:21
placing 29:21
32:1 34:8
47:16
plaintiff 2:7
26:14
plaintiff's
26:17
plaintiffs 4:15
plastic 73:24
please 4:22
5:3 21:18
27:22 29:8
73:2
point 10:24
12:8 37:3
37:15 38:9
64:1 73:6
policy 30:13
38:19 50:13
popped 56:22
population
8:6,7 10:6
10:10 12:10
57:5 68:3
70:11
Porter 52:18
pose 29:17
30:4 66:22
position 12:7
17:14 66:2
possibility
32:4 33:13
potentially
55:16
preclude 5:11
present 1:17
presented
64:24
Presently
61:3
pressed 67:12
presupposes
42:13
pretty 67:22
prevention
9:14
previously
22:3 26:12
26:16 27:19

prior 14:4
24:13 34:8
34:8 36:1
48:2
prison 11:17
18:18 20:7
20:8 24:8
24:10 25:1
30:10 31:4
31:5,7,13
39:14,16
40:7,14,14
40:20 44:13
49:10 50:23
53:12,18
54:23 55:5
57:21,21
58:1 60:9
61:18,22
62:5,21
63:4,15
64:6,8,9,10
64:24 65:23
66:4,14
70:2 71:13
71:17,18
74:14,15,22
prisoner
21:11,15
39:2,5,10
39:13 40:9
46:20,21
47:17,19
49:10,13
50:22 62:21
prisoners
9:10 10:21
17:14 18:12
39:18 40:4
40:12 48:11
50:21 51:21
53:13 62:16
68:15 69:16
70:3 71:14
prisons 8:3
10:12 11:18
15:4 18:10
18:16 40:12
54:24 68:4
74:20
privy 37:17
probation
68:7

problem 5:24
30:7 40:10
40:10 56:3
procedure
26:7 46:9
46:12
procedures
20:8,9,12
38:10
proceedings
76:3
process 16:4
16:7,10
37:20 68:18
68:18,20
processes
36:24
produced
13:17
promoted
9:21,23
11:6,7,20
19:11
promotion
11:11 12:15
proper 28:9
protection
35:11
protective
15:17 22:1
22:13,15,16
25:18 31:19
31:22 32:2
32:5
provide 26:16
22:24
provided
22:24
provides 67:5
providing
5:12
Public 1:17
76:11
punitive
25:19 69:15
70:5
pursuant
1:13
put 5:16 6:14
16:21 21:19
22:19 31:14
33:11,20
34:22 35:1
35:10,11,16

36:18 40:3
42:9 45:14
48:2 50:21
50:24 56:24
63:24 64:1
64:20 65:19
65:24 66:6
66:14,14,15
69:19
puts 63:11
putting 22:13
22:14

Q
question 5:1
5:2,3,8,16
5:17 6:14
11:1,15
29:23 33:12
36:4 40:6
45:16,17
46:17 47:12
49:17 50:18
50:19 52:3
54:2,22
64:14,15,23
65:6,7
67:10 72:17
72:20
questions 4:5
5:11 52:10
55:14
quick 61:3
quote 33:17

R
R 2:2 66:20
76:1
Ranging 56:6
RCF 20:14
20:23
read 27:14
28:5 29:7
reading 4:3
27:17 28:10
ready 62:17
real 24:5,12
28:5 29:7
really 8:15
9:13,15,18
9:21,22
11:8,11
19:19 25:7
26:5 36:12

**58:**14 60:24
66:10,12
**rear** 70:5,6,7
70:15
**reason** 23:23
29:17 30:3
34:17 44:13
46:21 56:20
63:3 66:22
**reasons** 35:10
49:3
**recall** 9:13
23:24 24:2
24:6 25:6,7
30:8,17
58:3,12
66:17 73:1
**receive** 6:22
12:18 14:9
20:7
**received**
12:15 20:10
46:24
**receives** 63:8
**recollection**
23:1,11
27:18 28:11
28:15 30:12
34:6 35:24
36:6 41:7,9
41:12,15,18
43:6 53:10
67:12,16
71:16 73:4
75:9
**recommend**
47:16,23
**recommend...**
70:20
**recommend...**
33:4 43:7
**record** 6:2,15
10:14 19:22
21:20 26:11
27:4,14
29:8 33:12
33:23 34:21
43:5 44:19
53:4,7
64:21 66:18
70:13
**Records**
67:24

**reference**
4:16 12:20
20:8 21:8
27:7 31:1,2
31:11 40:22
41:21 59:10
59:12 61:12
62:14 66:11
**referral** 44:21
46:8 48:2
49:21 63:10
63:14,18,20
63:22,22,23
65:17,20
66:7
**referrals** 64:1
**referred**
35:19 44:18
44:20
**referring**
39:3
**refresh** 27:17
28:15
**refreshes**
28:11
**regarding**
31:3 53:19
**regulation**
30:11,18
50:24 66:13
66:14
**regulations**
4:17 9:4
29:20 31:13
36:13 38:22
53:11,11,16
53:18 64:11
**relate** 18:15
18:18
**related** 18:16
**relates** 37:23
68:20
**relating**
21:10
**relation**
17:13 36:11
73:7
**release** 17:10
17:19 68:9
**relied** 29:15
29:20 30:2
66:13
**rely** 31:12

**remember**
9:16 11:11
19:15 21:16
23:12,17
61:16
**remembered**
6:11
**RENA** 1:4
**repeat** 15:20
40:6
**rephrase** 5:2
10:22 32:16
**report** 32:9
33:21 34:1
34:6,22
35:2
**reporter** 1:16
76:11,19
**Reporting**
1:14,20
**Representing**
2:7,13
**represents**
4:15
**reproduction**
76:15
**request** 51:4
51:8
**requested**
14:19
**require** 40:19
71:4
**required** 5:7
39:22
**research**
71:14
**reserved** 4:5
**respect** 28:9
60:14
**responsibili...**
15:24 19:10
**responsibility**
10:1,9 19:5
19:9 38:1
**result** 23:9
24:17 39:1
**resulted** 72:9
**results** 63:21
**resuscitation**
73:22,23
**retraining**
75:3,6
**review** 13:8

**Reviewed**
57:24
**reviewing**
53:12
**reviews** 13:4
13:15
**right** 5:10 9:7
10:22 11:5
13:14,19
15:7 16:12
18:1,24
21:4 22:11
22:16 23:9
26:24,24
28:3 34:1
34:21 35:18
37:11,13,21
38:24 43:4
49:24 50:17
51:6 52:13
55:7 58:20
67:13,21
69:11 70:12
71:16
**Riverside** 8:8
8:11 20:15
**Road** 7:23
8:3 10:12
10:12 11:18
18:11,17
39:16 40:11
54:24 71:14
71:19
**robbed** 22:1,3
22:4
**routine** 45:5
63:23
**RPR** 1:16
76:10
**rule** 30:10,17
31:10
**rules** 4:17 9:3
16:13 29:19
31:13,13
36:13 38:22
48:14 50:23
53:11,11,15
53:18 64:11

_____
      **S**
_____
**S** 2:2 3:10
**safe** 20:2
22:18 34:5
66:11

**sanitation**
54:3
**sanitations**
54:4
**save** 59:8
**saw** 31:8
**saying** 36:5
36:13 38:5
42:8,8 44:8
48:14 55:18
57:13 58:18
64:24 74:5
**says** 28:16
30:6,6
43:15 49:18
50:2 62:22
63:18 66:20
67:3
**schools** 6:7
**Science** 6:4
**sealing** 4:3
**second** 5:24
26:6 27:21
28:3 33:7
40:2 48:6
62:24 63:14
73:2
**security**
29:18 30:5
54:3,4
66:23
**see** 24:20
32:24 36:8
36:8 43:24
47:8 50:14
56:2 57:10
**seeing** 37:18
61:15
**seen** 16:17
37:18,19
41:7,13,14
41:16 45:4
45:6 75:12
**Seg** 22:18
24:19 32:5
50:9,11
69:19
**segregation**
22:20,21
24:21 25:14
25:19,19
27:8 30:14
30:15 32:3

**sign-in** 54:5
**signature**
26:23 27:1
27:2
**signing** 4:3
**sits** 16:14
**situation** 9:19
37:23 56:4
63:3
**skills** 7:4,5
13:21
**slang** 52:24
**so-called** 23:2
23:3
**social** 39:23
39:23
**solitary** 32:14
32:15 69:16
**somewhat**
27:20 67:2
**sorry** 15:6
21:18 22:20
23:19 58:24
59:17,18,20
**sort** 41:7
48:17 54:5
**South** 2:5
**speak** 4:20
67:1,7
**speaking** 6:17
**special** 12:18
17:7 18:19
20:17,18,22
25:2,5,10
25:13,17
33:2 35:19
37:4,5 42:3
47:11 48:22
56:14 70:1
71:4,6
**specialized**
14:3 20:6,7
20:13,24
**specific** 29:19
30:9,17
**specifically**
36:11
**specs** 29:11
29:14 67:4
**spiel** 4:19
**spite** 28:17
**spoke** 21:19
23:15

**sanitation** ... (see above)

**32:**23 33:3
34:15 35:17
35:23 37:15
37:17 38:9
38:11,18
42:18,23
43:8 45:22
47:7,24
48:4,24
49:7 51:1,9
70:5 71:2,3
**self-defense**
9:6
**send** 25:9
45:12
**sends** 37:1,2
**sent** 42:5
47:18 48:1
**sentence**
66:19 67:6
**sentences**
68:6,7
**September**
7:8
**Sergeant** 9:21
9:23,24
10:1,8 11:5
11:19 12:6
12:22,22
13:3 18:5
**Sergeants**
10:19 12:8
15:10
**service** 1:20
40:21 42:6
**SERVING**
1:22
**set** 10:11,14
10:17 11:1
**seven** 12:16
61:11
**severe** 40:19
**severity** 49:1
**sheet** 54:5
**sheets** 54:18
**shift** 21:23
51:13 54:3
**showing** 21:1
43:20
**shown** 26:14
**side** 8:14
26:24
**sign** 54:6

**spoken** 58:1
**staff** 10:3,5
12:21 13:23
15:10 20:24
21:2,4 24:9
24:10 29:16
30:3 44:13
66:21 73:10
73:11,14
**staffed** 52:8
**staffing** 51:24
52:11
**start** 7:15
57:13 58:11
71:17 73:11
**started** 7:12
7:24
**State** 7:23 8:3
10:11,12
11:18 18:11
18:17 39:16
40:11 54:24
71:14,19
**stated** 26:1,3
31:10 32:9
46:21 50:13
65:18
**statement**
28:12 33:14
66:19 67:2
67:17,18
**STATES** 1:1
**stenographer**
4:21
**stenographic**
76:5
**step** 12:11
25:16
**steps** 38:10
**stop** 57:7
63:14
**street** 1:14
2:5,11 22:2
22:3
**Strehlow** 1:14
1:20
**stressed**
23:15
**strike** 11:15
17:2 18:13
20:1 22:23
28:5 31:1
43:12 59:8

structure
40:3
subject 55:16
55:17
submit 13:2
13:22
submitting
12:21
subsequent
31:12
successful
21:10 60:16
suicidal 9:10
20:20 39:14
40:10
suicide 9:13
9:14 20:8,9
20:11,12,13
21:9 31:4,5
31:11 57:21
59:17,21,21
60:1,16
61:12,16,17
61:22,22
62:4,6,10
suicides 60:9
72:3,8,18
72:24
Suite 1:14,21
supervise
10:9,20
12:8 18:6
supervising
15:9 18:2,4
18:12
supervision
12:9 76:18
supervisor
20:2 66:9
supervisors
74:19
suppose 63:5
supposed
36:14 41:10
53:12 54:6
56:3,17
63:9 64:7,9
66:3
sure 4:20
6:12,16
9:21 11:8
12:2 19:19
21:21 23:18

26:5 28:9
38:13 40:7
48:3 55:22
57:11 60:20
61:20 66:10
67:22 69:13
sworn 4:9
synopsis
44:23
system 25:1

_____ T _____
T 3:10 76:1,1
take 5:14,15
5:18 21:6
26:20 27:12
32:8 36:16
48:9 69:7
taken 1:13
40:13 76:5
takes 37:20
talk 6:12
36:10,11
talked 24:9
32:7
talking 51:14
59:24 72:11
talks 39:4
TALMAD...
1:12 3:4,12
4:8
Talmadge's
66:20
taught 9:14
teach 9:3,9
techniques
74:4
tell 5:1,4 9:17
9:22 18:1
21:14,24
23:10,14
24:1 27:1,3
38:23 46:6
51:23 52:1
52:2,3 69:3
71:20
telling 23:17
37:16 45:14
59:22 60:8
Temple 6:7
tenure 15:22
testified 4:9
10:19 11:2
22:8 32:8

35:9 38:12
38:21 59:9
testify 59:1
Thank 28:1
53:3 58:22
75:16
thing 6:11
55:21
things 7:4,5
9:5,8 15:17
17:10,17,23
24:9 31:8
44:7 45:13
67:14 73:8
think 5:19
9:12 11:7
18:9 19:1
19:18 60:15
60:20 67:10
72:22
Thomson
21:21 22:9
23:1,10,14
24:1,4,14
24:18 26:2
27:7 28:19
34:7,11,14
38:14 41:20
46:24
thought
25:22 34:15
62:3
threat 29:17
30:4 66:22
threatened
31:24
threatening
31:24
threats 24:4
24:12 44:13
three 18:2,9
58:2,5,6,7,8
58:9,10,13
58:18,22
59:5,23
67:14
three-to-ele...
21:23
throwing
43:23
Thursday 1:9
time 4:6 8:19
9:23 19:6

23:15 26:9
30:22 50:15
53:6 54:7
57:7 59:8
65:2,15
66:12 70:19
75:17
times 56:9
title 61:4
today 5:10
28:6 61:3
told 22:12,17
24:3,3,19
26:2 28:12
32:20 34:11
34:14,14
35:1 37:14
38:8 44:13
45:9 46:1
47:4 49:10
50:21 56:24
total 58:9,10
totally 25:9
tour 56:2,23
56:23 57:1
57:9,14,15
57:15 74:18
toured 57:10
touring 55:19
55:21 57:11
tours 53:22
56:3
trained 50:21
training 7:5
8:22 9:1,2,2
9:3,10,12
9:13 12:18
13:20,22
14:3,6,9,13
14:15,18,18
14:19,21
15:2,8,9
20:7,10,13
43:10,11,14
49:9,12
50:17,20
51:5 62:20
63:4 75:1,2
75:4
transcript
76:6,14
transfer
20:21 41:24

68:24 69:2
70:20
transferred
68:23 70:18
71:5
transported
37:5
trial 4:6
Troy 2:4,4
4:14
troyhwilson...
2:6
true 26:2
28:11 69:14
truthful 5:12
try 4:22 6:12
6:13,17
67:15
trying 5:19
30:8 31:21
40:1 42:2
42:11 48:17
70:1
tube 73:24
turn 12:9
turned 54:18
54:19
twelve 57:14
twelve-thirty
57:15
twice 57:12
twisting 47:2
47:3
two 8:18 35:6
56:2 57:6
58:17 59:15
59:19 62:16
72:10,12,18
type 9:16
47:22
types 40:4

_____ U _____
uh-huh 4:23
29:10
uh-uh 4:23
41:11
ultimate 38:1
ultimately
39:9
underline
29:2
underlined
29:1,7,8
understand
5:1,2,3

29:23 30:5
33:8 36:5
37:21 45:16
45:17 48:13
49:16 64:14
64:15,22
65:6,7
understand...
5:11 25:9
35:15
unfortunat...
21:10 62:11
uniform 74:8
unit 17:8
20:17,24,24
21:1 25:11
36:20,22
39:17,20
40:11 42:2
42:11 48:17
70:1
UNITED 1:1
units 19:23
21:3
University
6:7,8,9,18
6:19,23,23
7:9
unreal 44:14
upper 26:24
urgent 63:22
use 33:14
70:3
usually 31:7

_____ V _____
verbal 56:7
verifies 13:3
video 74:20
violate 16:13
violating
64:10
visually 55:23
voice 4:21,21
vs 1:5

_____ W _____
waived 4:4
want 4:14,20
5:15,20
6:16 22:14
22:17,18,19
22:22 23:3
28:9 31:24

36:18 44:2
45:2 47:2
48:12 49:10
49:19 59:1
61:20 64:17
69:3
wanted 14:21
21:17 22:1
25:9 26:4
28:13 32:10
32:21 33:10
45:21
wants 43:16
49:19 50:3
62:21
Warden 1:12
3:4 4:8 16:3
17:1,3,7
19:6,11,16
19:22 20:3
28:6,6,7,10
38:24 45:7
48:11 51:15
52:13,17,17
52:19,22
54:22 55:6
59:16 60:24
61:5,7,9
66:19 70:19
72:12
Warden's
54:11,19,20
55:4
Wardens
16:6 54:21
warning 56:7
wasn't 18:11
18:12 22:12
32:15 58:23
61:16,17
66:6,7
way 5:15 7:21
10:17,22
11:2 28:23
38:5 54:17
56:7 64:10
74:18
we'll 5:21
we're 37:21
59:19,22
64:21
week 14:14
52:6

weekdays
51:22
weekend
51:13
weekends
51:22
went 11:21
12:21
whatsoever
23:6
Wilson 2:4,4
3:7 4:13,15
5:19,23 6:1
8:1 10:15
18:24 19:2
19:24,24
21:8,11,15
21:16 23:14
23:15,22
24:2,3
25:12,21,23
26:3,8,11
26:19 27:7
27:24 28:2
28:4,13,19
29:22 31:12
32:10,21
33:18 34:8
36:1,12
37:24 38:2
41:6,7,16
41:21,24
42:7 43:1
44:3,5,9,11
46:15,16
48:5 49:8
49:23 50:5
50:16 51:6
51:10 53:4
53:9,24
54:1 58:12
58:21 59:1
59:3,10,24
60:1,10
61:21 62:14
62:17 63:13
64:13,19
65:3,5
66:12 67:8
67:9 68:16
68:21 70:14
71:10
Wilson's

| | | | |
|---|---|---|---|
| 35:13 62:12 | 11:14 60:15 | 8:10,14,23 | **504-4622** |
| **Wilson-1** | **works** 5:15 | 9:12,18 | 1:22 |
| 3:12 26:9 | 54:17 56:7 | 58:19,22 | **54** 1:21 |
| 26:13,21 | **wouldn't** 46:5 | 59:5 | **555** 62:12 |
| 27:4 28:10 | 50:2 | **1985** 8:16 | |
| 28:23 33:15 | **write** 4:24 | **1991** 11:7 | _____ |
| 46:20 66:18 | 56:14 60:4 | | **6** |
| **window** 57:16 | 69:5 | _____ | **683-5361** |
| **windows** | **writing** 60:7 | **2** | 2:12 |
| 55:21 | **wrong** 18:2 | **2:18-cv-011...** | |
| **wing** 40:20,21 | 38:24 | 1:6 | _____ |
| 40:22 42:6 | **wrote** 30:2,6 | **20** 71:11 | **7** |
| **witness** 3:3 | 67:20 | **2010** 60:18 | _____ |
| 7:23 25:20 | | 60:21 | **8** |
| 26:11,18 | _____ | **2011** 7:11 | **83** 9:20 |
| 42:16 46:4 | **X** | **2014** 19:18 | **85** 9:20 |
| 47:22 48:20 | **X** 3:1,10 | 19:19 | |
| 49:18 50:12 | | **2015** 19:19 | _____ |
| 51:4,7 | _____ | **2016** 10:15 | **9** |
| 53:22 58:20 | **Y** | 11:2 17:3 | **9:58** 1:15 |
| 63:8 71:1 | **yeah** 5:23 8:2 | 19:24 20:3 | **985-4566** 2:6 |
| 75:16 | 22:21 25:24 | 21:10 27:10 | |
| **woman** 33:9 | 29:6 35:16 | 48:11 51:14 | |
| 75:10 | 42:7 43:11 | 52:13 54:15 | |
| **women** 20:15 | 44:9 52:20 | 58:11,12 | |
| **word** 33:8,8,9 | 53:15 55:11 | 59:10,13 | |
| 33:14,17 | 58:10,10 | 71:12,13 | |
| 35:4 56:21 | 64:15 67:12 | 73:15 74:13 | |
| 70:2 | 73:1 | 74:23 75:9 | |
| **wording** 30:9 | **year** 19:17 | **2017** 58:15 | |
| 30:11 62:23 | 58:4,4 | 62:10 71:19 | |
| **words** 29:1,2 | 60:17 72:15 | 72:20,21,23 | |
| 29:7 30:2 | 73:17 | **2018** 1:9 | |
| 33:20 34:22 | **years** 11:10 | 19:12,14,14 | |
| 35:1 45:2 | 12:2,3,4,16 | 19:20 58:5 | |
| **work** 7:1,6 | 18:9 58:3 | 58:8,17 | |
| 9:4 11:10 | 62:8 75:4 | 71:23 72:16 | |
| 11:16,17 | | 72:17 | |
| 12:20 15:12 | _____ | **215** 1:22 2:5 | |
| 17:9,17,19 | **Z** | 2:6,12 | |
| 17:20,21 | | **25** 1:9 27:9 | |
| 21:2 36:16 | _____ | **26** 3:12 | |
| 52:7 | **0** | **2nd** 2:5 | |
| **worked** 8:13 | | | |
| 8:14,18,23 | _____ | _____ | |
| 9:19 11:19 | **1** | **3** | |
| 15:24 20:14 | **10:26** 75:18 | **30** 55:9,19 | |
| 21:1 69:23 | **1045** 1:15 | 57:3,4 | |
| 73:5 | **116** 1:21 | **30-minute** | |
| **worker** 39:23 | **12-week** 9:2 | 56:24 57:2 | |
| 41:5 | **14th** 2:11 | 57:8,16 | |
| **working** 7:12 | **1515** 1:14 | | |
| 7:15,19 | 2:11 | _____ | |
| | **18940** 1:21 | **4** | |
| | **19** 71:12 | **4** 3:7 | |
| | **19102** 1:15 | | |
| | 2:11 | _____ | |
| | **19107** 2:5 | **5** | |
| | **1983** 7:8,16 | | |