IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

RENA ABRAN            :
    Plaintiff       :
              :
       vs.      :
              :
CITY OF PHILADELPHIA :
et al.               :
    Defendants      : No. 2:18-CV-01107

- - -

Wednesday, January 8, 2020

- - -

Oral Deposition of LATASHA McMILLAN, taken pursuant to notice, held at the Offices of O'Connor Kimball, Two Penn Center, Suite 1100, Philadelphia, Pennsylvania 19102, commencing at 11:35 a.m. before Michelle A. Landman, Professional Reporter and Notary Public; in and for the Commonwealth of Pennsylvania.

STREHLOW & ASSOCIATES, INC.
54 FRIENDS LANE, SUITE 116
NEWTOWN, PENNSYLVANIA  18940
(215) 504-4622
SERVING NJ, PA, NY & DE

Page 2

1  A P P E A R A N C E S :
2
3  THE LAW OFFICES OF TROY WILSON
4  By:   TROY WILSON, ESQUIRE
       215 Broad Street, 2nd Floor
5      Philadelphia, Pennsylvania 19107
       215-985-4566
6
       Representing the Plaintiff
7
8
9  THE CITY OF PHILADELPHIA, LAW DEPARTMENT
10  By:   MARK MAGUIRE, ESQUIRE
        One Parkway Building
11      1515 Arch Street, 17th Floor
        Philadelphia, Pennsylvania 19102
12      215-683-5001
13      Representing the City of Philadelphia
14
15
16  THE LAW OFFICES OF O'CONNOR KIMBALL, LLC
17  By:   LISA A. CAULEY, ESQUIRE
        Two Penn Center, Suite 1100
18      1500 John F. Kennedy Boulevard
        Philadelphia, Pennsylvania 19102
19      215-564-0400
20      Representing Corizon
21
22        Continued...
23
24

Page 3

1  A P P E A R A N C E S :
2
3  THE LAW OFFICES OF MATIS, BAUM, O'CONNOR
4  By:   JULIA F. KURTZ, ESQUIRE
       912 Fort Duquesne Boulevard
5      Pittsburgh, Pennsylvania 15222
       412-338-4713
6
       Representing MHM Correctional
7      Services, Inc. and Dr. Olumide
       Oluwabusi
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 4

1                - - -
2              I N D E X
3                - - -
4  WITNESS                    PAGE
5  LATASHA McMILLAN
6  (Witness sworn.)
7  EXAMINATION BY:
8  Mr. Wilson. . . . . . . . . . . . . . 05
9
10               - - -
11           E X H I B I T S
12               - - -
13  NUMBER        DESCRIPTION      PAGE
14
        None marked.
15
16
17
18
19
20
21
22
23
24

Page 5

1                - - -
2          LATASHA McMILLAN, after having
3      been first duly sworn, was examined
4      and testified as follows:
5                - - -
6          EXAMINATION
7                - - -
8  BY MR. WILSON:
9  Q.    My name is Troy Wilson, I'm the
10  attorney for the plaintiff in reference to
11  the caption matter Abran, et al. versus City
12  of Philadelphia, Corizon, et al.
13      Your last name again?
14  A.    McMillan.
15  Q.    Ms. McMillan, before we get started, I
16  don't anticipate keeping you here for an
17  inordinate amount of time, it's not the way
18  we generally work.
19      In order for things to run a lot more
20  smoothly, just a few general rules and
21  parameters that we have, and your attorney
22  may chime in as well.
23      Even though you're seated right next
24  to the stenographer, try to keep your voice

2 (Pages 2 to 5)

1  up. Speak in a loud clear voice. You can't
2  answer any questions um-hum or nuh-huh
3  because she doesn't know what that means.
4  And also you can't nod affirmatively or shake
5  your head, you have to say whatever it is you
6  want to say.
7      If you need to take a break, that is
8  not a problem. Just let us know and we can
9  take a break. I don't anticipate that we are
10  going to be here for such a long time period
11  that you're going to need to, but even if you
12  need to, it is what it is, it won't be a
13  problem, just let us know and we will stop.
14      The only requirement prior to taking a
15  break, if there is an outstanding question
16  that's been posed to you, you have to answer
17  the question on the record and then you can
18  take your break.
19      Are you taking any medication today
20  that might impair your ability to understand
21  my questions or your ability to recollect?
22  A.    No, sir.
23  Q.    Have you done a deposition before?
24  A.    Yes.

1  Q.    To the best of your recollection, I'm
2  not holding you to a specific number, how
3  many have you performed?
4  A.    One.
5  Q.    How long ago was that?
6  A.    2014.
7  Q.    And was that in Maryland?
8  A.    No, that was in Philadelphia.
9  Q.    Okay. And what kind of case was that
10  for?
11  A.    Trying to go back five years, it was
12  an allegation of a patient, just in relation
13  to back when we were triple celling patients
14  in the city, well before my time. However, I
15  had assumed the role of Regional Director of
16  Nursing a month before, so I caught the
17  deposition.
18  Q.    I like the phraseology.
19      Okay. Could you provide me with your
20  educational background?
21  A.    Sure. I am a graduate of Delaware
22  State University where I obtained my
23  Bachelor's of Science in Nursing.
24  Q.    What year?

1  A.    2003.
2  Q.    I'm sorry. Did you finish your
3  answer?
4  A.    No.
5  Q.    Okay. Go ahead.
6  A.    I have also obtained two Master's
7  Degrees, both in 2007, from Wilmington
8  University. One as a Master's of Science in
9  Healthcare Administration. And the other, a
10  Master's of Science, Nursing and Executive
11  Leadership.
12      I'm currently at the University of
13  Charleston in West Virginia working on a
14  Doctorate in Executive Leadership.
15  Q.    Are you working on executive
16  leadership in a particular field or is it
17  just general executive leadership?
18  A.    General executive leadership.
19  Q.    I forgot a couple other things to
20  mention. And I don't foresee this being a
21  major problem, but I have to put it on the
22  record.
23      As we get into the deposition, you may
24  anticipate a question that I might have or

1  want to provide your answer, what you have to
2  do is, we instruct all witnesses to simply
3  wait for me to complete the question. We
4  have to do it in order for the stenographer's
5  purpose. She takes my question down and then
6  whatever your answer is, your answer is. She
7  can't take down both of us speaking at the
8  same time. So just wait for us to finish the
9  question.
10      If you don't understand something, I
11  have no problems with you either asking me,
12  telling me you don't understand, and I can
13  try to rephrase it. Okay?
14  A.    Absolutely.
15  Q.    All right. Other than the education
16  that you just testified to, did you have any
17  other -- do you have any certifications?
18  A.    I do. I have a certification in
19  sexual assault nurse examination, I obtained
20  that back in 2012.
21      I also obtained in 2016 -- yes, 2016,
22  my nurse executive advanced board
23  certification.
24      I am also a certified correctional

1     healthcare professional, I obtained that back
2     in 2006.
3           And I'm obviously a registered nurse
4     from 2003.
5     Q.    The 2006 certification, where did you
6     obtain that certification?
7     A.    It's a national certification from
8     National Commission on Correctional
9     Healthcare.
10    Q.    So was there training done?
11    A.    There is more studying than anything
12    else. They use experience and essay writing
13    and a specific 50-question test to determine
14    whether you are a subject matter expert in
15    corrections.
16    Q.    So that's something that you basically
17    study at your home base and take an online
18    test or do you have to go to a particular --
19    A.    No, I went to a National Commission on
20    Correctional Healthcare conference back in
21    2006 where I had to test along with the other
22    testees across the country.
23    Q.    Any other certifications or
24    qualifications?

1     A.    I am also a trauma nurse, corp course
2     nurse. I obtained that initially back in
3     2008. I am advanced cardiac life support
4     nurse as well. I'm trying to remember them
5     all.
6     Q.    There is just so many?
7     A.    I'm going to leave it at that, if I
8     may.
9     Q.    It's fine. What I've learned, it's
10    not bragging if it's true.
11    A.    It's true.
12    Q.    In the course of your education and
13    experience, have you had any experience with
14    or certifications for, for example, dealing
15    with suicide deaths, treatment for suicide
16    deaths?
17    A.    Certification, no.
18    Q.    If you know, you're here as a
19    corporate designee of Corizon. Your
20    employment history, we did your education.
21          What's your employment history like,
22    say for like the last seven years?
23    A.    The last seven years -- actually, the
24    last ten years I have been with the

1     Philadelphia Department of Prisons, here in
2     Philadelphia.
3     Q.    Were you living in Philadelphia?
4     A.    No, sir. I live in Maryland.
5     Q.    In the time period you're talking
6     about with the Philadelphia Prison System,
7     you were commuting?
8     A.    From Maryland to Philly. And still
9     am, yes.
10    Q.    Okay. What did that entail?
11    A.    The commute?
12    Q.    No. No. The job. What's the job
13    description?
14    A.    Oh, I initially started ten years ago
15    as an assistant health service administrator.
16    That was more the assistant to the overall
17    health authority, where we had to oversee all
18    the facility operations within the facility.
19          I was then promoted in 2012, maybe, to
20    the Regional Director of Nursing. I held
21    that position until 2014, where I was
22    promoted to the Director of Operations. And
23    that is the position I currently hold.
24    Q.    Do you have a resume?

1     A.    I do.
2     Q.    Can you make sure your counsel gets
3     the resume? She can give it to me.
4     A.    Absolutely.
5     Q.    The positions that you just testified
6     to, were those in relation to Corizon or was
7     that a separate position?
8     A.    All Corizon.
9     Q.    Okay. So how long have you been
10    working for Corizon? For the last ten years?
11    A.    Since 2006.
12    Q.    Okay. Actually last 13, going on 14
13    years.
14          Where did you work at before you
15    worked at Corizon?
16    A.    So 2004 I worked at Bay Health Medical
17    Center, they call it Kent General Hospital,
18    in Dover, Delaware.
19    Q.    What were your duties there?
20    A.    I was a clinical coordinator. I was
21    basically a house supervisor on the
22    nightshift. I was responsible for the house
23    facilities and all operations and staffing,
24    bedding. Just support services for the

Page 14

```
 1   nurses.
 2   Q.    Okay.  In reference to your coming
 3   here today, did you do any preparation work
 4   to prepare you for the deposition?  I'm not
 5   talking about any conversations with your
 6   attorney, but any paperwork preparation.
 7   A.    No, sir.
 8   Q.    Okay.  Can you provide testimony, say,
 9   for example, back in 2016, in Philadelphia,
10   as to how many prison suicide prison deaths Corizon
11   was involved with in any sort of way, in
12   reference to the Philadelphia Prison System?
13   A.    I will not be able to give you a
14   specific number, but I can tell you that any
15   attempted or completed suicide, Corizon and
16   the now Centurion team, we meet every 30 days
17   to discuss.
18   Q.    When did that process of meeting to
19   discuss the prison suicide deaths, what year
20   did that start; if you know?
21   A.    It was there well before I came to the
22   Philadelphia contract.  It's actually a
23   National Commission on Correctional
24   Healthcare standard that we have a 30-day
```

Page 15

```
 1   mortality review after every attempt or
 2   sentinel event is what we call it.
 3   Q.    Okay.  And what happens in that
 4   meeting?
 5   A.    At that point in time, all the parties
 6   involved, the security team, the medical
 7   team, the mental health team, the physician
 8   who was the attending at the time, as well as
 9   the administrators of the facility, we have a
10   round table and discuss any areas of
11   improvement, any opportunities, any
12   positives.  Just scenarios around the event.
13   And we attempt to find things that we can do
14   differently, if at all.
15   Q.    Are the statements made in that
16   particular meeting, are they reduced to
17   writing?
18   A.    Yes.
19   Q.    And who reduces them to writing; if
20   you know?
21   A.    The quality improvement coordinator
22   for the medical team.
23   Q.    And in 2016, if you know, who would
24   that have been?
```

Page 16

```
 1   A.    Lynda Witkowski.
 2   Q.    And once items discussed in the
 3   meeting are reduced to writing by Lynda
 4   Witkowski, what happens to that paperwork; if
 5   you know?
 6   A.    Yes.  They are then filed and they are
 7   shared with their third-party consultant when
 8   he comes around.  And when the National
 9   Commission on Correctional Healthcare, when
10   they come through to determine that we are
11   meeting the standards for access care and
12   quality improvement, they will review them
13   every three years.
14   Q.    Every three years, okay.
15         So is there a database where all of
16   these -- all of this paperwork that's
17   generated by Lynda Witkowski are kept?
18   A.    Not electric.  It's a filing system.
19   Q.    So if I want to get the physical files
20   for these meetings, where would they be
21   located since they are not kept
22   electronically?
23   A.    We do keep them at the regional office
24   for Corizon in Philly.  However, we would
```

Page 17

```
 1   have to get approval to share them.
 2   Q.    Where is the regional office located?
 3   A.    8001 State Road.
 4   Q.    Okay.  And so essentially that's where
 5   the paperwork would be for all the -- for the
 6   last -- how many years, if you know, has that
 7   paperwork been kept?
 8   A.    We keep it for every sentinel event
 9   that we have since the beginning of time
10   almost.
11   Q.    Do you have an independent
12   recollection as to the suicide death event of
13   an inmate named Gene Wilson in 2016?
14   A.    I was the -- 2016, I was the Director
15   of Operations at that point.  Outside of this
16   incident where I got to talk to Ms. Cauley, I
17   can't say that I remember.  But I know that I
18   am a part of the sentinel death committee, so
19   I'm sure I was part of that meeting.
20   Q.    Right.  I'm just trying to get on the
21   record if you have an independent
22   recollection or not.
23   A.    Nothing stands out, no, sir.
24   Q.    What are the general standards you
```

5 (Pages 14 to 17)

0b812dac-98be-4acb-b748-9cd7ef4b1cd0

1  mentioned about the committee, the
2  commission?  What are the general standards
3  as it relates to Corizon and care for
4  prisoners who may have either attempted
5  suicide or successfully attempted suicide?
6  A.    From the Corizon side, our overall
7  responsibility is to insure that we get the
8  record closed so that we can share it with
9  the Centurion team, and the security team.
10 Obviously the warden is who we are looking to
11 give that information to.
12        At that point in time, we are also
13 responsible for setting up the sentinel event
14 meeting, the mortality meeting that we do
15 every 30 days post the sentinel event.
16        Outside of that, we do look to our
17 Centurion team to let us know if there were
18 things that we can assist with, considering
19 it is a behavioral health concern.
20 Q.    Are there any rules and regulations
21 concerning the standards that Corizon has to
22 meet, that Corizon has developed in reference
23 to suicide?  How to deal with a prisoner who
24 has either attempted to commit suicide or who

1  has successfully committed suicide?
2        MS. CAULEY:  Note my objection
3  to the form.  You can answer if you
4  know.
5        THE WITNESS:  I wouldn't make
6  it specific to a prisoner.  Suicide
7  is a general concern, so we do
8  address it just like the community
9  would.
10       We do, from the Corizon side,
11 we do do annual suicide prevention
12 training.  We also do an initial
13 mental health assessment screening
14 on every patient that walks into
15 the facility.  And we are required
16 to insure that that continuing
17 education is done with every
18 person, not just nursing, but all
19 persons working inside the walls,
20 from the Corizon standpoint.
21 BY MR. WILSON:
22 Q.    Before we go on, the other thing I
23 forgot to mention, I apologize, is you have
24 to answer every questions put to you unless

1  your attorney instructs you not to answer.
2  If there is an objection of some sort, then
3  you should stop and let the attorneys
4  hopefully resolve their issues and then you
5  can go on.  So I apologize not mentioning
6  that earlier.
7  A.    Thank you.
8  Q.    As far as the annual correctional
9  training that you talked about in this
10 particular area; how is that done?
11 A.    So it's not correctional training.
12 It's just suicide prevention training.
13 Q.    And I apologize.
14 A.    It's not specific to corrections.
15 Q.    The suicide prevention training, how
16 is that implemented?
17 A.    So we have several ways of doing the
18 suicide prevention training.  Currently it's
19 being done on an electronic -- what we call
20 the Torch system for the Corizon staff.
21 Q.    Is Torch an acronym?
22 A.    No.
23 Q.    Okay.
24 A.    Not to my knowledge, it doesn't stand

1  for anything.  It's the Corizon Torch.  It's
2  a learning management system for all Corizon
3  staff where we're able to get on to a system
4  where we can basically review a form of Power
5  Point, also video monitoring.  And there is
6  some interaction with the, I guess the
7  program, that allows us to answer questions
8  inside of the suicide prevention module and
9  then there is a test taking component.
10       Outside of that, we also do have a
11 face-to-face mandatory in-service that's done
12 either by myself or the regional health
13 educator across the region for all the staff
14 who may not have been able to get on to the
15 electronic system.
16 Q.    Is there deadline for Corizon staff to
17 be given this suicide prevention training on
18 a yearly basis?
19 A.    Yes, usually the last day of the year.
20 However, we do put -- we do have a calendar
21 that we utilize every year that determines
22 when we have the training.
23       So, for instance, and I can't
24 recollect back in 2016 the date that it was

0b812dac-98be-4acb-b748-9cd7ef4b1cd0

Page 22

```
 1   expected to be completed, but normally it's
 2   the month of November where all staff are
 3   expected to be trained on suicide prevention.
 4   Q.    How do you confirm that?  That all
 5   staff have been trained?
 6   A.    If it was done, the face-to-face
 7   in-service that I spoke of earlier, we do
 8   have signature sheets noting the fact with
 9   the information that was taught, as well as
10   the people who were in attendance.
11         In addition to that, if it was done on
12   the electronic system, there is a certificate
13   that's completed and forwarded so that we can
14   run a report to determine who has and who has
15   yet to complete.
16   Q.    Where are the certificates kept?
17   A.    The certificates are kept on person.
18   And copies of them are given to us for the
19   training files.
20   Q.    Okay.  So when copies of that are
21   given to you, where are those kept?
22   A.    They are kept in the employee specific
23   training file at the facility in which they
24   work.
```

Page 23

```
 1   Q.    Okay.  The specific employee's file?
 2   A.    Yes.
 3   Q.    You mentioned something a few minutes
 4   earlier about suicide screening.  Has Corizon
 5   developed any, like, written rules and
 6   regulations concerning suicide screening that
 7   they give to their employees who are dealing
 8   with prisoners in prison?
 9   A.    So normally the Centurion team, they
10   will determine what is necessary in order to
11   do a mental health screening, that's not our
12   forte.  We are a physical health provider.
13         They do in-service us for the
14   expectations on the screening.  They also
15   determine the appropriate questions and
16   assessment that needs to be completed and
17   what their criteria is for referral.  So we
18   follow those protocols based off our
19   Centurion team.
20         They come over every -- at least
21   yearly to give us the update and the
22   refresher on the screening, the expectations.
23   And in between that, if there are concerns,
24   they are invited to our monthly staff
```

Page 24

```
 1   meetings at each of our facilities to offer
 2   any suggestions or guidance.
 3   Q.    So when a prisoner is housed at a
 4   prison up on State Road, there is a Centurion
 5   employee who would be conducting some form of
 6   suicide screening?
 7   A.    Not at the time, no.  The physical
 8   health provider RN in the intake area, the
 9   Corizon nurses are responsible for the
10   initial health screening.
11   Q.    And so maybe I didn't understand.  Is
12   there anything physically written down about,
13   these are the areas that have to be hit for
14   screening for Centurion employees who are
15   going to do this particular thing?
16   A.    I'm not familiar with what the
17   Centurion employees have to do.  Because all
18   patients who come through the system, they
19   meet with the Corizon medical assistant and
20   RN first.  We are responsible for answering
21   the questions that have been identified from
22   the Centurion team on what we call our
23   confidential medical screening.  So it's
24   basically a compilation of physical health
```

Page 25

```
 1   questions, mental health questions, substance
 2   abuse questions, pre-related questions and
 3   safety questions that then allow us to make
 4   appropriate referrals and plans of care going
 5   forward for their stay.
 6         So we take the responsibility as
 7   Corizon RNs to ask the appropriate questions.
 8   And based off the responses, referrals are
 9   automatically generated in our electronic
10   health record.
11   Q.    If there is a potential referral that
12   Corizon will make for someone who may have
13   expressed suicidal ideation, what happens in
14   that particular situation?
15   A.    In a situation like that, it would be
16   considered an emergency referral and there
17   would be an electronic alert that's sent over
18   to the Centurion employee, whether that be
19   someone who is on call or on site, I'm not
20   exactly sure.  And they are responsible for
21   addressing the patient within four hours.
22   Q.    As far as addressing the patient, what
23   does that entail based on your experience?
24   A.    I would have to defer to Centurion.
```

7 (Pages 22 to 25)

1    Q.    Okay.  Do you have any information on
2  the amount of prison deaths generally in the
3  Philadelphia -- does Corizon keep that
4  information, for example, in 2016 the amount,
5  the total amount of prisoner deaths in the
6  prison system, in the Philadelphia system?
7  A.    Yes.
8         MS. CAULEY:  Regardless of
9  suicide?
10        MR. WILSON:  Yes.
11        THE WITNESS:  Yes we would.
12 BY MR. WILSON:
13 Q.    Would you have an independent
14 recollection as to what that number is?
15 A.    No, sir.
16 Q.    Does Corizon also keep the figures for
17 the amount of suicide deaths on a
18 year-to-year basis?
19 A.    Yes.
20 Q.    Okay.  Where would that information be
21 located?
22 A.    With our quality improvement
23 coordinator.
24        MR. WILSON:  I don't remember

1  seeing that.
2         MS. CAULEY:  That's Lynda.
3         THE WITNESS:  Correct.
4         MR. WILSON:  Witkowski?
5         THE WITNESS:  Yes.
6         MR. WILSON:  I'm going to need
7  that.
8         MS. CAULEY:  I'll just ask
9  that any requests be put in writing
10 afterward.  Thank you.
11        We're a bit late in the game
12 for discovery.
13        MR. WILSON:  Yeah, but I'm
14 just finding out certain things, I
15 agree.  Because we were talking
16 about -- off the record we'll talk
17 later.  I want to move on.
18        MS. CAULEY:  Sure.
19 BY MR. WILSON:
20 Q.    Based on your experience, what
21 specific rules and regulations are Corizon
22 medical prison staff supposed to rely on or
23 follow when prison staff are dealing with a
24 potential suicide case?

1         MS. CAULEY:  Note my objection
2  to the form.
3         MS. KURTZ:  I'm going to join
4  in that objection.
5         MS. CAULEY:  Do you understand
6  the question?
7         THE WITNESS:  I don't.
8         MS. CAULEY:  Do you want to
9  repeat it or rephrase it?  Your
10 choice.
11 BY MR. WILSON:
12 Q.    Does Corizon have any specific rules
13 and regulations that they provide to their
14 own medical prison staff as to, hey, this is
15 what you're supposed to do when you're
16 dealing with a prisoner who has attempted to
17 commit suicide?  Do you understand the
18 question, first of all?
19 A.    If I can re-verbalize it to you?
20 Q.    Sure.
21 A.    The way that I'm interpreting what
22 you're asking me is, do we have a process to
23 manage any attempted suicides or completed
24 suicides?

1  Q.    Yes.
2  A.    Yes.  So the answer to that question
3  is yes, we do have a sentinel event process.
4  Q.    Has that process been reduced to
5  writing?
6  A.    Yes.
7  Q.    And where would those writings be
8  located?
9  A.    Initially they are found on our My
10 Corizon company web page where you can print
11 out any policy or procedure.
12        We do also have those items tangible
13 in our triage spaces in our sentinel event
14 manuals and processes -- binders I should
15 say, not processes.
16 Q.    Those rules and regulations, how does
17 Corizon give that information to their prison
18 employees here in Philadelphia?
19 A.    So many different ways.  We do keep it
20 on the electronic system, that's the Torch
21 system.  So you do have the ability to
22 refresh yourself on any specific item, not
23 just necessarily suicide.
24        But we also share that information at

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

1   our staff meetings.  And we also keep the
2   policies, procedures in what we call our core
3   process, standards of practice.  We do keep
4   them in manuals in any space where patient
5   encounters are completed for reference.
6   Q.    Okay.  The rules and regulations that
7   you just testified to, is the training for
8   those rules, specific rules and regulations,
9   is that a mandatory training for Corizon
10  prison medical employees?
11  A.    For Corizon employees overall, yes.
12  Q.    How is that implemented then, if it's
13  mandatory?
14  A.    The same way that I told you about the
15  monthly -- or, I'm sorry, the yearly training
16  that we do on suicide prevention, we manage
17  the same way.  We do initial training upon
18  hire.  Then we also do it annually
19  thereafter.
20  Q.    So once a year thereafter --
21  A.    At minimum.
22  Q.    -- on a computer like you talked about
23  before?
24  A.    There is two different avenues, yes.

1   It can be done electronically via the system
2   or it could be done as a face-to-face
3   in-service.
4   Q.    Okay.  If you know, you mentioned that
5   you were here in Philadelphia for one lawsuit
6   for a deposition about five years ago.  Do
7   you remember the name of that caption, the
8   case?
9   A.    No, sir.
10  Q.    Okay.  In the last seven years, if you
11  know, how many lawsuits has Corizon had in
12  Pennsylvania where they were named as a
13  defendant in a prison suicide case?
14  A.    I don't know.
15  Q.    In the last seven years, how many
16  lawsuits has Corizon had -- I'm going to
17  rephrase that.
18        The same question for -- is your
19  answer the same for federal and state?
20  A.    Yes, sir.  I have no clue.
21  Q.    Okay.  All right.  In the last seven
22  years, how many lawsuits has Corizon had in
23  the United States, if you know, where they
24  were named as a defendant in a prison suicide

1   case?
2   A.    I have no idea.
3   Q.    Are your qualifications as a corporate
4   designee not only specific to Philadelphia or
5   do you have the ability to discuss -- because
6   Corizon is a nationwide company, right?
7   A.    Yes.
8   Q.    Or Centurion; is that correct?
9   A.    Corizon is, correct.
10  Q.    Do you have familiarity with issues
11  presented to some of these -- I'm just doing
12  it as a very general question right now and
13  I'll go into specifics later.
14        Do you have the ability to discuss and
15  testify about Corizon issues regarding, say,
16  for example, suicide training for other
17  states, or are you just specific to
18  Pennsylvania?
19  A.    Specific to Pennsylvania.  And
20  actually specific to Philadelphia.
21  Q.    Okay.  On or about March of 2016, if
22  you know, in Philadelphia, did Corizon
23  require its nursing personnel to obtain CPR
24  training?

1   A.    Yes.
2   Q.    Okay.  And how was that done?  How was
3   that implemented?
4   A.    Well, CPR training is a responsibility
5   of the licensed personnel.  So they are
6   required, each person who holds a license, is
7   required to meet the standards for what we
8   have, at least in Philadelphia, through the
9   American Heart Association or the American
10  Red Cross, to obtain their healthcare
11  professional CPR certification independently.
12  Q.    So there is no way to gauge whether or
13  not a Corizon employee has indeed obtained
14  certification for CPR training?  Do you
15  understand the question?
16  A.    I do.
17        MS. CAULEY:  Objection to
18        form.  I don't think that's what
19        she said.
20        MR. WILSON:  Well, I'm going
21        to try to get clarification.
22  BY MR. WILSON:
23  Q.    You said it's independent, which means
24  it's on the person, the Corizon employee to

9 (Pages 30 to 33)

Page 34

1    obtain the CPR training?
2    A.    Correct.
3    Q.    How do you monitor that?
4         Excuse me, when I say you, I mean not
5    you, I mean Corizon.  How does Corizon
6    monitor that?
7    A.    So once the employee obtains their
8    certification, what they are expected to do
9    is provide us copies of those items where we
10   are then able to place into what we call our
11   people site system.  And then we run a
12   tracking system or tickler system to insure
13   that, by the expiration date, they have given
14   us an updated certification.
15   Q.    And what if you find out that the
16   person, the employee has not provided that
17   information?
18   A.    Then they are suspended.
19   Q.    So there is a way to track that.  Is
20   that information, that certification is then
21   -- is a copy of that certification placed in
22   the employee file?
23   A.    Yes.
24   Q.    Do you know a nurse Marilou Orgasan?

Page 35

1    A.    Yes, I do.
2    Q.    Do you have an independent
3    recollection as to whether or not in 2016 she
4    had provided the requisite certification for
5    her own CPR training on or about March of
6    2016?
7    A.    If she was on duty, I would say yes.
8    Q.    Do you have an independent
9    recollection?
10   A.    No, sir.
11   Q.    Okay.
12        MS. CAULEY:  I think that's
13        been provided in discovery, just
14        for the record.
15   BY MR. WILSON:
16   Q.    Did Corizon provide training on or
17   about March 2016 in Philadelphia for its
18   prison medical staff related to how to treat
19   an unconscious prisoner?
20   A.    We do have -- we do, every year,
21   conduct an in-service on emergency response,
22   yes.  And unresponsive patient is a part of
23   that scenario.
24   Q.    And has that been reduced to writing?

Page 36

1    A.    Yes.
2    Q.    And where is that writing located?
3    A.    Normally in our education binder with
4    our health educator.
5    Q.    So it's a general educational binder?
6    A.    Yes.
7    Q.    And it has that information in it
8    about how to deal with unconscious prison
9    patients.  Does it have other information?
10   Any other information in that particular
11   binder?
12   A.    Anything that the regional health
13   educator would have had in-service on, yes,
14   you will see copies of the materials that
15   were trained on, in addition to the signature
16   sheets of those who were in attendance.
17   Q.    And how do -- if any way -- how does
18   Corizon assure that its prison medical
19   employees and staff will receive this
20   training, specifically, for example, on how
21   to treat an unconscious prisoner?
22   A.    So emergency response training is
23   mandatory in our contract, so whenever we try
24   to --

Page 37

1    Q.    Contract with whom?
2    A.    In our contract, the Philadelphia
3    contract.
4    Q.    Okay.
5    A.    And what we attempt to do is be very
6    consistent.  So every year we do put out a
7    calendar on when we are training to certain
8    things by every month, so that allows us to
9    insure that all of our staff are receiving
10   the required training at one given time
11   versus trying to meddle through it throughout
12   the year.  So we do insure those things are
13   done.
14   Q.    Is it once a year -- like is everyone
15   being given this training on one particular
16   day a year?
17   A.    No.
18   Q.    Okay.  I'm just trying to get my head
19   around it.  Explain to me how the training
20   works for that particular issue then.
21   A.    So what we do is if -- say for this
22   year, our emergency response training will be
23   held in April.  So what we will do is we will
24   alert the staff via our education calendar

10 (Pages 34 to 37)

Page 38

1    that the upcoming month in-service and
2    training will be emergency response CPR and
3    Narcan administration.  So with that being
4    said, all of the staff are expected
5    throughout the month of April to attend the
6    in-services because the educator or the
7    quality improvement coordinator will be
8    around through the facilities to conduct
9    those in-services and they are expected to
10   attend.  If they do not attend, the clinical
11   administrator of the facility will then
12   conduct the in-service on their next
13   scheduled day.
14   Q.    What ways does Corizon have to check
15   whether or not someone has attended?
16   A.    In-service sheets.
17   Q.    And where are those located?
18   A.    Those are located in either the
19   administrator's in-service binder, the
20   education binder that the health educator
21   carries as the original, or in our share
22   point system.  That's just our electronic
23   system that allows us to archive all of our
24   forms.

Page 39

1    Q.    What, if any, punishment is given to a
2    Corizon employee who fails to attend these
3    training sessions?
4    A.    The idea is not to be punitive, we do
5    encourage our staff.  What we end up doing is
6    if the deadline is missed, because it is
7    something that's mandatory, but it's
8    something that can be made up on the next
9    scheduled day, what we do have our staff do
10   is meet with the clinical administrators so
11   the in-service can be conducted so they can
12   work.
13   Q.    Is the fact that the person generally
14   may have missed the initial mandatory
15   training session noted in that person's, for
16   example, personnel file?
17   A.    No, sir.
18   Q.    Okay.  Is the fact that that person
19   missed that mandatory training session noted,
20   in any way, as it relates to that particular
21   employee?
22   A.    From my level, I wouldn't be able to
23   speak 100 percent on that only because there
24   is many ways of communicating a deadline

Page 40

1    being missed.  The expectation would be via
2    Email, or at this point and stage in life via
3    text, letting them know that they need to, at
4    their next scheduled day, they will be
5    meeting to have the in-service before you can
6    start your shift.  I have to defer to the
7    administrator for that.
8    Q.    On or about March 2016, did Corizon
9    have in place any rules and regulations
10   concerning age requirements of its nursing
11   staff in reference to treating prison inmates
12   in general?
13   A.    Not to my recollection.
14   Q.    Is there a mandatory retirement age
15   for Corizon employees who work at the prison?
16   A.    Not to my knowledge.
17   Q.    And again, same question, were these
18   rules and regulations relating to -- strike
19   that.
20       Based on Corizon contract with the
21   Philadelphia Prison System, are Corizon
22   employees who work in the prison system
23   required to abide by Philadelphia Prison
24   rules and regulations concerning the

Page 41

1    performing of medical care on prison inmates?
2       MS. CAULEY:  Objection to
3       form.
4    BY MR. WILSON:
5    Q.    Do you understand the question?
6    A.    Yes.
7    Q.    Okay.
8    A.    Corizon staff are expected to adhere
9    to all policies and procedures as it relates
10   to the Philadelphia Department of Prisons and
11   Corizon.
12   Q.    Are Corizon staff given training
13   sessions on the Philadelphia Prison System's
14   own independent rules and regulations
15   regarding caring for prisoners?
16   A.    Yes, each month.
17   Q.    Who provides the training for that
18   each month?
19   A.    The Policy and Procedure Audit Deputy
20   Warden.
21   Q.    And how is that provided?
22   A.    Normally via a printed copy of the
23   independent policy itself.  And in order to
24   determine whether the staff member has

11 (Pages 38 to 41)

0b812dac-98be-4acb-b748-9cd7ef4b1cd0

1  awareness of the policy, an original
2  signature is expected.
3     Q.   Is that training mandatory?
4     A.   Yes.  Policy and procedures are
5  mandatory.
6     Q.   And the same question as before, if a
7  Corizon employee misses that training, are
8  there corrective measures taken to insure
9  that compliance by that Corizon employee?
10    A.   As long as the staff member is not out
11 on some form of leave, whether that be
12 workmen's comp or whether that be FMLA, then
13 yes.  They are not allowed to work until they
14 are aware of the policy.
15    Q.   As of, say, March of 2016, did Corizon
16 have any policy concerning -- for nurses,
17 concerning physical requirements for nurses?
18    A.   No, sir.
19    Q.   Okay.  Let me try to be a little more
20 specific.  Like some of the inmates are going
21 to be big people.  So there may be a physical
22 aspect of trying to lift, pull somebody's
23 body over, something like that.
24         Does Corizon have, say, well you have

1  to be -- I'm just asking if there is a
2  general physical -- because of that issue,
3  has Corizon developed a policy as far as
4  that's concerned, as it relates to, for
5  example, nurses?
6     A.   Well, for all staff in general, we do
7  have staff safety requirements.  For a
8  situation in which you just described, then I
9  would need basically what we call a team
10 support.  So it would be me, myself and
11 others.
12        I would also elicit the support of
13 anyone around me to assist me with getting it
14 done, if that's what's necessary.  We don't
15 have specific requirements that tell nurses
16 that they can't lift above 25 or 50 pounds.
17 We call it team support.
18    Q.   Does Corizon have any written rules
19 and regulations as it relates to prison
20 stretcher calls?
21    A.   I'm not sure if it's called prison
22 stretcher calls, but yes, in relation to
23 emergency response stretcher calls, yes, we
24 have protocol.

1     Q.   Have they been reduced to writing?
2     A.   Yes.
3     Q.   Where would those writings be located?
4     A.   In any one of our triage manuals for
5  emergency response.
6     Q.   Who has access to the triage manuals?
7     A.   Everyone in the facility.
8     Q.   Is there a specific training done with
9  Corizon employees on stretcher calls?
10    A.   Emergency response, yes.  It's
11 inclusive of stretcher calls.
12    Q.   For that particular issue, is that an
13 independent training?  Is that done on an
14 independent specific training day, or is that
15 particular training done on a date when
16 Corizon employees are being trained on other
17 issues?
18    A.   So the emergency response is very
19 fluid.  Outside of what I testified to
20 earlier, what we also do is what we call man
21 down drills.  So the Corizon team, as well as
22 the security team, at any given time across
23 the region at each facility, we are expected
24 by NCCAC standards to conduct man down

1  drills, which is basically a stretcher call,
2  where we test our skills at least monthly on
3  every shift.
4     Q.   What does testing the skills entail?
5     A.   It could entail many things.  So just
6  to give you an example, one could be, for
7  instance, you walked up and you found a
8  patient unresponsive on the floor.  What
9  would you do?
10        So we actually walk through the entire
11 scenario until a code green, what we call it,
12 or until the situation is deemed clear.  And
13 then those items are actually documented and
14 then submitted for review and critique.
15    Q.   And that training is given how many
16 times a year; if you know?
17    A.   Twelve at minimum.  It's 12 on Corizon
18 side and 12 on the security side.
19    Q.   So essentially once a month,
20 basically?
21    A.   Correct.  On every shift.
22    Q.   Say for the last five years, at
23 minimum, has Corizon here for the
24 Philadelphia Prison System, have they

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

1  developed any written disciplinary procedures
2  that they promulgate to their staff employees
3  regarding care and treatment of prisoners?
4  A.   I'm not sure if I understand.
5  Q.   Okay.  Let me try to rephrase it.
6      Does Corizon have anything in writing
7  that they give to their staff medical
8  employees and say if we determine that you've
9  provided inadequate care to a particular
10  prisoner, this is how you may be disciplined,
11  and then laying out whatever the discipline
12  may be?
13  A.   If I could ask for clarity.  Is that
14  specific to a sentinel event, an emergency
15  response or just everyday operation?
16  Q.   Let's start with a sentinel event.
17  A.   So for a sentinel event, the idea is
18  not to be punitive, because in an emergency
19  it is just that.  So what we do, as part of
20  that mortality meeting I spoke of earlier, we
21  do invite the persons who were involved and
22  that could be the nurses at some point, the
23  physicians, the ME, whoever it may be.
24      We do sit around and have

1  conversation.  If it was true negligence,
2  yes, absolutely, we will have conversation.
3  We have done that in the past.
4      However, most times it is conversation
5  about what we can do to educate them or what
6  we may have done process wise that may have
7  been flawed.  So the goal is not to scare our
8  nurses, the goal is to empower them to do
9  better.
10  Q.   So is there a situation -- and this is
11  now hypothetical.
12      Nurse has done some things that
13  Corizon believes is substandard as far as
14  care and treatment, or the prison is
15  concerned.  You've tried to take retraining,
16  corrective measures and the nurse continues
17  -- has not reached the standard that Corizon
18  has set for that nurse employee.  What, if
19  anything, happens to that particular nurse in
20  that hypothetical?
21  A.   They do follow the progressive
22  discipline process.
23  Q.   What does that entail?
24  A.   So because we are a union environment,

1  most all of our nurses that are full time or
2  part time fall under the 1199 C collective
3  bargaining agreement.  So we have a
4  progressive discipline process where you
5  start with a verbal communication, then to a
6  first written, a second written, to a final
7  warning and then to termination.
8  Q.   And correct me if I'm wrong, are those
9  processes, have they been reduced to writing?
10  A.   Correct.
11  Q.   And these processes that you talk
12  about, they have been collectively bargained
13  with 1199 C or are these processes that
14  Corizon has developed?
15  A.   No, sir.  These are 1199 C negotiated
16  progressive discipline processes.
17  Q.   Right.  So Corizon has no specific
18  disciplinary written rules and regulations?
19  A.   Yes, sir, we do.
20  Q.   And what would those entail?
21  A.   So outside of the Philadelphia
22  Department of Prison collective bargaining
23  agreement, Corizon does have our own standard
24  progressive discipline processes.  However,

1  we do not -- the CBA, the collective
2  bargaining agreement supersedes anything that
3  we have.  Anything that we don't have
4  itemized in the collective bargaining
5  agreement, then we refer back to our employee
6  handbook or to our Corizon policies.
7  Q.   Where would the written Corizon
8  disciplinary protocol -- who has that and
9  where is that located?
10  A.   That's located in every facility in
11  our policy and procedure manual.
12  Q.   Is it a manual?
13  A.   Yes.
14  Q.   And how are Corizon employees provided
15  with a copy of that particular manual?
16  A.   The manual is located in every triage
17  space and every administrator office across
18  the region.  So they have the ability to --
19  because it's so tangible, they can make
20  copies if they like.
21      Overall, we do have discussions on
22  each of our policies and procedures
23  throughout our staff meetings each month.
24  Q.   On or about March of 2016, did Corizon

13 (Pages 46 to 49)

Page 50

1   have any written rules, regulations or
2   procedures relating to review of a prison
3   nurse's treatment of a prisoner who may have
4   died in his cell?
5   A.   I'm not sure if I understand.
6   Q.   Okay.  Hypothetical, a nurse goes to a
7   prison cell, attempts to resuscitate a
8   prisoner.  Unsuccessful in doing so, the
9   prisoner dies.
10       Are there any written rules and
11  regulations by Corizon as to what the
12  protocol, how to handle that particular
13  situation?
14  A.   Post the incident?
15  Q.   Yes.
16       MS. CAULEY:  Not how to handle
17       the incident itself, but how to
18       handle it after it's occurred?
19       MR. WILSON:  Yeah.  Yeah.  I'm
20       going to get to that later.
21       THE WITNESS:  Yes there are.
22  BY MR. WILSON:
23  Q.   Can you explain, what's the protocol?
24  A.   Yes.  First and foremost we are

Page 51

1   expected to offer our staff the employee
2   assistance program.  Just to see how they are
3   able to -- how they are coping with the
4   incident at hand.
5       As far as the nursing and physician
6   responsibility, they are expected to
7   immediately post the event to document their
8   findings, document the timeline in realtime
9   so that we can get it into the record,
10  because we do have an eight-hour time period
11  before which we need to close the record so
12  that we can get it off to the warden and/or
13  the designee.
14      In addition to that, we want to make
15  sure that the EMS team is still on campus,
16  have all the required information they need
17  before leaving.
18  Q.   When a nurse prepares a report in that
19  situation, physically what happens -- take me
20  step by step, what happens with that record?
21  A.   Well, the report itself is documented
22  in our electronic health record.  So the
23  nurse or the physician that was attending the
24  incident will go directly to a computer, pull

Page 52

1   up the encounter for what we could call a
2   walk in.  Or depending on the nurse, it may
3   also be called visit type as a stretcher.
4       They will merge in what we call a
5   smart form, which is basically a nursing
6   assessment tool that allows us to document
7   specifically on any given situation.  That
8   will lock their notes and assign that
9   information over to the provider for review.
10  Q.   The provider?
11  A.   To the physician or the midlevel
12  that's on duty or in attendance at the time.
13  Q.   So in that situation, the nurse
14  prepares a report, done electronically.  That
15  report then goes to the doctor who may have
16  been on duty at that time?
17  A.   Yes.
18  Q.   Is that what you're talking about?
19  A.   Yes.
20  Q.   I just want to get clear.
21  A.   Um-hum.
22  Q.   Okay.  So the doctor then has to
23  review that report; is that correct?
24  A.   Correct.

Page 53

1   Q.   After the doctor reviews that written
2   report prepared by the nurse, what happens to
3   that report next?
4   A.   The report stays in the electronic
5   health record.  It's locked with the chart
6   itself and pushed off to the warden as per
7   policy.
8   Q.   If you know, given your experience,
9   what does the warden do with that report?
10  A.   I'm not exactly sure.
11  Q.   But the report definitely goes to --
12  does it go to the warden of that particular
13  prison?
14  A.   Correct.
15  Q.   Okay.
16  A.   Or their designee, whoever they
17  determine to come pick it up.
18  Q.   You said pick it up, so there is no --
19  I'm just -- I'm really just asking for a
20  friend.
21      The warden picks it -- has someone
22  physically pick up the report, or is there a
23  way for the warden or his representative or
24  designee to electronically secure the report?

14 (Pages 50 to 53)

Page 54

```
 1      A.    There is a way to have it
 2  electronically submitted, we started that
 3  process around 2017.  In 2016, I do believe
 4  it was a paper system.
 5      Q.    Okay.  It was an old way.
 6      A.    Correct.
 7      Q.    After the nurse prepares the report,
 8  is the nurse debriefed by anyone, a Corizon
 9  employee, for example?
10      A.    Absolutely.  So during the employee
11  assistance program offering, that's when we
12  have the conversation.  Just, one, to
13  determine the mindset of the staff who
14  attended the incident.  And then, two, to get
15  conversation about what may have or may not
16  have occurred.  We call it a debrief.
17      And that's done with the medical team
18  on duty.  That's not just with those who
19  attended, but everyone on the faculty at that
20  time.
21      Q.    Everyone on the faculty meaning
22  Corizon and non-Corizon employees?
23      A.    I'm sorry, Corizon employees.
24      Q.    I'm just making sure we get
```

Page 55

```
 1  clarification.
 2      Are you familiar with, generally,
 3  prison deaths on Philadelphia State Road
 4  where there are meetings with all of the
 5  parties, any party who may have been in
 6  contact with the deceased prisoner, like
 7  immediately after the death?  Meaning Corizon
 8  employees who were there, non-Corizon
 9  employees, COs, officials of that nature?
10      A.    Yes, that's done at our mortality
11  meeting.
12      Q.    The mortality meeting, so that's just
13  a meeting with everyone directly involved?
14      A.    That's a meeting with the security
15  team, which are the sergeants who are
16  responsible for death or internal affairs, I
17  believe is what it's called.  Our Centurion
18  leadership.  The health service
19  administrators.  The nurses or staff that
20  attended the incident.  The quality
21  improvement coordinators.  The region medical
22  director.  The director of operations.  The
23  regional vice president of clinical
24  operations.  The director of psychiatry over
```

Page 56

```
 1  the Centurion team.  And the assistant
 2  program managers on the Centurion team.  So
 3  it's all inclusive.
 4      Q.    When does that meeting usually take
 5  place?
 6      A.    Within 30 days post the incident.
 7      Q.    Okay.  And that's -- is that what you
 8  were talking about earlier in our deposition
 9  about Lisa Witkowski reduces the contents of
10  the statements made at that meeting to
11  writing, and so forth and so on?
12      A.    Lynda Witkowski, yes.
13      Q.    I wrote down Lynda, sorry.  Lynda
14  Witkowski, that's who you're talking about?
15      A.    Yes.
16      My apologies, I'm also missing
17  someone.  The contract coordinator is also in
18  attendance.
19      Q.    Contract coordinator is a Corizon
20  employee?
21      A.    No, she's a city employee.
22      Q.    And where do these meetings usually
23  take place, if you know?
24      A.    Normally they are done at mod 2, 8000
```

Page 57

```
 1  State Road in our conference room.
 2      Q.    Does Corizon have unified rules and
 3  regulations for Corizon's prison medical
 4  employees at all of the United States
 5  facilities, prison facilities, or are there
 6  separate and different rules and regulations,
 7  for example, for Corizon employees in
 8  Philadelphia as opposed to Pittsburgh or Ohio
 9  or something like that?
10      A.    Our core processes and policies and
11  procedures are templated, so they are
12  general.  However, we do have the ability to
13  have our procedural details to be specific to
14  what we do in our facility.
15      So the general compliance indicator is
16  the standard, is consistent across the
17  company, however, how we get to meet that
18  compliance indicator may be different, each
19  facility is different.
20      Q.    You talked earlier about the fact that
21  there is obviously a contract that exists
22  between Corizon and the City of Philadelphia,
23  correct?
24      A.    Yes.
```

15 (Pages 54 to 57)

1    Q.    Who would have, for example, a copy of
2  that contract, the terms of that contract?
3    A.    Our Deputy Commissioner of Medical and
4  Behavioral Health Services, Dr. Bruce Herdman
5  would be my understanding.
6    Q.    Generally, has Corizon developed rules
7  and regulations and procedures for how to
8  attempt to treat a prison employee who has
9  attempted to commit suicide, and then is
10  unconscious in his cell?
11            MR. MAGUIRE:  You mean an
12    inmate?
13            MR. WILSON:  Yes.
14            THE WITNESS:  That's what I
15    was wondering.
16            MR. MAGUIRE:  You said
17    employee.
18            MR. WILSON:  I said employee?
19    I'm sorry.
20            MS. CAULEY:  Let's start over.
21  BY MR. WILSON:
22    Q.    Does Corizon have any written rules
23  and regulations concerning training protocols
24  for Corizon employees and medical staff, for

1  how they deal with a prisoner who has
2  attempted to commit suicide and is
3  unconscious in his cell?
4    A.    So I will go back to the suicide
5  prevention, and overall it's not specific to
6  prisoners, it's in relation to any person we
7  may find inside the walls.
8            So the suicide prevention is exactly
9  the same whether they are a prisoner or an
10  employee, just for the record.
11    Q.    What, if any, type of business
12  relationship does Corizon in Philadelphia --
13  does Corizon have with MHM Services
14  Incorporated?
15    A.    The Centurion team, previously MHM, we
16  are complete partners, we do share the entire
17  patient health record.  So we have the
18  ability to see all encounters, all visit
19  types, all statuses of the patient
20  holistically.  So we share information
21  fluidly.
22    Q.    Do you also share information on, if a
23  prisoner has committed suicide in the prison?
24    A.    Yes.

1    Q.    And how is that information shared?
2    A.    So via the electronic health record
3  that I mentioned earlier, but also in the
4  mortality meeting.
5    Q.    Is that the Torch?
6    A.    No, our electronic health record where
7  we do our day-to-day operations of patient
8  care is called ECW, E Clinical Work is that
9  formal name.
10    Q.    Other than the electronic work that
11  you talked about, would there -- do you have
12  an independent recollection, for example, of
13  whether or not Corizon employees keep Emails?
14  Do they Email anyone in reference to, say, a
15  prison suicide death?
16    A.    Employees?
17    Q.    Yeah, do they Email other employees?
18    A.    I'd have to defer to them.  The
19  expectation would be no.
20    Q.    Well, let me try to rephrase this
21  question.
22            Are you aware, in your experience, are
23  you aware of any -- specifically prison
24  suicide deaths, post, after a death has

1  occurred in the prison.  Are there any Emails
2  that you're aware that are kept -- I'm not
3  taking about the electronic things you just
4  testified to.
5            Are there any Emails, are there
6  written correspondence that are transferred
7  other than the ones you talked about?
8    A.    Yes.
9    Q.    I'm going to try to get you to repeat
10  yourself.
11    A.    Yes.
12    Q.    What would those be?
13    A.    That would be the initial notification
14  of the sentinel event itself.  That would
15  come from the health service administrator at
16  the respective facility and that will come
17  directly to me.  I will then send that
18  information over to the deputy commissioner
19  warden I spoke of earlier -- I'm sorry,
20  Deputy Commissioner, Dr. Bruce Herman as an
21  alert.
22    Q.    And it's just prisoner so and so died
23  on such and such a date?
24    A.    There is no real standing template,

16 (Pages 58 to 61)

Page 62

1  however it's just information from the
2  patient's intake to a few highpoints of the
3  situation at that moment.
4  Q.    And who would have that Email string?
5  A.    The person who originated it.
6  Q.    Okay.  Do you have an independent
7  recollection -- because you sound like, given
8  your testimony, that you were involved.  Is
9  it fair to say that for a prison suicide that
10  took place, for example, March 2016, my
11  client Gene Wilson, it sounds like you would
12  be involved in an Email string related to
13  that particular suicide death?
14  A.    Yes.
15  Q.    Did you check your Email records to
16  see if you had any Emails concerning that
17  particular death?
18  A.    I did not.
19  Q.    Okay.  If you have them, I'd like you
20  to -- and I'll still send you something.  But
21  you're duty bond under the rules of discovery
22  to give that to your counsel, so I can take a
23  look at it, okay.
24  A.    Yes.

Page 63

1         MS. CAULEY:  Well, you can
2  issue me a request and we'll
3  respond appropriately.  It's not
4  your job to tell her what she's
5  duty bond to do.
6         MR. WILSON:  I'm not going to
7  get into an argument on the record
8  I'll move on.
9         MS. CAULEY:  Okay.
10  BY MR. WILSON:
11  Q.    As of March 2016, what, if any,
12  written rules and regulations did Corizon
13  have in reference to weekend staffing of
14  medical staff at the prisons during that time
15  period?
16         MS. CAULEY:  Objection to
17  form.
18  BY MR. WILSON:
19  Q.    Do you understand the question?
20  A.    I don't think so.
21  Q.    As of March 2016, Corizon had, for
22  example, part time -- excuse me, not part
23  time, I'll rephrase the question.
24         As of March 2016 at the House of

Page 64

1  Corrections, Corizon had one nurse on duty
2  from Friday through I think early Sunday
3  morning.  Does Corizon have that as a formal
4  written policy, in writing?
5         MS. CAULEY:  Objection to
6  form.  I don't know that that's --
7  I think it's confusing, one nurse
8  on duty from Friday to Sunday.  I
9  don't think that's clear.  I think
10  they worked in shifts, that's my
11  only objection.
12  BY MR. WILSON:
13  Q.    They worked in shifts, but there was
14  one nurse on duty at all times from Friday --
15  given the information that we have received,
16  from Friday through say Sunday.  Does that
17  particular policy, is that in writing
18  anywhere from Corizon?
19         MS. CAULEY:  Just object to
20  the form.  You can answer.
21         THE WITNESS:  I'm sorry.  I'm
22  still trying to interpret what
23  you're asking me.  So without
24  trying to dig into it and determine

Page 65

1  what you're attempting to ask...
2  BY MR. WILSON:
3  Q.    Don't worry about it.  Don't answer.
4  I'll try to rephrase it.
5  A.    Thank you.
6  Q.    We had received information in
7  discovery that the nurse who attended to my
8  deceased client in prison, had testified that
9  she was the only nurse on duty at the time,
10  because on the weekends, the staff is
11  reduced, nursing staff is reduced to one
12  person, essentially, a night.  Until she's
13  relieved, I think she said at 7 a.m. the next
14  day.
15  A.    A night.  So we're talking nightshift
16  at HOC or House of Corrections in 2016?
17  Q.    Yes.
18  A.    So I'm not as familiar with the
19  staffing plan.  But I will tell you that we
20  are -- when we are doing what we call the
21  request for proposal response back to the
22  client, we do determine staffing patterns at
23  that time.  This is four years in the making.
24  So they are required by the Deputy

1    Commissioner I spoke of earlier, Dr. Bruce
2    Herman, he lets us know what the staffing
3    matrix should be.  And we provide staffing
4    based off the request.  So whatever the
5    staffing pattern is, it was requested of us.
6         It was at no time the expectation from
7    myself as the Director of Operations for any
8    nurse to attend any emergency by themselves.
9    We have protocols for that.
10   Q.    What are the general staffing
11   requirements, via rules and regulations for
12   Corizon as it relates to Corizon employee
13   staffing at the House of Corrections as of
14   March of 2016; if you know?
15   A.    I do know.  We are required at every
16   facility, not just HOC, to have at least one
17   RN at all times.  So I'm not exactly sure
18   what was testified to.  But that is
19   absolutely accurate.
20        There could be one RN in the facility,
21   with the exception of Curran-Fromhold at any
22   one time.  But there are support nurse staff
23   with them as well, whether it be an LPN or
24   medical assistant or medical records clerk.

1    Q.    Are what you just testified to, is
2    that reduced to writing?
3    A.    Yes.
4    Q.    And where would that writing be
5    located on this particular issue?
6    A.    It would be a part of the daily
7    schedule that we placed out into the
8    facilities for any one particular day.
9         In addition to that, it would be a
10   part of the staffing patterns that are part
11   of policies and procedures.
12   Q.    Where would those staffing patterns
13   and policies and procedures, where would they
14   be located?
15   A.    With HOC being closed at this moment,
16   my recollection would be that they would be
17   in our regional medical records office.
18   Q.    Does Corizon have a way of monitoring
19   suicide deaths in jails where -- provide
20   staff and employees to attend to the
21   particular prisoners?
22        MS. CAULEY:  I don't
23   understand the question.
24        THE WITNESS:  Thank you.

1    Maybe I need coffee guys, I'm
2    sorry.
3         MS. CAULEY:  Do you want a
4    coffee?
5         THE WITNESS:  Would that be
6    okay?
7         MR. WILSON:  Absolutely.
8              - - -
9         (Whereupon, a brief recess was
10   taken at 12:40 p.m. and the
11   deposition resumed at 12:45 p.m.)
12             - - -
13   BY MR. WILSON:
14   Q.    Okay.  When prison deaths occur at a
15   prison, where Corizon has employees, say at
16   Philadelphia on State Road, has Corizon
17   developed a way to somehow monitor or log the
18   prison -- we'll start with prison deaths.
19   A.    Yes.
20   Q.    And how is that done?
21   A.    First it's done via the Email alert to
22   me directly, letting me know of the incident.
23   It's also done from the security end in what
24   they call a flash report.  So that goes out

1    to all the security leadership.
2    Q.    Just a second.  Security leadership
3    with Corizon or with...
4    A.    No, sir.  The Philadelphia Department
5    of Prisons leadership.  I'm not exactly sure
6    who all that entails.  But I do know that
7    there are flash reports that come out.
8    Q.    Okay.  And the same question as to
9    suicide deaths.
10   A.    Same response.
11   Q.    All right.  So does Corizon collect --
12   I'm just talking about Corizon.
13        Does Corizon collect this information
14   say for a particular year?  Like
15   hypothetically for a particular year we had
16   ten prison suicides -- you're nodding your
17   head.
18   A.    I'm sorry, I'm waiting.
19   Q.    Is that correct?
20   A.    Yes, that is correct.
21   Q.    Okay.  Where is that information kept?
22   A.    In the file I spoke of earlier with
23   our Quality Improvement Coordinator in a
24   sentinel event binder.

0b812dac-98be-4acb-b748-9cd7ef4b1cd0

1  Q.   So I should be able to obtain that
2  information for every year, say for the last,
3  what, ten years?  Do you understand the
4  question?
5  A.   I do.  Depending on the request and
6  the approval from our legal department, you
7  could get any of the information that you're
8  requesting.
9  Q.   Does Corizon share its information
10  regarding these issues with the Philadelphia
11  Prison System?
12  A.   Yes.
13  Q.   Okay.  Is there a separate -- to the
14  best of your experience, is there a separate
15  database the Philadelphia Prison System has
16  in reference to, for example, suicide deaths?
17  A.   Not that I recall or am aware of.
18  Q.   When Corizon -- we have established
19  that Corizon has this information.  What, if
20  anything, does Corizon do with this
21  information, for example, specifically for
22  suicide deaths?
23  A.   We take the opportunity to review the
24  incident at hand for emergency response on

1  the physical medicine end.  We also take the
2  opportunity at the mortality review to go
3  over that information with those who are
4  involved.  And we solicit the support of our
5  Centurion team to see if there is anything
6  that, from their perspective, that we could
7  have done or do to support them.
8  Q.   Is there a report that's generated for
9  each of those deaths that you -- in reference
10  to say, you said we looked at the things we
11  could do.  We confer with Centurion.  Are
12  those things that you're talking about, are
13  they reduced to writing?
14  A.   Yes.
15  Q.   And where would those writings be
16  located?
17  A.   In that same sentinel event binder,
18  manual, folder.
19  Q.   Okay.  You talk about Centurion, just
20  for the record, for clarification, that's MHM
21  Services?
22  A.   Previously known as MHM Services.
23  Q.   Okay.  Does Corizon take that
24  information, for example, regarding suicide

1  deaths and then review -- I'm not talking
2  about one specific incident, just generally,
3  globally.
4  Do you take that information, does
5  Corizon look at that information for trends
6  or problems generally?
7  A.   Yes.
8  Q.   If Corizon does that, and you said
9  they do, if they have established that there
10  is some sort of a trend, what, if anything,
11  specifically as it relates to suicide deaths,
12  does Corizon do in that particular situation,
13  hypothetically?
14  A.   So we have that conversation with the
15  Centurion team and we do ask that they
16  provide us any specific guidance, training,
17  education or resource information that we may
18  not be able to obtain from our own systems to
19  be able to help guide us to be better, since,
20  you know, the suicide attempt is a behavioral
21  health concern we utilize our partners to be
22  stronger.
23  Q.   Has Corizon made that determination
24  regarding suicide deaths in prisons?  Have

1  they made that determination that there is an
2  issue that they conferred with Corizon in say
3  the last seven years?
4  A.   Not to my recollection.
5  Q.   If you know, I might have asked you
6  this earlier I apologize ahead of time, if
7  you know -- never mind, you did answer it.
8  I'm going to move on.
9  Other than the discussions you
10  testified to earlier, are there any
11  independent panels that you are aware of,
12  either state or federal, that investigate
13  suicide deaths that take place in
14  Philadelphia?
15  A.   From the Corizon side, I know we do
16  have a sentinel event committee from the
17  corporate level that does meet and have
18  discussions about every sentinel event,
19  inclusive of attempted suicides and completed
20  suicides.
21  Q.   Right.  I think you mentioned that
22  before.  But other than Corizon, does Corizon
23  have to confer with either a state, local or
24  federal entity that examines, in conjunction

Page 74

1   with Corizon, suicide deaths that take place
2   in prison when they take place?
3       A.   I'm not sure of that.
4       Q.   You know the acronym BLS?
5       A.   Yes.
6       Q.   Does Corizon provide a training course
7   for its prison medical staff for BLS?
8       A.   We do provide a courtesy course, yes.
9       Q.   And how long has Corizon been
10  providing that courtesy course?
11      A.   Well, before my tenure in the
12  contract.
13      Q.   Is that, again, done on a yearly basis
14  to the best of your recollection?
15      A.   No, we hold the courtesy course
16  monthly, every third Monday of the month.
17      Q.   Okay.  Every third Monday of every
18  month.  Is the course mandatory?
19      A.   No.
20      Q.   So that training for that course would
21  have been in place in March of 2016, correct?
22      A.   Yes.
23      Q.   On or about March of 2016, here in
24  Philadelphia, did Corizon provide any sort of

Page 75

1   training program to its employees on how to
2   use an AED, an automated external
3   defibrillator?
4       A.   Yes.
5       Q.   Is that training mandatory?
6       A.   Yes, that's part of the emergency
7   response training I referred to earlier.
8       Q.   Okay.  And there is certification for
9   the completion of that course as well?
10      A.   It's certification as it relates to
11  the BLS or CPR certification specifically.
12          MR. MAGUIRE:  What's BLS?
13          MS. CAULEY:  Basic life
14  support.
15          THE WITNESS:  Yes.
16  BY MR. WILSON:
17      Q.   And how specifically is that training
18  for the AED implemented?
19      A.   Well, because each person who holds a
20  license and is required to independently
21  obtain the training, there are certified BLS
22  or CPR instructors who do train to that
23  emergency response and the AED usage on both
24  children and adults.

Page 76

1       Q.   And so that's independent, meaning
2   that training does not have to take place
3   say, for example, at the HOC, that can be
4   done at other facilities, at other places?
5       A.   Correct.
6       Q.   It's mandatory that the person provide
7   some sort of certification though?
8       A.   Correct.
9       Q.   Does Corizon, in the last say ten
10  years, provide, generally, training to its
11  employees, specialized training involving
12  prevention of suicide?
13      A.   Yes.
14      Q.   Is that subdivided with providing
15  prevention of suicide for prisoners or is
16  that just a general kind of training?
17      A.   It's all inclusive.
18      Q.   And is that mandatory training?
19      A.   Yes.
20      Q.   Are the training materials in writing
21  anywhere?
22      A.   Yes.
23      Q.   Where would those training materials
24  be located?

Page 77

1       A.   In our suicide prevention manuals.  In
2   our policy and procedure manuals.  In our
3   quality improvement manuals.  I'm sure they
4   are elsewhere.  And obviously online via that
5   Torch, the learning management system I
6   expressed earlier.
7       Q.   What about training in suicide
8   recognition, does Corizon train for that as
9   well?
10      A.   I would have to have an understanding
11  of what suicide recognition is.  I know what
12  suicide ideations are.  I'm not exactly sure
13  of suicide recognition.
14      Q.   Well recognizing, for example that
15  potential suicide can entail, just as an
16  example, more than just, hey, I want to harm
17  myself or harm others.  That it could be that
18  in combination of erratic behavior,
19  nonsensical statements, heightened anxiety,
20  depression and the like.  Do you know if the
21  training materials speak to those issues as
22  well?
23      A.   Yes, I do.  And yes they do.
24          MS. KURTZ:  I'm sorry, are you

1     referring to Corizon's training?
2          MR. WILSON:  Yes,
3     specifically.
4          THE WITNESS:  Yes.
5          MS. KURTZ:  Just want to make
6     sure I understood.
7     BY MR. WILSON:
8     Q.    Just taking you back to something we
9     touched on earlier.  Why did Corizon, during
10    this time period, around March 2016, have
11    policy and practice of only staffing the
12    House of Corrections with one nurse at a time
13    during the weekends?
14    A.    I can't confirm that.  From what you
15    stated, that was testified by a nurse.
16    Q.    Yeah.
17    A.    That's not a part of our staffing
18    patterns.
19    Q.    And you did mention the staffing
20    patterns, that information is located where
21    again?
22    A.    On the staffing -- the daily --
23    Q.    The daily schedule?
24    A.    Yes, sir.

1     Q.    Okay.  Why is it important, if you
2     know, for medical Corizon employees to be
3     staffed as full and a complete of staff as
4     possible in a prison?
5          MS. CAULEY:  Objection to
6     form.
7     BY MR. WILSON:
8     Q.    Do you understand the question?
9     A.    Yes.
10    Q.    Okay.
11    A.    All right.  It's important for
12    support.  Just to run the day-to-day
13    operation.  In addition to that, for
14    emergency response it would be extremely
15    helpful to have someone to rely on, a
16    counterpart.  If for any reason that we did
17    not, considering all staff members clinical
18    and nonclinical, we are responsible for
19    emergency response and CPR.  But it's always
20    helpful to have someone with you when you're
21    dealing in any emergency.  However, we are
22    trained to do it independently.
23    Q.    Does Corizon have a system where they
24    conduct some sort of periodic evaluations of,

1     for example, nursing staff at the prisons?
2     A.    Yes.
3     Q.    And how frequently is that done?
4     A.    At minimum, annually.
5     Q.    Who is that done by?
6     A.    A peer.  We call them peer reviews,
7     where we take the opportunity for someone of
8     the like, so an RN will review an RN, and we
9     take the areas that the employee works based
10    off the daily schedule most often, and then
11    we do peer checks to insure that the person
12    is responding or documenting and/or treating
13    prudently.
14    Q.    And once the reviews are done, are the
15    findings reduced to writing?
16    A.    Yes.
17    Q.    Where would those writings be located?
18    A.    In the specific employee's training
19    file.
20    Q.    Is that like a personnel file?
21    A.    A personnel file, yes, sir.
22    Q.    In a peer review, hypothetically
23    speaking, if they find that the nurse may
24    have been lacking or may have committed some

1     sort of internal Corizon violation, what, if
2     any, retraining is done for that particular
3     nurse?
4     A.    So the administrator of the facility
5     would initiate what we call a PIP, or
6     performance improvement plan, that would
7     allow us to focus on the areas of deficiency.
8     We would itemize what those deficiencies are,
9     put timelines to them.
10         In addition to that, we would then
11    re-audit periodically depending on the level
12    or what the administrative determines makes
13    sense, as far as the auditing piece.  And
14    then we would share those findings with the
15    employee to make sure that they are
16    progressing.
17    Q.    When you share the findings, is it any
18    attempt to retrain the employee in that
19    particular way that you feel may not have met
20    the standards of Corizon?
21    A.    Yes.  So the performance improvement
22    plan basically itemized what the plan of
23    action is.  And most of the times, if not
24    all, it does include retraining and/or review

0b812dac-98be-4acb-b748-9cd7ef4b1cd0

Page 82

1    or re-acclimation of the competency that are
2    expected as it relates to that deficiency.
3        Q.    Is the fact that nurse employees, for
4    example, hypothetically, may have been
5    retrained, is there notation made in the
6    personnel file for that particular employee?
7        A.    Yes.
8        Q.    Okay.  Does Corizon in Philadelphia
9    have any rules and regulations regarding --
10   written rules and regulations generally
11   regarding working with Centurion or MHM
12   Services?
13       A.    Not that I can recall.
14       Q.    Other than the Emails that you
15   discussed earlier, are you aware of any other
16   Emails or any other type of correspondence
17   that may exist in reference, specifically to
18   the Gene Wilson March 2016 prison suicide
19   matter?
20       A.    No, sir.
21       Q.    Okay.  You testified earlier about
22   what a Corizon staff, medical staff is
23   supposed to do once a prisoner has died in
24   prison.  That procedure that you testified

Page 83

1    to, is that procedure written up in writing
2    anywhere for the Corizon employees?
3        A.    Yes, as part of the critique for the
4    debrief and the mortality review.
5        Q.    But I'm saying the Corizon employee
6    would have access to the general, this is
7    what you do A, B, C and D?
8        A.    Yes.
9        Q.    And where would those physical rules
10   and regulations be located?
11       A.    In the emergency response manuals.
12       Q.    Okay.  Does Corizon have a formal
13   prison medical employee, general training
14   manual, do you know what I'm saying, that
15   covers all these different issues, or is it
16   just like you described different --
17       A.    If I understand your question
18   correctly, we have many manuals.  So a lot of
19   them are duplicative.  So you'll see many of
20   the same processes noted in different
21   manuals, whether that be policy and
22   procedure, quality improvement, infection
23   control, emergency response planning, safety.
24   It could be in any one of the many.

Page 84

1        Q.    Okay.  I'm actually almost done, I
2    just have a few more questions.
3        A.    Sure.  I can do this all day.
4        Q.    Did you bring any documents with you
5    today in reference to this particular
6    lawsuit?
7        A.    No, sir.
8        Q.    I'm done.
9             MR. MAGUIRE:  Nothing from me.
10            MS. KURTZ:  No questions.
11               - - -
12           (Witness excused.)
13               - - -
14           (Deposition concluded at 1:10
15   p.m.)
16               - - -
17
18
19
20
21
22
23
24

Page 85

1               C E R T I F I C A T E
2        I do hereby certify that I am a Notary
3    Public in good standing, that the aforesaid
4    testimony was taken before me, pursuant to
5    notice, at the time and place indicated; that
6    said deponent was by me duly sworn to tell
7    the truth, the whole truth, and nothing but
8    the truth; that the testimony of said
9    deponent was correctly recorded in machine
10   shorthand by me and thereafter transcribed
11   under my supervision with computer-aided
12   transcription; that the deposition is a true
13   and correct record of the testimony given by
14   the witness; and that I am neither of counsel
15   nor kin to any party in said action, nor
16   interested in the outcome thereof.
17       WITNESS my hand and official seal this
18   20th day of January, 2020.
19             Michelle A. Landman
20       _____
21       Notary Public
22
23
24

22 (Pages 82 to 85)

| A | | | B | | C | |
|---|---|---|---|---|---|---|
| **a.m** 1:15 | 15:9 39:10 | 64:20 65:3 | **assumed** 7:15 | **B** 4:11 83:7 | **big** 42:21 | **campus** | 10:5,6,7 |

---

| A | | | | B | C | | |
|---|---|---|---|---|---|---|---|
| **A** | 15:9 39:10 | 64:20 65:3 | **assumed** 7:15 | **B** | **big** 42:21 | **campus** | 10:5,6,7 |
| **a.m** 1:15 | 55:19 | 73:7 | **assure** 36:18 | **B** 4:11 83:7 | **binder** 36:3,5 | 51:15 | 11:17 |
| 65:13 | **adults** 75:24 | **answering** | **attempt** 15:1 | **Bachelor's** | 36:11 | **caption** 5:11 | 33:11,14 |
| **abide** 40:23 | **advanced** | 24:20 | 15:13 37:5 | 7:23 | 38:19,20 | 31:7 | 34:8,14,20 |
| **ability** 6:20 | 9:22 11:3 | **anticipate** | 58:8 72:20 | **back** 7:11,13 | 69:24 | **cardiac** 11:3 | 34:21 35:4 |
| 6:21 29:21 | **AED** 75:2,18 | 5:16 6:9 | 81:18 | 9:20 10:1 | 71:17 | **care** 16:11 | 75:8,10,11 |
| 32:5,14 | 75:23 | 8:24 | **attempted** | 10:20 11:2 | **binders** 29:14 | 18:3 25:4 | 76:7 |
| 49:18 | **affairs** 55:16 | **anxiety** 77:19 | 14:15 18:4 | 14:9 21:24 | **bit** 27:11 | 41:1 46:3,9 | **certifications** |
| 57:12 | **affirmatively** | **apologies** | 18:5,24 | 49:5 59:4 | **BLS** 74:4,7 | 47:14 60:8 | 9:17 10:25 |
| 59:18 | 6:4 | 56:16 | 28:16,23 | 65:21 78:8 | 75:11,12,21 | **caring** 41:15 | 11:14 |
| **able** 14:13 | **aforesaid** | **apologize** | 58:9 59:2 | **background** | **board** 9:22 | **carries** 38:21 | **certified** 9:24 |
| 21:3,14 | 85:3 | 19:23 20:5 | 73:19 | 7:20 | **body** 42:23 | **case** 7:9 | 75:21 |
| 34:10 | **afterward** | 20:13 73:6 | **attempting** | **bargained** | **bond** 62:21 | 27:24 31:8 | **certify** 85:2 |
| 39:22 51:3 | 27:10 | **appropriate** | 65:1 | 48:12 | 63:5 | 31:13 32:1 | **Charleston** |
| 70:1 72:18 | **age** 40:10,14 | 23:15 25:4 | **attempts** 50:7 | **bargaining** | **Boulevard** | **caught** 7:16 | 8:13 |
| 72:19 | **ago** 7:5 12:14 | 25:7 | **attend** 38:5 | 48:3,23 | 2:18 3:4 | **Cauley** 2:17 | **chart** 53:5 |
| **Abran** 1:4 | 31:6 | **appropriat...** | 38:10,10 | 49:2,4 | **bragging** | 17:16 19:2 | **check** 38:14 |
| 5:11 | **agree** 27:15 | 63:3 | 39:2 66:8 | **base** 10:17 | 11:10 | 26:8 27:2,8 | 62:15 |
| **absolutely** | **agreement** | **approval** | 67:20 | **based** 23:18 | **break** 6:7,9 | 27:18 28:1 | **checks** 80:11 |
| 9:14 13:4 | 48:3,23 | 17:1 70:6 | **attendance** | 25:8,23 | 6:15,18 | 28:5,8 | **children** |
| 47:2 54:10 | 49:2,5 | **April** 37:23 | 22:10 | 27:20 | **brief** 68:9 | 33:17 | 75:24 |
| 66:19 68:7 | **ahead** 8:5 | 38:5 | 36:16 | 40:20 66:4 | **bring** 84:4 | 35:12 41:2 | **chime** 5:22 |
| **abuse** 25:2 | 73:6 | **Arch** 2:11 | 52:12 | 80:9 | 50:16 | 50:16 | **choice** 28:10 |
| **access** 16:11 | **al** 1:7 5:11,12 | **archive** 38:23 | 56:18 | **Basic** 75:13 | **Broad** 2:4 | 58:20 63:1 | **city** 1:6 2:9 |
| 44:6 83:6 | **alert** 25:17 | **area** 20:10 | **attended** | **basically** | **Bruce** 58:4 | 63:9,16 | 2:13 5:11 |
| **accurate** | 37:24 | 24:8 | 38:15 | 10:16 | 61:20 66:1 | 64:5,19 | 7:14 56:21 |
| 66:19 | 61:21 | **areas** 15:10 | 54:14,19 | 13:21 21:4 | **Building** 2:10 | 67:22 68:3 | 57:22 |
| **acronym** | 68:21 | 24:13 80:9 | 55:20 65:7 | 24:24 43:9 | **business** | 75:13 79:5 | **clarification** |
| 20:21 74:4 | **allegation** | 81:7 | **attending** | 45:1,20 | 59:11 | **CBA** 49:1 | 33:21 55:1 |
| **action** 81:23 | 7:12 | **argument** | 15:8 51:23 | 52:5 81:22 | | **cell** 50:4,7 | 71:20 |
| 85:15 | **allow** 25:3 | 63:7 | **attorney** 5:10 | **basis** 21:18 | **C** | 58:10 59:3 | **clarity** 46:13 |
| **addition** | 81:7 | **asked** 73:5 | 5:21 14:6 | 26:18 | **C** 2:1 3:1 | **celling** 7:13 | **clear** 6:1 |
| 22:11 | **allowed** | **asking** 9:11 | 20:1 | 74:13 | 48:2,13,15 | **Center** 1:13 | 45:12 |
| 36:15 | 42:13 | 28:22 43:1 | **attorneys** | **BAUM** 3:3 | 83:7 85:1,1 | 2:17 13:17 | 52:20 64:9 |
| 51:14 67:9 | **allows** 21:7 | 53:19 | 20:3 | **Bay** 13:16 | **calendar** | **Centurion** | **clerk** 66:24 |
| 79:13 | 37:8 38:23 | 64:23 | **Audit** 41:19 | **bedding** | 21:20 37:7 | 14:16 18:9 | **client** 62:11 |
| 81:10 | 52:6 | **aspect** 42:22 | **auditing** | 13:24 | 37:24 | 18:17 23:9 | 65:8,22 |
| **address** 19:8 | **American** | **assault** 9:19 | 81:13 | **beginning** | **call** 13:17 | 23:19 24:4 | **clinical** 13:20 |
| **addressing** | 33:9,9 | **assessment** | **authority** | 17:9 | 15:2 20:19 | 24:14,17,22 | 38:10 |
| 25:21,22 | **amount** 5:17 | 19:13 | 12:17 | **behavior** | 24:22 | 25:18,24 | 39:10 |
| **adhere** 41:8 | 26:2,4,5,17 | 23:16 52:6 | **automated** | 77:18 | 25:19 30:2 | 32:8 55:17 | 55:23 60:8 |
| **administra...** | **and/or** 51:12 | **assign** 52:8 | 75:2 | **behavioral** | 34:10 43:9 | 56:1,2 | 79:17 |
| 8:9 38:3 | 80:12 | **assist** 18:18 | **automatica...** | 18:19 58:4 | 43:17 | 59:15 71:5 | **close** 51:11 |
| **administra...** | 81:24 | 43:13 | 25:9 | 72:20 | 44:20 45:1 | 71:11,19 | **closed** 18:8 |
| 81:12 | **annual** 19:11 | **assistance** | **avenues** | **believe** 54:3 | 45:11 52:1 | 72:15 | 67:15 |
| **administra...** | 20:8 | 51:2 54:11 | 30:24 | 55:17 | 52:4 54:16 | 82:11 | **clue** 31:20 |
| 12:15 | **annually** | **assistant** | **aware** 42:14 | **believes** | 65:20 | **certain** 27:14 | **code** 45:11 |
| 38:11 40:7 | 30:18 80:4 | 12:15,16 | 60:22,23 | 47:13 | 68:24 80:6 | 37:7 | **coffee** 68:1,4 |
| 49:17 | **answer** 6:2 | 24:19 56:1 | 61:2 70:17 | **best** 7:1 | 81:5 | **certificate** | **collect** 69:11 |
| 61:15 81:4 | 6:16 8:3 | 66:24 | 73:11 | 70:14 | **called** 43:21 | 22:12 | 69:13 |
| **administra...** | 9:1,6,6 | **ASSOCIA...** | 82:15 | 74:14 | 52:3 55:17 | **certificates** | **collective** |
| 38:19 | 19:3,24 | 1:21 | **awareness** | **better** 47:9 | 60:8 | 22:16,17 | 48:2,22 |
| **administra...** | 20:1 21:7 | **Association** | 42:1 | 72:19 | **calls** 43:20,22 | **certification** | 49:1,4 |
| | 29:2 31:19 | 33:9 | | | 43:23 44:9 | 9:18,23 | **collectively** |
| | | | | | 44:11 | | |

48:12
**combination**
77:18
**come** 16:10
23:20
24:18
53:17
61:15,16
69:7
**comes** 16:8
**coming** 14:2
**commencing**
1:15
**commission**
10:8,19
14:23 16:9
18:2
**commission...**
58:3 61:18
61:20 66:1
**commit** 18:24
28:17 58:9
59:2
**committed**
19:1 59:23
80:24
**committee**
17:18 18:1
73:16
**Commonw...**
1:17
**communica...**
39:24
**communica...**
48:5
**community**
19:8
**commute**
12:11
**commuting**
12:7
**comp** 42:12
**company**
29:10 32:6
57:17
**competency**
82:1
**compilation**
24:24
**complete** 9:3
22:15
59:16 79:3
**completed**
14:15 22:1

22:13
23:16
28:23 30:5
73:19
**completion**
75:9
**compliance**
42:9 57:15
57:18
**component**
21:9
**computer**
30:22
51:24
**computer-a...**
85:11
**concern**
18:19 19:7
72:21
**concerned**
43:4 47:15
**concerning**
18:21 23:6
40:10,24
42:16,17
58:23
62:16
**concerns**
23:23
**concluded**
84:14
**conduct**
35:21 38:8
38:12
44:24
79:24
**conducted**
39:11
**conducting**
24:5
**confer** 71:11
73:23
**conference**
10:20 57:1
**conferred**
73:2
**confidential**
24:23
**confirm** 22:4
78:14
**confusing**
64:7
**conjunction**
73:24

**considered**
25:16
**considering**
18:18
79:17
**consistent**
37:6 57:16
**consultant**
16:7
**contact** 55:6
**contents** 56:9
**Continued**
2:22
**continues**
47:16
**continuing**
19:16
**contract**
14:22
36:23 37:1
37:2,3
40:20
56:17,19
57:21 58:2
58:2 74:12
**control** 83:23
**conversation**
47:1,2,4
54:12,15
72:14
**conversatio...**
14:5
**coordinator**
13:20
15:21
26:23 38:7
56:17,19
69:23
**coordinators**
55:21
**copies** 22:18
22:20 34:9
36:14
49:20
**coping** 51:3
**copy** 34:21
41:22
49:15 58:1
**core** 30:2
57:10
**Corizon** 2:20
5:12 11:19
13:6,8,10
13:15

14:10,15
16:24 18:3
18:6,21,22
19:10,20
20:20 21:1
21:2,16
23:4 24:9
24:19 25:7
25:12 26:3
26:16
27:21
28:12
29:10,17
30:9,11
31:11,16,22
32:6,9,15
32:22
33:13,24
34:5,5
35:16
36:18
38:14 39:2
40:8,15,20
40:21 41:8
41:11,12
42:7,9,15
42:24 43:3
43:18 44:9
44:16,21
45:17,23
46:6 47:13
47:17
48:14,17,23
49:6,7,14
49:24
50:11 54:8
54:22,23
55:7 56:19
57:2,7,22
58:6,22,24
59:12,13
60:13
63:12,21
64:1,3,18
66:12,12
67:18
68:15,16
69:3,11,12
69:13 70:9
70:18,19,20
71:23 72:5
72:8,12,23
73:2,15,22
73:22 74:1

74:6,9,24
76:9 77:8
78:9 79:2
79:23 81:1
81:20 82:8
82:22 83:2
83:5,12
**Corizon's**
57:3 78:1
**corp** 11:1
**corporate**
11:19 32:3
73:17
**correct** 27:3
32:8,9 34:2
45:21 48:8
48:10
52:23,24
53:14 54:6
57:23
69:19,20
74:21 76:5
76:8 85:13
**correctional**
3:6 9:24
10:8,20
14:23 16:9
20:8,11
**corrections**
10:15
20:14 64:1
65:16
66:13
78:12
**corrective**
42:8 47:16
**correctly**
83:18 85:9
**correspond...**
61:6 82:16
**COs** 55:9
**counsel** 13:2
62:22
85:14
**counterpart**
79:16
**country**
10:22
**couple** 8:19
**course** 11:1
11:12 74:6
74:8,10,15
74:18,20
75:9

**COURT** 1:2
**courtesy** 74:8
74:10,15
**covers** 83:15
**CPR** 32:23
33:4,11,14
34:1 35:5
38:2 75:11
75:22
79:19
**criteria** 23:17
**critique**
45:14 83:3
**Cross** 33:10
**Curran-Fr...**
66:21
**currently**
8:12 12:23
20:18

———— **D** ————
**D** 4:2 83:7
**daily** 67:6
78:22,23
80:10
**database**
16:15
70:15
**date** 21:24
34:13
44:15
61:23
**day** 21:19
37:16
33:13 39:9
40:4 44:14
65:14 67:8
84:3 85:18
**day-to-day**
60:7 79:12
**days** 14:16
18:15 56:6
**DE** 1:24
**deadline**
21:16 39:6
39:24
**deal** 18:23
36:8 59:1
**dealing** 11:14
23:7 27:23
28:16
79:21
**death** 17:12
17:18 55:7

55:16
60:15,24
62:13,17
**deaths** 11:15
11:16
14:10,19
26:2,5,17
55:3 60:24
67:19
68:14,18
69:9 70:16
70:22 71:9
72:1,11,24
73:13 74:1
**debrief** 54:16
83:4
**debriefed**
54:8
**deceased**
55:6 65:8
**deemed**
45:12
**defendant**
31:13,24
**Defendants**
1:7
**defer** 25:24
40:6 60:18
**defibrillator**
75:3
**deficiencies**
81:8
**deficiency**
81:7 82:2
**definitely**
53:11
**Degrees** 8:7
68:17
**Delaware**
7:21 13:18
82:9
**department**
2:9 12:1
41:10
48:22 69:4
70:6
**depending**
52:2 70:5
81:11
**deponent**
85:6,9
**deposition**
1:11 6:23
7:17 8:23
14:3 31:6
56:8 68:11

84:14
85:12
**depression**
77:20
**deputy** 41:19
58:3 61:18
61:20
65:24
**described**
43:8 83:16
**description**
4:13 12:13
**designee**
11:19 32:4
51:13
53:16,24
**details** 57:13
**determinat...**
72:23 73:1
**determine**
10:13
16:10
22:14
23:10,15
41:24 46:8
53:17
54:13
64:24
65:22
**determines**
21:21
81:12
**developed**
18:22 23:5
43:3 46:1
48:14 58:6
68:17
**died** 50:4
61:22
82:23
**dies** 50:9
**different**
29:19
30:24 57:6
57:18,19
83:15,16,20
**differently**
15:14
**dig** 64:24
**directly**
51:24
55:13
61:17
68:22

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12:20,22 | **duty** 35:7 | 51:22 53:4 | 44:9,16 | 73:16,18 | 60:22 | **field** 8:16 | 79:6 |
| 17:14 | 52:12,16 | 60:2,6,10 | 46:2,8 | **everyday** | 70:14 | **figures** 26:16 | **formal** 60:9 |
| 55:22,22,24 | 54:18 | 61:3 | 49:14 | 46:15 | **expert** 10:14 | **file** 22:23 | 64:3 83:12 |
| 66:7 | 62:21 63:5 | **electronical...** | 54:22,23 | **exactly** 25:20 | **expiration** | 23:1 34:22 | **forms** 38:24 |
| **disciplinary** | 64:1,8,14 | 16:22 31:1 | 55:8,9 57:4 | 53:10 59:8 | 34:13 | 39:16 | **Fort** 3:4 |
| 46:1 48:18 | 65:9 | 52:14 | 57:7 58:24 | 66:17 69:5 | **explain** 37:19 | 69:22 | **forte** 23:12 |
| 49:8 | | 53:24 54:2 | 60:13,16,17 | 77:12 | 50:23 | 80:19,20,21 | **forth** 56:11 |
| **discipline** | ——— **E** ——— | **elicit** 43:12 | 67:20 | **examination** | **expressed** | 82:6 | **forward** 25:5 |
| 46:11 | **E** 2:1,1 3:1,1 | **Email** 40:2 | 68:15 75:1 | 4:7 5:6 | 25:13 77:6 | **filed** 16:6 | **forwarded** |
| 47:22 48:4 | 4:2,11 60:8 | 60:14,17 | 76:11 79:2 | 9:19 | **external** 75:2 | **files** 16:19 | 22:13 |
| 48:16,24 | 85:1,1 | 62:4,12,15 | 82:3 83:2 | **examined** 5:3 | **extremely** | 22:19 | **found** 29:9 |
| **disciplined** | **earlier** 20:6 | 68:21 | **employment** | **examines** | 79:14 | **filing** 16:18 | 45:7 |
| 46:10 | 22:7 23:4 | **Emails** 60:13 | 11:20,21 | 73:24 | | **final** 48:6 | **four** 25:21 |
| **discovery** | 44:20 | 61:1,5 | **empower** | **example** | ——— **F** ——— | **find** 15:13 | 65:23 |
| 27:12 | 46:20 56:8 | 62:16 | 47:8 | 11:14 14:9 | **F** 2:18 3:4 | 34:15 59:7 | **frequently** |
| 35:13 | 57:20 60:3 | 82:14,16 | **EMS** 51:15 | 26:4 32:16 | 85:1 | 80:23 | 80:3 |
| 62:21 65:7 | 61:19 66:1 | **emergency** | **encounter** | 36:20 | **face-to-face** | **finding** 27:14 | **Friday** 64:2,8 |
| **discuss** 14:17 | 69:22 73:6 | 25:16 | 52:1 | 39:16 43:5 | 21:11 22:6 | **findings** 51:8 | 64:14,16 |
| 14:19 | 73:10 75:7 | 35:21 | **encounters** | 45:6 54:9 | 31:2 | 80:15 | **friend** 53:20 |
| 15:10 32:5 | 77:6 78:9 | 36:22 | 30:5 59:18 | 57:7 58:1 | **facilities** | 81:14,17 | **FRIENDS** |
| 32:14 | 82:15,21 | 37:22 38:2 | **encourage** | 60:12 | 13:23 24:1 | **fine** 11:9 | 1:21 |
| **discussed** | **early** 64:2 | 43:23 44:5 | 39:5 | 62:10 | 38:8 57:5,5 | **finish** 8:2 9:8 | **full** 48:1 79:3 |
| 16:2 82:15 | **EASTERN** | 44:10,18 | **entail** 12:10 | 63:22 | 67:8 76:4 | **first** 5:3 | ——— **G** ——— |
| **discussions** | 1:3 | 46:14,18 | 25:23 45:4 | 70:16,21 | **facility** 12:18 | 24:20 | **game** 27:11 |
| 49:21 73:9 | **ECW** 60:8 | 66:8 70:24 | 45:5 47:23 | 71:24 76:3 | 12:18 15:9 | 28:18 48:6 | **gauge** 33:12 |
| 73:18 | **educate** 47:5 | 75:6,23 | 48:20 | 77:14,16 | 19:15 | 50:24 | **Gene** 17:13 |
| **DISTRICT** | **education** | 79:14,19,21 | 77:15 | 80:1 82:4 | 22:23 | 68:21 | 62:11 |
| 1:2,3 | 9:15 11:12 | 83:11,23 | **entails** 69:6 | **exception** | 38:11 44:7 | **five** 7:11 31:6 | 82:18 |
| **doctor** 52:15 | 11:20 | **employee** | **entire** 45:10 | 66:21 | 44:23 | 45:22 | **general** 5:20 |
| 52:22 53:1 | 19:17 36:3 | 22:22 24:5 | 59:16 | **excuse** 34:4 | 49:10 | **flash** 68:24 | 8:17,18 |
| **Doctorate** | 37:24 | 25:18 | **entity** 73:24 | 63:22 | 57:14,19 | 69:7 | 13:17 |
| 8:14 | 38:20 | 33:13,24 | **environment** | **excused** | 61:16 | **flawed** 47:7 | 17:24 18:2 |
| **document** | 72:17 | 34:7,16,22 | 47:24 | 84:12 | 66:16,20 | **floor** 2:4,11 | 19:7 32:12 |
| 51:7,8 52:6 | **educational** | 39:2,21 | **erratic** 77:18 | **executive** | 81:4 | 45:8 | 36:5 40:12 |
| **documented** | 7:20 36:5 | 42:7,9 | **ESQUIRE** | 8:10,14,15 | **fact** 22:8 | **fluid** 44:19 | 43:2,6 |
| 45:13 | **educator** | 47:18 49:5 | 2:4,10,17 | 8:17,18 | 39:13,18 | **fluidly** 59:21 | 57:12,15 |
| 51:21 | 21:13 36:4 | 51:1 54:9 | 3:4 | 9:22 | 57:20 82:3 | **FMLA** 42:12 | 66:10 |
| **documenting** | 36:13 38:6 | 54:10 | **essay** 10:12 | **exist** 82:17 | **faculty** 54:19 | **focus** 81:7 | 76:16 83:6 |
| 80:12 | 38:20 | 56:20,21 | **essentially** | **exists** 57:21 | 54:21 | **folder** 71:18 | 83:13 |
| **documents** | **eight-hour** | 58:8,17,18 | 17:4 45:19 | **expectation** | **fails** 39:2 | **follow** 23:18 | **generally** |
| 84:4 | 51:10 | 59:10 | 65:12 | 40:1 60:19 | **fair** 62:9 | 27:23 | 5:18 26:2 |
| **doing** 20:17 | **either** 9:11 | 66:12 80:9 | **established** | 66:6 | **fall** 48:2 | 47:21 | 39:13 55:2 |
| 32:11 39:5 | 18:4,24 | 81:15,18 | 70:18 72:9 | **expectations** | **familiar** | **follows** 5:4 | 58:6 72:2,6 |
| 50:8 65:20 | 21:12 | 82:6 83:5 | **et** 1:7 5:11,12 | 23:14,22 | 24:16 55:2 | **foremost** | 76:10 |
| **Dover** 13:18 | 38:18 | 83:13 | **evaluations** | **expected** 22:1 | 65:18 | 50:24 | 82:10 |
| **Dr** 3:7 58:4 | 73:12,23 | **employee's** | 79:24 | 22:3 34:8 | **familiarity** | **foresee** 8:20 | **generated** |
| 61:20 66:1 | **electric** 16:18 | 23:1 80:18 | **event** 15:2,12 | 38:4,9 41:8 | 32:10 | **forgot** 8:19 | 16:17 25:9 |
| **drills** 44:21 | **electronic** | **employees** | 17:8,12 | 42:2 44:23 | **far** 20:8 | 19:23 | 71:8 |
| 45:1 | 20:19 | 23:7 24:14 | 18:13,15 | 51:1,6 82:2 | 25:22 43:3 | **form** 19:3 | **getting** 43:13 |
| **duly** 5:3 85:6 | 21:15 | 24:17 | 29:3,13 | **experience** | 47:13 51:5 | 21:4 24:5 | 14:13 |
| **duplicative** | 22:12 25:9 | 29:18 | 46:14,16,17 | 10:12 | 81:13 | 28:2 33:18 | 18:11 23:7 |
| 83:19 | 25:17 | 30:10,11 | 51:7 61:14 | 11:13,13 | **federal** 31:19 | 41:3 42:11 | 23:21 |
| **Duquesne** 3:4 | 29:20 | 36:19 | 69:24 | 25:23 | 73:12,24 | 52:5 63:17 | |
| **duties** 13:19 | 38:22 | 40:15,22 | 71:17 | 27:20 53:8 | **feel** 81:19 | 64:6,20 | |

29:17 45:6
46:7 62:22
**given** 21:17
22:18,21
34:13
37:10,15
39:1 41:12
44:22
45:15 52:7
53:8 62:7
64:15
85:13
**globally** 72:3
**go** 7:11 8:5
10:18
19:22 20:5
32:13
51:24
53:12 59:4
71:2
**goal** 47:7,8
**goes** 50:6
52:15
53:11
68:24
**going** 6:10,11
11:7 13:12
24:15 25:4
27:6 28:3
31:16
33:20
42:20
50:20 61:9
63:6 73:8
**good** 85:3
**graduate**
7:21
**green** 45:11
**guess** 21:6
**guidance**
24:2 72:16
**guide** 72:19
**guys** 68:1

**H**

**H** 4:11
**hand** 51:4
70:24
85:17
**handbook**
49:6
**handle** 50:12
50:16,18
**happens** 15:3

16:4 25:13
47:19
51:19,20
53:2
**harm** 77:16
77:17
**head** 6:5
37:18
69:17
**health** 12:15
12:17
13:16 15:7
18:19
19:13
21:12
23:11,12
24:8,10,24
25:1,10
36:4,12
38:20
51:22 53:5
55:18 58:4
59:17 60:2
60:6 61:15
72:21
**healthcare**
8:9 10:1,9
10:20
14:24 16:9
33:10
**Heart** 33:9
**heightened**
77:19
**held** 1:12
12:20
37:23
**help** 72:19
**helpful** 79:15
79:20
**Herdman**
58:4
**Herman**
61:20 66:2
**hey** 28:14
77:16
**highpoints**
62:2
**hire** 30:18
**history** 11:20
11:21
**hit** 24:13
**HOC** 65:16
66:16
67:15 76:3

**hold** 12:23
74:15
**holding** 7:2
**holds** 33:6
75:19
**holistically**
59:20
**home** 10:17
**hopefully**
20:4
**Hospital**
13:17
**hours** 25:21
19:13
**house** 13:21
13:22
63:24
65:16
66:13
78:12
**housed** 24:3
**hypothetical**
47:11,20
50:6
**hypothetic...**
69:15
72:13
80:22 82:4

**I**

**idea** 32:2
39:4 46:17
**ideation**
25:13
**ideations**
77:12
**identified**
24:21
**immediately**
51:7 55:7
**impair** 6:20
**implemented**
20:16
30:12 33:3
75:18
**important**
79:1,11
**improvement**
15:11,21
16:12
26:22 38:7
55:21
69:23 77:3
81:6,21
83:22

**in-service**
21:11 22:7
23:13 31:3
35:21
36:13 38:1
38:12,16,19
39:11 40:5
**in-services**
38:6,9
**inadequate**
46:9
**incident**
17:16
50:14,17
51:4,24
54:14
55:20 56:6
68:22
70:24 72:2
**include** 81:24
**inclusive**
44:11 56:3
73:19
76:17
**Incorporated**
59:14
**independent**
17:11,21
26:13
33:23 35:2
35:8 41:14
41:23
44:13,14
60:12 62:6
73:11 76:1
**independen...**
33:11
75:20
79:22
**indicated**
85:5
**indicator**
57:15,18
**infection**
83:22
**information**
18:11 22:9
26:1,4,20
29:17,24
34:17,20
36:7,9,10
51:16 52:9
59:20,22
60:1 61:18

62:1 64:15
65:6 69:13
69:21 70:2
70:7,9,19
70:21 71:3
71:24 72:4
72:5,17
78:20
**initial** 19:12
24:10
30:17
39:14
61:13
**initially** 11:2
12:14 29:9
**initiate** 81:5
**inmate** 17:13
58:12
**inmates**
40:11 41:1
42:20
**inordinate**
5:17
**inside** 19:19
21:8 59:7
**instance**
21:23 45:7
**instruct** 9:2
**instructors**
75:22
**instructs** 20:1
19:16
34:12 37:9
37:12 42:8
80:11
**intake** 24:8
62:2
**interaction**
21:6
**interested**
85:16
**internal**
55:16 81:1
**interpret**
64:22
**interpreting**
28:21
**investigate**
73:12
**invite** 46:21
**invited** 23:24
**involved**
14:11 15:6

46:21
55:13 62:8
62:12 71:4
**involving**
76:11
**issue** 37:20
43:2 44:12
63:2 67:5
73:2
**issues** 20:4
32:10,15
44:17
70:10
77:21
83:15
**item** 29:22
**itemize** 81:8
**itemized** 49:4
81:22
**items** 16:2
29:12 34:9
45:13

**J**

**jails** 67:19
**January** 1:9
85:18
**job** 12:12,12
63:4
**John** 2:18
**join** 28:3
**JULIA** 3:4

**K**

**keep** 5:24
16:23 17:8
26:3,16
29:19 30:1
30:3 60:13
**keeping** 5:16
**Kennedy**
2:18
**Kent** 13:17
**kept** 16:17,21
17:7 22:16
22:17,21,22
61:2 69:21
**Kimball** 1:13
2:16
**kin** 85:15
**kind** 7:9
76:16
**know** 6:3,8
6:13 11:18

14:20
15:20,23
16:5 17:6
17:17
18:17 19:4
31:4,11,14
31:23
32:22
34:24 40:3
45:16 53:8
56:23 64:6
66:2,14,15
68:22 69:6
72:20 73:5
73:7,15
74:4 77:11
77:20 79:2
83:14
**knowledge**
20:24
40:16
**known** 71:22
**KURTZ** 3:4
28:3 77:24
78:5 84:10

**L**

**lacking** 80:24
**Landman**
1:16 85:19
**LANE** 1:21
**LATASHA**
1:11 4:5
5:2
**late** 27:11
**LAW** 2:3,9
2:16 3:3
**lawsuit** 31:5
84:6
**lawsuits**
31:11,16,22
**laying** 46:11
**leadership**
8:11,14,16
8:17,18
55:18 69:1
69:2,5
**learned** 11:9
**learning** 21:2
77:5
**leave** 11:7
42:11
**leaving** 51:17
**legal** 70:6

**Let's** 46:16
58:20
**letting** 40:3
68:22
**level** 39:22
73:17
81:11
**license** 33:6
75:20
**licensed** 33:5
**life** 11:3 40:2
75:13
**lift** 42:22
43:16
**Lisa** 2:17
56:9
**little** 42:19
**live** 12:4
**living** 12:3
**LLC** 2:16
**local** 73:23
**located** 16:21
17:2 26:21
29:8 36:2
38:17,18
44:3 49:9
49:10,16
67:5,14
71:16
76:24
78:20
80:17
83:10
**lock** 52:8
**locked** 53:5
**log** 68:17
**long** 6:10 7:5
13:9 42:10
74:9
**look** 18:16
62:23 72:5
**looked** 71:10
**looking** 18:10
**lot** 5:19 83:18
**loud** 6:1
**LPN** 66:23
**Lynda** 16:1,3
16:17 27:2
56:12,13,13

**M**

**machine** 85:9
**MAGUIRE**
2:10 58:11

58:16
75:12 84:9
**major** 8:21
**making** 54:24
65:23
**man** 44:20,24
**manage**
28:23
30:16
**management**
21:2 77:5
**managers**
56:2
**mandatory**
21:11 30:9
30:13
36:23 39:7
39:14,19
40:14 42:3
42:5 74:18
75:5 76:6
76:18
**manual** 49:11
49:12,15,16
71:18
83:14
**manuals**
29:14 30:4
44:4,6 77:1
77:2,3
83:11,18,21
**March** 32:21
35:5,17
40:8 42:15
49:24
62:10
63:11,21,24
66:14
74:21,23
78:10
82:18
**Marilou**
34:24
**MARK** 2:10
**marked** 4:14
**Maryland**
7:7 12:4,8
**Master's** 8:6
8:8,10
**materials**
36:14
76:20,23
77:21
**MATIS** 3:3

**matrix** 66:3
**matter** 5:11
10:14
82:19
**McMILLAN**
1:11 4:5
5:2,14,15
**mean** 34:4,5
58:11
**meaning**
54:21 55:7
76:1
**means** 6:3
33:23
**measures**
42:8 47:16
**meddle** 37:11
**medical**
13:16 15:6
15:22
24:19,23
27:22
28:14
30:10
35:18
36:18 41:1
46:7 54:17
55:21 57:3
58:3,24
63:14
66:24,24
67:17 74:7
79:2 82:22
83:13
**medication**
6:19
**medicine**
71:1
**meet** 14:16
18:22
24:19 33:7
39:10
57:17
73:17
**meeting**
14:18 15:4
15:16 16:3
16:11
17:19
18:14,14
40:5 46:20
55:11,12,13
55:14 56:4
56:10 60:4

**meetings**
16:20 24:1
30:1 49:23
55:4 56:22
**member**
41:24
42:10
**members**
79:17
**mental** 15:7
19:13
23:11 25:1
**mention** 8:20
19:23
78:19
**mentioned**
18:1 23:3
31:4 60:3
73:21
**mentioning**
20:5
**merge** 52:4
**met** 81:19
**MHM** 3:6
59:13,15
71:20,22
82:11
**Michelle** 1:15
85:19
**midlevel**
52:11
**mind** 73:7
**mindset**
54:13
**minimum**
30:21
45:17,23
80:4
**minutes** 23:3
**missed** 39:6
39:14,19
40:1
**misses** 42:7
**missing** 56:16
**mod** 56:24
**module** 21:8
**moment** 62:3
67:15
**Monday**
74:16,17
**monitor** 34:3
34:6 68:17
**monitoring**
21:5 67:18

**month** 7:16
22:2 37:8
38:1,5
41:16,18
45:19
49:23
74:16,18
**monthly**
23:24
30:15 45:2
74:16
**morning** 64:3
**mortality**
15:1 18:14
46:20
55:10,12
60:4 71:2
83:4
**move** 27:17
63:8 73:8

_____
**N**
**N** 2:1 3:1 4:2
**name** 5:9,13
31:7 60:9
**named** 17:13
31:12,24
**Narcan** 38:3
**national** 10:7
10:8,19
14:23 16:8
**nationwide**
32:6
**nature** 55:9
**NCCAC**
44:24
**necessarily**
29:23
**necessary**
23:10
43:14
**need** 6:7,11
6:12 27:6
40:3 43:9
51:11,16
68:1
**needs** 23:16
**negligence**
47:1
**negotiated**
48:15
**neither** 85:14
**never** 73:7
**NEWTOWN**

1:22
**night** 65:12
65:15
**nightshift**
13:22
65:15
**NJ** 1:24
**nod** 6:4
**nodding**
69:16
**non-Corizon**
54:22 55:8
**nonclinical**
79:18
**nonsensical**
77:19
**normally**
22:1 23:9
36:3 41:22
56:24
**Notary** 1:16
85:2,21
**notation** 82:5
**Note** 19:2
28:1
**noted** 39:15
39:19
83:20
**notes** 52:8
**notice** 1:12
85:5
**notification**
61:1
**noting** 22:8
**November**
22:2
**nuh-huh** 6:2
**number** 4:13
7:2 14:14
26:14
**nurse** 9:19,22
10:3 11:1,2
11:4 34:24
47:12,16,18
47:19 50:6
51:18,23
52:2,13
53:2 54:7,8
64:1,7,14
65:7,9 66:8
66:22
78:12,15
80:23 81:3
82:3

**nurse's** 50:3
**nurses** 14:1
24:9 42:16
42:17 43:5
43:15
46:22 47:8
48:1 55:19
**nursing** 7:16
7:23 8:10
12:20
19:18
32:23
40:10 51:5
52:5 65:11
80:1
**NY** 1:24

_____
**O**
**O'Connor**
1:13 2:16
3:3
**object** 64:19
**objection**
19:2 20:2
28:1,4
33:17 41:2
63:16 64:5
64:11 79:5
**obtain** 10:6
32:23
33:10 34:1
70:1 72:18
75:21
**obtained**
7:22 8:6
9:19,21
10:1 11:2
33:13
**obtains** 34:7
**obviously**
10:3 18:10
57:21 77:4
**occur** 68:14
**occurred**
50:18
54:16 61:1
**offer** 24:1
51:1
**offering**
54:11
**office** 16:23
17:2 49:17
67:17
**Offices** 1:12

2:3,16 3:3
**official** 85:17
**officials** 55:9
**Oh** 12:14
**Ohio** 57:8
**okay** 7:9,19
8:5 9:13
12:10 13:9
13:12 14:2
14:8 15:3
16:14 17:4
20:23
22:20 23:1
26:1,20
30:6 31:4
31:10,21
32:21 33:2
35:11 37:4
37:18
39:18 41:7
42:19 46:5
50:6 52:22
53:15 54:5
56:7 62:6
62:19,23
63:9 68:6
68:14 69:8
69:21
70:13
71:19,23
74:17 75:8
79:1,10
82:8,21
83:12 84:1
**old** 54:5
**Olumide** 3:7
**Oluwabusi**
3:7
**once** 16:2
30:20 34:7
37:14
45:19
80:14
82:23
**ones** 61:7
**online** 10:17
77:4
**operation**
46:15
79:13
**operations**
12:18,22
13:23
17:15

55:22,24
60:7 66:7
**opportunities**
15:11
**opportunity**
70:23 71:2
80:7
**opposed** 57:8
**Oral** 1:11
**order** 5:19
9:4 23:10
41:23
**Orgasan**
34:24
**original**
38:21 42:1
**originated**
62:5
**outcome**
85:16
**outside** 17:15
18:16
21:10
44:19
48:21
**outstanding**
6:15
**overall** 12:16
18:6 30:11
49:21 59:5
**oversee** 12:17

_____
**P**
**P** 2:1,1 3:1,1
**p.m** 68:10,11
84:15
**PA** 1:24
**page** 4:4,13
29:10
**panels** 73:11
**paper** 54:4
**paperwork**
14:6 16:4
16:16 17:5
17:7
**parameters**
5:21
**Parkway**
2:10
**part** 17:18,19
35:22
46:19 48:2
63:22,22
67:6,10,10

75:6 78:17
83:3
**particular**
8:16 10:18
15:16
20:10
24:15
25:14
36:10
37:15,20
39:20
44:12,15
46:9 47:19
49:15
50:12
53:12
62:13,17
64:17 67:5
67:8,21
69:14,15
72:12 81:2
81:19 82:6
84:5
**parties** 15:5
55:5
**partners**
59:16
72:21
**party** 55:5
85:15
**patient** 7:12
19:14
25:21,22
30:4 35:22
45:8 59:17
59:19 60:7
**patient's** 62:2
**patients** 7:13
24:18 36:9
**pattern** 66:5
**patterns**
65:22
67:10,12
78:18,20
**peer** 80:6,6
80:11,22
**Penn** 1:13
2:17
**Pennsylvania**
1:3,14,18
1:22 2:5,11
2:18 3:5
31:12
32:18,19

**people** 22:10
34:11
42:21
**percent**
39:23
**performance**
81:6,21
**performed**
7:3
**performing**
41:1
**period** 6:10
12:5 51:10
63:15
78:10
**periodic**
79:24
**periodically**
81:11
**person** 19:18
22:17 33:6
33:24
34:16
39:13,18
59:6 62:5
65:12
75:19 76:6
80:11
**person's**
39:15
**personnel**
32:23 33:5
39:16
80:20,21
82:6
**persons**
19:19
46:21
**perspective**
71:6
**Philadelphia**
1:6,14 2:5
2:9,11,13
2:18 5:12
7:8 12:1,2
12:3,6 14:9
14:12,22
26:3,6
29:18 31:5
32:4,20,22
33:8 35:17
37:2 40:21
40:23
41:10,13

45:24
48:21 55:3
57:8,22
59:12
68:16 69:4
70:10,15
73:14
74:24 82:8
**Philly** 12:8
16:24
**phraseology**
7:18
**physical**
16:19
23:12 24:7
24:24
42:17,21
43:2 71:1
83:9
**physically**
24:12
51:19
53:22
**physician**
15:7 51:5
51:23
52:11
**physicians**
46:23
**pick** 53:17,18
53:22
**picks** 53:21
**piece** 81:13
**PIP** 81:5
**Pittsburgh**
3:5 57:8
**place** 34:10
40:9 56:5
56:23
62:10
73:13 74:1
74:2,21
76:2 85:5
**placed** 34:21
67:7
**places** 76:4
**plaintiff** 1:4
2:6 5:10
**plan** 65:19
81:6,22,22
**planning**
83:23
**plans** 25:4
**point** 15:5

17:15
18:12 21:5
38:22 40:2
46:22
**policies** 30:2
77:1
**policy** 29:11
41:19,23
42:1,4,14
42:16 43:3
49:11 53:7
64:4,17
77:2 78:11
83:21
**posed** 6:16
**position**
12:21,23
13:7
**positions**
13:5
**positives**
15:12
**possible** 79:4
**post** 18:15
50:14 51:7
56:6 60:24
**potential**
25:11
27:24
77:15
**pounds** 43:16
**Power** 21:4
**practice** 30:3
78:11
**pre-related**
25:2
**preparation**
14:3,6
**prepare** 14:4
**prepared**
53:2
**prepares**
51:18
52:14 54:7
**presented**
32:11
**president**
55:23
**prevention**
19:11
20:12,15,18

21:8,17
22:3 30:16
59:5,8
76:12,15
77:1
**previously**
59:15
71:22
**print** 29:10
**printed** 41:22
**prior** 6:14
**prison** 12:6
14:10,12,19
23:8 24:4
26:2,6
27:22,23
28:14
29:17
30:10
31:13,24
35:18 36:8
36:18
40:11,15,21
40:22,23
41:1,13
43:19,21
45:24
47:14
48:22 50:2
50:7 53:13
55:3 57:3,5
58:8 59:23
60:15,23
61:1 62:9
65:8 68:14
68:15,18,18
69:16
70:11,15
74:2,7 79:4
82:18,24
83:13
**prisoner**
18:23 19:6
24:3 26:5
28:16
35:19
36:21
46:10 50:3
50:8,9 55:6
59:1,9,23
61:22
82:23
**prisoners**
18:4 23:8

41:15 46:3
59:6 67:21
76:15
**prisons** 12:1
41:10
63:14 69:5
72:24 80:1
**problem** 6:8
6:13 8:21
**problems**
9:11 72:6
**procedural**
57:13
**procedure**
29:11
41:19
49:11 77:2
82:24 83:1
83:22
**procedures**
30:2 41:9
42:4 46:1
49:22 50:2
57:11 58:7
67:11,13
**process** 14:18
28:22 29:3
29:4 30:3
47:6,22
48:4 54:3
**processes**
29:14,15
48:9,11,13
48:16,24
57:10
83:20
**professional**
1:16 10:1
33:11
**program**
21:7 51:2
54:11 56:2
75:1
**progressing**
81:16
**progressive**
47:21 48:4
48:16,24
**promoted**
12:19,22
**promulgate**
46:2
**proposal**
65:21

**protocol**
43:24 49:8
50:12,23
**protocols**
23:18
58:23 66:9
**provide** 7:19
9:1 14:8
28:13 34:9
35:16 66:3
67:19
72:16 74:6
74:8,24
76:6,10
**provided**
34:16 35:4
35:13
41:21 46:9
49:14
**provider**
23:12 24:8
52:9,10
**provides**
41:17
**providing**
74:10
76:14
**prudently**
80:13
**psychiatry**
55:24
**Public** 1:17
85:3,21
**pull** 42:22
51:24
**punishment**
39:1
**punitive** 39:4
46:18
**purpose** 9:5
**pursuant**
1:12 85:4
**pushed** 53:6
**put** 8:21
19:24
21:20 27:9
37:6 81:9

_____
**Q**
**qualificatio...**
10:24 32:3
**quality** 15:21
16:12
26:22 38:7

55:20
69:23 77:3
83:22
**question** 6:15
6:17 8:24
9:3,5,9
28:6,18
29:2 31:18
32:12
33:15
40:17 41:5
42:6 60:21
63:19,23
69:8 70:4
79:8 83:17
**questions** 6:2
6:21 19:24
21:7 23:15
24:21 25:1
25:1,2,2,3,7
84:2,10

_____
**R**
**R** 2:1 3:1
85:1
**re-acclimat...**
82:1
**re-audit**
81:11
**re-verbalize**
28:19
**reached**
47:17
**real** 61:24
**really** 53:19
**realtime** 51:8
**reason** 79:16
**recall** 70:17
82:13
**receive** 36:19
**received**
64:15 65:6
**receiving**
37:9
**recess** 68:9
**recognition**
77:8,11,13
**recognizing**
77:14
**recollect** 6:21
21:24
**recollection**
7:1 17:12
17:22

26:14 35:3
35:9 40:13
60:12 62:7
67:16 73:4
74:14
**record** 6:17
8:22 17:21
18:8 25:10
27:16
35:14 51:9
51:11,20,22
53:5 59:10
59:17 60:2
60:6 63:7
71:20
85:13
**recorded**
85:9
**records**
62:15
66:24
67:17
**Red** 33:10
**reduced**
15:16 16:3
29:4 35:24
44:1 48:9
65:11,11
67:2 71:13
80:15
**reduces**
15:19 56:9
**refer** 49:5
**reference**
5:10 14:2
14:12
18:22 30:5
40:11
60:14
63:13
70:16 71:9
82:17 84:5
**referral**
23:17
25:11,16
**referrals**
25:4,8
**referred** 75:7
**referring**
78:1
**refresh** 29:22
**refresher**
23:22
**regarding**

32:15
41:15 46:3
70:10
71:24
72:24 82:9
82:11
**Regardless**
26:8
**region** 21:13
44:23
49:18
55:21
**regional** 7:15
12:20
16:23 17:2
21:12
36:12
55:23
67:17
**registered**
10:3
**regulations**
18:20 23:6
27:21
28:13
29:16 30:6
30:8 40:9
40:18,24
41:14
43:19
48:18 50:1
50:11 57:3
57:6 58:7
58:23
63:12
66:11 82:9
82:10
83:10
**related** 35:18
62:12
**relates** 18:3
39:20 41:9
43:4,19
66:12
72:11
75:10 82:1
**relating**
40:18 50:2
**relation** 7:12
13:6 43:22
59:6
**relationship**
59:12
**relieved**

65:13
**rely** 27:22
79:15
**remember**
11:4 17:17
26:24 31:7
**RENA** 1:4
**repeat** 28:9
61:9
**rephrase**
9:13 28:9
31:17 46:5
60:20
63:23 65:4
**report** 22:14
51:18,21
52:14,15,23
53:2,3,4,9
53:11,22,24
54:7 68:24
71:8
**Reporter**
1:16
**reports** 69:7
**representat...**
53:23
**Representing**
2:6,13,20
3:6
**request** 63:2
65:21 66:4
70:5
**requested**
66:5
**requesting**
70:8
**requests** 27:9
**require** 32:23
**required**
19:15 33:6
33:7 37:10
40:23
51:16
65:24
66:15
75:20
**requirement**
6:14
**requirements**
40:10
42:17 43:7
43:15
66:11
**requisite** 35:4

**resolve** 20:4
**resource**
72:17
**respective**
61:16
**respond** 63:3
**responding**
80:12
**response**
35:21
36:22
37:22 38:2
43:23 44:5
44:10,18
46:15
65:21
69:10
70:24 75:7
75:23
79:14,19
83:11,23
**responses**
25:8
**responsibili...**
18:7 25:6
33:4 51:6
**responsible**
13:22
18:13 24:9
24:20
25:20
55:16
79:18
**resume** 12:24
13:3
**resumed**
68:11
**resuscitate**
50:7
**retirement**
40:14
**retrain** 81:18
**retrained**
82:5
**retraining**
47:15 81:2
81:24
**review** 15:1
16:12 21:4
45:14 50:2
52:9,23
70:23 71:2
72:1 80:8
80:22

81:24 83:4
**reviews** 53:1
80:6,14
**right** 5:23
9:15 17:20
31:21 32:6
32:12
48:17
69:11
73:21
79:11
**RN** 24:8,20
66:17,20
80:8,8
**RNs** 25:7
**Road** 17:3
24:4 55:3
57:1 68:16
**role** 7:15
**room** 57:1
**round** 15:10
**rules** 5:20
18:20 23:5
27:21
28:12
29:16 30:6
30:8,8 40:9
40:18,24
41:14
43:18
48:18 50:1
50:10 57:2
57:6 58:6
58:22
62:21
63:12
66:11 82:9
82:10 83:9
**run** 5:19
22:14
34:11
79:12

_____
**S**
**S** 2:1 3:1 4:11
**safety** 25:3
43:7 83:23
**saying** 83:5
83:14
**scare** 47:7
**scenario**
35:23
45:11
**scenarios**

15:12
**schedule** 67:7
78:23
80:10
**scheduled**
38:13 39:9
40:4
**Science** 7:23
8:8,10
**screening**
19:13 23:4
23:6,11,14
23:22 24:6
24:10,14,23
41:13
**seal** 85:17
**seated** 5:23
**second** 48:6
69:2
**secure** 53:24
**security** 15:6
18:9 44:22
45:18
55:14
68:23 69:1
69:2
**see** 36:14
51:2 59:18
62:16 71:5
83:19
**seeing** 27:1
**send** 61:17
62:20
**sense** 81:13
**sent** 25:17
**sentinel** 15:2
17:8,18
18:13,15
29:3,13
46:14,16,17
61:14
69:24
71:17
73:16,18
**separate** 13:7
57:6 70:13
70:14
**sergeants**
55:15
**service** 12:15
55:18
61:15
**services** 3:7
13:24 58:4
59:13

71:21,22
82:12
**SERVING**
1:24
**session** 39:15
39:19
**sessions** 39:3
41:13
**set** 47:18
**setting** 18:13
**seven** 11:22
11:23
31:10,15,21
73:3
**sexual** 9:19
**shake** 6:4
**share** 17:1
18:8 29:24
38:21
59:16,20,22
70:9 81:14
81:17
**shared** 16:7
60:1
**sheets** 22:8
36:16
38:16
**shift** 40:6
45:3,21
**shifts** 64:10
64:13
**shorthand**
85:10
**side** 18:6
19:10
45:18,18
73:15
**signature**
22:8 36:15
42:2
**simply** 9:2
**sir** 6:22 12:4
14:7 17:23
26:15 31:9
31:20
35:10
39:17
42:18
48:15,19
69:4 78:24
80:21
82:20 84:7
**sit** 46:24
**site** 25:19

34:11
**situation**
25:14,15
43:8 45:12
47:10
50:13
51:19 52:7
52:13 62:3
72:12
**skills** 45:2,4
**smart** 52:5
**smoothly**
5:20
**solicit** 71:4
**somebody's**
42:22
**sorry** 8:2
30:15
54:23
56:13
58:19
61:19
64:21 68:2
69:18
77:24
**sort** 14:11
20:2 72:10
74:24 76:7
79:24 81:1
**sound** 62:7
**sounds** 62:11
**space** 30:4
49:17
**spaces** 29:13
**speak** 6:1
39:23
77:21
**speaking** 9:7
80:23
**specialized**
76:11
**specific** 7:2
10:13
14:14 19:6
20:14
22:22 23:1
27:21
28:12
29:22 30:8
32:4,17,19
32:20
42:20
43:15 44:8
44:14

46:14
48:17
57:13 59:5
72:2,16
80:18
**specifically**
36:20 52:7
60:23
70:21
72:11
75:11,17
78:3 82:17
**specifics**
32:13
**spoke** 22:7
46:20
61:19 66:1
69:22
**staff** 20:20
21:3,13,16
22:2,5
23:24
27:22,23
28:14 30:1
35:18
36:19 37:9
37:24 38:4
39:5,9
40:11 41:8
41:12,24
42:10 43:6
43:7 46:2,7
49:23 51:1
54:13
55:19
58:24
63:14
65:10,11
66:22
67:20 74:7
79:3,17
80:1 82:22
82:22
**staffed** 79:3
**staffing**
13:23
63:13
65:19,22
66:2,3,5,10
66:13
67:10,12
78:11,17,19
78:22
**stage** 40:2

**stand** 20:24
**standard**
14:24
47:17
48:23
57:16
**standards**
16:11
17:24 18:2
18:21 30:3
33:7 44:24
81:20
**standing**
61:24 85:3
**standpoint**
19:20
**stands** 17:23
**start** 14:20
40:6 46:16
48:5 58:20
68:18
**started** 5:15
12:14 54:2
**state** 7:22
17:3 24:4
31:19 55:3
57:1 68:16
73:12,23
**stated** 78:15
**statements**
15:15
56:10
77:19
**states** 1:2
31:23
32:17 57:4
**statuses**
59:19
**stay** 25:5
**stays** 53:4
**stenographer**
5:24
**stenograph...**
9:4
**step** 51:20,20
**stop** 6:13
20:3
**Street** 2:4,11
**STREHLO...**
1:21
**stretcher**
43:20,22,23
44:9,11
45:1 52:3

**strike** 40:18
**string** 62:4
62:12
**stronger**
72:22
**study** 10:17
**studying**
10:11
**subdivided**
76:14
**subject** 10:14
**submitted**
45:14 54:2
**substance**
25:1
**substandard**
47:13
**successfully**
18:5 19:1
**suggestions**
24:2
**suicidal**
25:13
**suicide** 11:15
11:15
14:10,15,19
17:12 18:5
18:5,23,24
19:1,6,11
20:12,15,18
21:8,17
22:3 23:4,6
24:6 26:9
26:17
27:24
28:17
29:23
30:16
31:13,24
32:16 58:9
59:2,4,8,23
60:15,24
62:9,13
67:19 69:9
70:16,22
71:24
72:11,20,24
73:13 74:1
76:12,15
77:1,7,11
77:12,13,15
82:18
**suicides**
28:23,24

69:16
73:19,20
**Suite** 1:13,21
2:17
**Sunday** 64:2
64:8,16
**supersedes**
49:2
**supervision**
85:11
**supervisor**
13:21
**support** 11:3
13:24
43:10,12,17
66:22 71:4
71:7 75:14
79:12
**supposed**
27:22
28:15
82:23
**sure** 7:21
13:2 17:19
25:20
27:18
28:20
43:21 46:4
50:5 51:15
53:10
54:24
66:17 69:5
74:3 77:3
77:12 78:6
81:15 84:3
**suspended**
34:18
**sworn** 4:6 5:3
85:6
**system** 12:6
14:12
16:18
20:20 21:2
21:3,15
22:12
24:18 26:6
26:6 29:20
29:21 31:1
34:11,12,12
38:22,23
40:21,22
45:24 54:4
70:11,15
77:5 79:23

**System's**
41:13
**systems**
72:18

——— **T** ———
**T** 4:11 85:1,1
**table** 15:10
**take** 6:7,9,18
9:7 10:17
25:6 47:15
51:19 56:4
56:23
62:22
70:23 71:1
71:23 72:4
73:13 74:1
74:2 76:2
80:7,9
**taken** 1:12
42:8 68:10
85:4
**takes** 9:5
**talk** 17:16
27:16
48:11
71:19
**talked** 20:9
30:22
57:20
60:11 61:7
**talking** 12:5
14:5 27:15
52:18 56:8
56:14
65:15
69:12
71:12 72:1
**tangible**
29:12
49:19
**taught** 22:9
**team** 14:16
15:6,7,7,22
18:9,9,17
23:9,19
24:22 43:9
43:17
44:21,22
51:15
54:17
55:15 56:1
56:2 59:15
71:5 72:15

**tell** 14:14
43:15 63:4
65:19 85:6
**telling** 9:12
**template**
61:24
**templated**
57:11
**ten** 11:24
12:14
13:10
69:16 70:3
76:9
**tenure** 74:11
**termination**
48:7
**terms** 58:2
**test** 10:13,18
10:21 21:9
45:2
**testees** 10:22
**testified** 5:4
9:16 13:5
30:7 44:19
61:4 65:8
66:18 67:1
73:10
78:15
82:21,24
**testify** 32:15
**testimony**
14:8 62:8
85:4,8,13
**testing** 45:4
**text** 40:3
**Thank** 20:7
27:10 65:5
67:24
**thereof** 85:16
**thing** 19:22
24:15
**things** 5:19
8:19 15:13
18:18
27:14 37:8
37:12 45:5
47:12 61:3
71:10,12
**think** 33:18
35:12
63:20 64:2
64:7,9,9
65:13
73:21

**third** 74:16
74:17
**third-party**
16:7
**three** 16:13
16:14
**tickler** 34:12
**time** 5:17
6:10 7:14
9:8 12:5
15:5,8 17:9
18:12 24:7
37:10
44:22 48:1
48:2 51:10
52:12,16
54:20
63:14,22,23
65:9,23
66:6,22
73:6 78:10
78:12 85:5
**timeline** 51:8
**timelines**
81:9
**times** 45:16
47:4 64:14
66:17
81:23
**today** 6:19
14:3 84:5
**told** 30:14
**tool** 52:6
**Torch** 20:20
20:21 21:1
29:20 60:5
77:5
**total** 26:5
**touched** 78:9
**track** 34:19
**tracking**
34:12
**train** 75:22
77:8
**trained** 22:3
22:5 36:15
44:16
79:22
**training**
10:10
19:12 20:9
20:11,12,15
20:18
21:17,22

22:19,23
30:7,9,15
30:17
32:16,24
33:4,14
34:1 35:5
35:16
36:20,22
37:7,10,15
37:19,22
38:2 39:3
39:15,19
41:12,17
42:3,7 44:8
44:13,14,15
45:15
58:23
72:16 74:6
74:20 75:1
75:5,7,17
75:21 76:2
76:10,11,16
76:18,20,23
77:7,21
78:1 80:18
83:13
**transcribed**
85:10
**transcription**
85:12
**transferred**
61:6
**trauma** 11:1
**treat** 35:18
36:21 58:8
**treating**
40:11
80:12
**treatment**
11:15 46:3
47:14 50:3
**trend** 72:10
**trends** 72:5
**triage** 29:13
44:4,6
49:16
**tried** 47:15
**triple** 7:13
**Troy** 2:3,4
5:9
**true** 11:10,11
47:1 85:12
**truth** 85:7,7
85:8

**try** 5:24 9:13
33:21
36:23
42:19 46:5
60:20 61:9
65:4
**trying** 7:11
11:4 17:20
37:11,18
42:22
64:22,24
**Twelve** 45:17
**two** 1:13 2:17
8:6 30:24
54:14
**type** 52:3
59:11
82:16
**types** 59:19

**U**

**um-hum** 6:2
52:21
**unconscious**
35:19 36:8
36:21
58:10 59:3
**understand**
6:20 9:10
9:12 24:11
28:5,17
33:15 41:5
46:4 50:5
63:19
67:23 70:3
79:8 83:17
**understand...**
58:5 77:10
**understood**
78:6
**unified** 57:2
**union** 47:24
**United** 1:2
31:23 57:4
**University**
7:22 8:8,12
**unresponsive**
35:22 45:8
**Unsuccessful**
50:8
**upcoming**
38:1
**update** 23:21
**updated**

34:14
**usage** 75:23
**use** 10:12
75:2
**usually** 21:19
56:4,22
**utilize** 21:21
72:21

**V**

**verbal** 48:5
**versus** 5:11
37:11
**vice** 55:23
**video** 21:5
**violation**
81:1
**Virginia** 8:13
**visit** 52:3
59:18
**voice** 5:24 6:1
**vs** 1:5

**W**

**wait** 9:3,8
**waiting** 69:18
**walk** 45:10
52:2
**walked** 45:7
**walks** 19:14
**walls** 19:19
59:7
**want** 6:6 9:1
16:19
27:17 28:8
51:14
52:20 68:3
77:16 78:5
**warden**
18:10
41:20
51:12 53:6
53:9,12,21
53:23
61:19
**warning** 48:7
**way** 5:17
14:11
28:21
30:14,17
33:12
34:19
36:17
39:20

53:23 54:1
54:5 67:18
68:17
81:19
85:14,17
**ways** 20:17
29:19
38:14
39:24
**we'll** 27:16
63:2 68:18
**we're** 21:3
27:11
65:15
**web** 29:10
**Wednesday**
1:9
**weekend**
63:13
**weekends**
65:10
78:13
**went** 10:19
**West** 8:13
**Wilmington**
8:7
**Wilson** 2:3,4
4:8 5:8,9
17:13
19:21
26:10,12,24
27:4,6,13
27:19
28:11
33:20,22
35:15 41:4
50:19,22
58:13,18,21
62:11 63:6
63:10,18
64:12 65:2
68:7,13
75:16 78:2
78:7 79:7
82:18
**wise** 47:6
**Witkowski**
16:1,4,17
27:4 56:9
56:12,14
**witness** 4:4,6
19:5 26:11
27:3,5 28:7
50:21
58:14

64:21
67:24 68:5
75:15 78:4
84:12
85:14,17
**witnesses** 9:2
**wondering**
58:15
**work** 5:18
13:14 14:3
22:24
39:12
40:15,22
42:13 60:8
60:10
**worked**
13:15,16
64:10,13
**working** 8:13
8:15 13:10
19:19
82:11
**workmen's**
42:12
**works** 37:20
80:9
**worry** 65:3
**wouldn't**
19:5 39:22
**writing** 10:12
15:17,19
16:3 27:9
29:5 35:24
36:2 44:1
46:6 48:9
56:11 64:4
64:17 67:2
67:4 71:13
76:20
80:15 83:1
**writings** 29:7
44:3 71:15
80:17
**written** 23:5
24:12
43:18 46:1
48:6,6,18
49:7 50:1
50:10 53:1
58:22 61:6
63:12 64:4
82:10 83:1
**wrong** 48:8
**wrote** 56:13

**X**

**X** 4:2,11

**Y**

**Yeah** 27:13
50:19,19
60:17
78:16
**year** 7:24
14:19
21:19,21
30:20
35:20 37:6
37:12,14,16
37:22
45:16
69:14,15
70:2
**year-to-year**
26:18
**yearly** 21:18
23:21
30:15
74:13
**years** 7:11
11:22,23,24
12:14
13:10,13
16:13,14
17:6 31:6
31:10,15,22
45:22
65:23 70:3
73:3 76:10

**Z**

**0**

**05** 4:8

**1**

**1:10** 84:14
**100** 39:23
**11:35** 1:15
**1100** 1:14
2:17
**116** 1:21
**1199** 48:2,13
48:15
**12** 45:17,18
**12:40** 68:10
**12:45** 68:11
**13** 13:12

**14** 13:12
**1500** 2:18
**1515** 2:11
**15222** 3:5
**17th** 2:11
**18940** 1:22
**19102** 1:14
2:11,18
**19107** 2:5

**2**

**2** 56:24
**2:18-CV-0...**
1:7
**2003** 8:1 10:4
**2004** 13:16
**2006** 10:2,5
10:21
13:11
**2007** 8:7
**2008** 11:3
**2012** 9:20
12:19
**2014** 7:6
12:21
**2016** 9:21,21
14:9 15:23
17:13,14
21:24 26:4
32:21 35:3
35:6,17
40:8 42:15
49:24 54:3
62:10
63:11,21,24
65:16
66:14
74:21,23
78:10
82:18
**2017** 54:3
**2020** 1:9
85:18
**20th** 85:18
**215** 1:23 2:4
**215-564-0400**
2:19
**215-683-5001**
2:12
**215-985-4566**
2:5
**25** 43:16
**2nd** 2:4

**3**

**30** 14:16
18:15 56:6
**30-day** 14:24

**4**

**412-338-4713**
3:5

**5**

**50** 43:16
**50-question**
10:13
**504-4622**
1:23
**54** 1:21

**6**

**7**

**7** 65:13

**8**

**8** 1:9
**8000** 56:24
**8001** 17:3

**9**

**912** 3:4