

# CITY OF PHILADELPHIA
## PHILADELPHIA PRISON SYSTEM
### *CONFIDENTIAL*
### MEMORANDUM

To: Louis Giorla, Commissioner

From: Lt. Dofredo R. Pieretti

Date: December 9, 2013

Subject: ~~_____~~

---

Inmate _____ was admitted to the PPS on August 09, 2011. The following is a timeline of events during his incarceration: He answered "Yes" when asked if he:

- Had been treated/hospitalized within the last year for any medical problems.
- Has a history of counseling or mental health evaluation/treatment.
- Had previous suicide attempts. *(2010 attempted to jump in front of train)*
- Had expressed feeling of hopelessness (nothing to look forward to)

_____ refused to have blood drawn or to have the PPD implanted. His blood pressure was elevated at 144/102. As a result of his lack of cooperation, he was placed in Medical Lock-in, and because of the aforementioned factors, an Emergency Behavioral Health referral was generated.

_____ was evaluated by the MSW in the prescribed time allotted for such referrals. The MSW noted that there were Positive "Static Risk Factors" present, they were that:

- He had previous suicide attempt in 2010
- He had suicide ideation/threats in past.
- He had a history of substance abuse (PCP)
- He had a history of mental illness.
- He had Positive "Dynamic Risk Factors" such as "anxiety, agitation and fearful, as well as disturbance of mood".

Furthermore, the MSW noted that there was strong family support, religious beliefs and he had a legal trade. It appears that the MSW took into consideration these "Protective" factors, overlooking the fact that there were at least five (5) "Static Risk Factors" present. As a result of the MSW's evaluation of being a low suicide risk, _____ was referred to the Psychiatrist/ Nurse Practitioner as an Outpatient.

_____ was scheduled to see the Psychiatrist on August 11, 2011, and then again on August 12, 2011; however, he was not seen, and according to Lock & Track, _____ was not seen because there was no "Chart" available. If _____ had been listed on the Emergency Behavioral Health referral as "Urgent" he would have been seen by the Psychiatrist even though there was no chart available at the time of his evaluation.

DEFPROD745