EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

RENA ABRAN,                          :
                                     :
                  Plaintiff,         :
                                     :
V.                                   :
                                     :      No. 2:18-cv-01107
CITY OF PHILADELPHIA, ET AL,         :
                                     :
                  Defendants.        :

## O R D E R

AND NOW TO WIT, on this _____ day of October, 2018, upon

consideration of the Plaintiff's Motion for Sanctions/Motion to Compel along with any response

thereto from the Defendants', it is hereby ORDERED that the Plaintiff's Motion is hereby

GRANTED.

Defendants are hereby ORDERED to pay Plaintiff's counsel $ _____ in legal fees for

sanctions for failing to provide discovery.

Defendants are further ordered to provide Plaintiff with full and complete discovery

within five (5) days of this Order or suffer additional sanctions.

_____
                                                                                    J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

RENA ABRAN,

        Plaintiff,

  V.

CITY OF PHILADELPHIA, ET AL,

        Defendants.

No. 2:18-cv-01107

## MOTION FOR SANCTIONS/MOTION TO COMPEL FOR FAILURE TO COMPLY WITH JUDGE'S COURT ORDER

1. On or about March 15, 2018, Plaintiff filed a civil complaint for a 1983 action/wrongful death against the above-captioned defendants.

2. After having been served with said complaint the City failed to provide the Plaintiff with any discovery.

3. On or about May 29, 2018, this honorable court, by and through Judge Goldberg, did issue a court order stipulating that the defendants must provide discovery to the Plaintiff.

4. The parties have been ordered to attend a mandatory settlement conference before the Honorable Judge Strawbridge for the above-captioned civil case.

5. Defendant, initially, violated said order and Plaintiff, as a result, did file a motion to compel said discovery.

6. As a result of a hearing on said motion, Judge Goldberg did, admonish the Defendants' for their dilatory behavior, as it relates to providing the Plaintiff with timely discovery, and did grant Plaintiff's first motion to compel and ordered the Defendants to deliver said initial discovery.

7. Defendants, did, finally, comply with said order and did provide some initial, though incomplete, discovery to the Plaintiff.

8. Upon finally receiving initial discovery from the Defendants said initial discovery indicated that a defendant witness/supervisor/deputy warden did, knowingly, place decedent Plaintiff into solitary confinement despite the fact that she knew full well that Plaintiff, decedent, wanted to harm himself or others.

9. Since this is a major component of the Plaintiff's case, as a result therefrom and after reviewing said initial discovery, Plaintiff did send the Defendants, on or about, August 23, 2018 follow up interrogatories and Requests for Production of Documents and did renew her request for all discovery, including but not limited to, all Monell material.

10. The parties were ordered to appear at an initial Settlement Conference before the Honorable Magistrate Judge Strawbridge on August 14, 2018.

11. Prior to said first Settlement Conference hearing and thereafter the Plaintiff renewed her request that Defendants comply with said supplemental/additional discovery requests forthwith.

12. On or about August 14, 2018, during said initial settlement conference the Defendants' counsel did readily admit to both Judge Strawbridge and to Plaintiff's counsel that he was, then, in possession of fully complete "Monell" discovery related to this particular case and further stated to both Plaintiff's counsel and Magistrate Strawbridge that he would be sending the same to the Plaintiff's attorney on or before the end of August, 2018.

13. On or about September 1, 2018, the Plaintiff, by and through her counsel, did

formally notify the Defendants' counsel that he had yet to receive said supplemental discovery, Monell discovery, or answers to her supplemental interrogatories and Requests for Production of Documents and that he required these items forthwith.

14. Defendants' counsel responded that he would provide said supplemental discovery.

15. Defendants counsel failed to provide any sort of discovery until he emailed a copious amount of internal Prison regulations and suicide check lists to Plaintiff's counsel on or about September 25, 2018.

16. On said date defense counsel acknowledged and agreed that he had still failed to comply with the aforementioned discovery requests and further stated that he would provide the completed discovery to Plaintiff "forthcoming".

17. As of the date of the filing of this motion Defendants' counsel has failed to provide any substantive discovery (including the aforementioned Monell materials).

18. Given the Defendants' consistent and persistent delay in providing said discovery in an expeditious time period Defendants' actions have severely hamstrung the Plaintiff's ability to adequately prepare her case for trial and to adequately investigate said case and to adequately prepare for the court mandated second settlement conference which is to take place before the Honorable Judge Strawbridge on November 8, 2018.

19. Moreover, given the Defendants' consistently dilatory conduct as it relates to providing the Plaintiff with said discovery in a timely manner Plaintiff is unable to provide her expert(s) with any substantive discoverable materials with which to form a legally cognizable opinion to support the Plaintiff's civil complaint.

20. Given the defendants' aforementioned behavior the Plaintiff is severely hampered and prejudiced given the Defendants' consistently dilatory conduct.

21. At all times relevant hereto the Plaintiff has made numerous good faith efforts to resolve all aforementioned discovery requests all to her detriment.

22. Plaintiff is entitled to relief under Rule 37 of the Federal Rules of Civil Procedure.

WHEREFORE, the Plaintiff does respectfully request that this Honorable Court grant the Plaintiff's Motion for Sanctions to compel the full and complete discovery previously ordered to be provided to the Plaintiff several months ago, forthwith.

Respectfully submitted:

Troy H. Wilson, Esquire
Attorney for Plaintiff,
Gene Abran

Date: October 10, 2018

RENA ABRAN,

        Plaintiff,

V.

        No. 2:18-cv-01107

CITY OF PHILADELPHIA, ET AL,

        Defendants.

## CERTIFICATE OF SERVICE

I, Troy H. Wilson, Esquire do assert that I did prepare, file and serve, via email, a true

and correct copy of the attached Motion for Sanctions/Motion to Compel to the below party in

reference to the above-captioned civil matter.

Mark Maguire, Esquire
Divisional Deputy City Solicitor
Civil Rights Unit
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595

                Troy H. Wilson, Esquire

DATE: October 10, 2018

## Motions

2:18-cv-01107-MSG ABRAN v. CITY OF PHILADELPHIA et al

STANDARD

## United States District Court

## Eastern District of Pennsylvania

### Notice of Electronic Filing

The following transaction was entered by WILSON, TROY on 7/19/2019 at 12:25 PM EDT and filed on 7/19/2019

**Case Name:**          ABRAN v. CITY OF PHILADELPHIA et al
**Case Number:**     2:18-cv-01107-MSG
**Filer:**                   RENA ABRAN
**Document Number:** 79

**Docket Text:**
**First MOTION to Compel *Depositions*, First MOTION for Extension of Time to Complete Discovery filed by RENA ABRAN.Memorandum of Law, Exhibit. (Attachments: # (1) Memorandum, # (2) Exhibit)(WILSON, TROY)**

### 2:18-cv-01107-MSG Notice has been electronically mailed to:

CASSIDY L. NEAL      cneal@mbo-pc.com, ccannon@mbo-pc.com, jbuettner@mbo-pc.com, sandeits@mbo-pc.com

LISA A. CAULEY      lcauley@okllp.com, akalfas@okllp.com

MARK MAGUIRE      mark.maguire@phila.gov, armando.brigandi@phila.gov

THOMAS J. GREGORY      tgregory@okllp.com, abarton@okllp.com

TROY H. WILSON      troyhwilsonesq@att.net, bookerbrandi.wilson@gmail.com

### 2:18-cv-01107-MSG Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=7/19/2019] [FileNumber=16351224-0] [428bedfccf9167b914d9d4a26cb0b0e7f05b6a09a89fee6030044eace43e0d91ac e7e6a758f59465c34277b4e40e4768327da2f7f8466e28b670e8362674d1df]]
**Document description:**Memorandum
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=7/19/2019] [FileNumber=16351224-1] [87bc543d36f79baf18452541dfc8edc012d7b9c988429ed48022373fb0ec4943af e96b58d93b0a3c5785283c07435799484121e745b8877ebc7f88787ac6d538]]
**Document description:**Exhibit

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1001600548 [Date=7/19/2019] [FileNumber=16351224-2] [7c651995737e5e603b4e76cba1a7ee26fee0cd77df6f414d70b2be144a3ba917ec f724b98d7c0763a68f42c19fbbaa27f9c3d440aaf07941ddc1b5ea0f90591a]]

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

RENA ABRAN,

        Plaintiff,

V.

CITY OF PHILADELPHIA, ET AL.,

        Defendants

No. 2:18-cv-01107

## O R D E R

AND NOW TO WIT upon this          day of

2019, upon consideration of the Plaintiff's Motion to Compel Depositions and to Extend

Discovery Deadline and the responses filed thereto, it is hereby ORDERED that the Plaintiff's

Motion to Compel and to Extend the Discovery Deadline date is hereby GRANTED.

This court will extend the applicable discovery deadline date for this above-captioned

matter for an additional 30 days. During such time period the parties are ordered to conduct

depositions for the following witnesses: Warden Williams Lawton, Dr. Oluwabusi, Corporate

Designee for MHM Services, Inc., and Corporate Designee for Corizon Health, Inc.

 

J.

RENA ABRAN,

    Plaintiff,

V.

          No. 2:18-cv-01107

CITY OF PHILADELPHIA, ET AL,

    Defendants

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE AND TO COMPEL FOUR (4) DEFENSE THE DEPOSITION OF DEFENDANTS

The Plaintiff files a Motion to extend discovery for 30 additional days to conduct and complete four (4) defense depositions and in support thereof does allege the following:

1.   The instant federal 1983 Civil Rights lawsuit stems from allegations of substandard care as well as a failure to protect the then jailed decedent Plaintiff, Gene Wilson.

2.   It is alleged that Mr. Wilson, while a prisoner at the Philadelphia House of Corrections, informed numerous defendants that he wanted to harm himself or others and that despite these assertions the defendants ignored the same and placed Mr. Wilson into solitary confinement where he, ultimately, committed suicide a mere several hours later.

3.   Pursuant to taking discovery in reference to this matter the Plaintiff learned that several defendants, including defendant William Lawton, then warden of the Philadelphia House of Corrections surreptitiously met shortly after Gene Wilson's

death, ostensibly, to discuss the circumstances surrounding Gene Wilson's death.

4.    At all times relevant hereto said defendant Lawton was employed by the defendant City of Philadelphia as Warden of the City's House of Correction jail facility.

5.    Moreover, Plaintiff learned, in discovery, that defendant Dr. Olumide Oluwabusi, while employed with MHM Services, Inc. was the doctor who specifically authorized the prison to place Mr. Gene Wilson into solitary confinement despite the knowledge that Mr. Wilson had previously expressed a desire to harm himself or others.

6.    On or about February 21, 2019, the Honorable Judge Goldberg did provide an updated discovery deadline of June 11, 2019.

7.    On or about May 16, 2019 Plaintiff did send out a formal Notice of Deposition for Warden William Lawton's deposition to take place on May 28, 2019.

8.    On said May 28, 2019 date the defendant was not made available for said deposition.

9.    On or about June 4, 2019 a deposition of a defendant correctional officer named Clyde Fearon was conducted at the City Law Department. A request was made by Plaintiff's counsel to conduct defendant Lawton's deposition at the same time, date and location as that of defendant Clyde Fearon, for judicial economy sake and since defendant Lawton was not made available for the aforementioned May 28, 2019 deposition date. Defense counsel failed to respond to this request.

10.    On June 4, 2019 said defendant Lawton failed to appear at said June 4th deposition.

9. On or about June 5, 2019 the Plaintiff did notify counsel for the City and Lawton that he had failed to respond to Plaintiffs request(s) to take defendant Lawton's deposition. Plaintiff renewed his request to take said defendant's deposition.

10. On or about June 5th counsel for the defendant did respond with two suggested deposition dates to take Lawton's deposition.

11. After conferring with all counsel of record June 19, 2019 became the agreed upon date to conduct said defendant Warden Lawton's rescheduled deposition.

12. For that matter the parties also agreed to take the deposition of one Dr. Olumide Oluwabusi on the same date as well however, Cassidy Neal, Esquire, counsel for Dr. Oluwabusi was unavailable on that date.

13. Pursuant to the above the Plaintiff did formally request the deposition of the defendant Warden William Lawton for June 19,2019 and all parties agreed to the same.

14. On July 19, 2019, counsel for the defendant Lawton emailed Plaintiff's counsel to that he has finally located defendant Lawton and that he is now prepared to schedule Warden Lawton's deposition sometime in August, 2019.

14. Additionally, several months ago, on or about April 13, 2019, the Plaintiff did request that she be allowed to take the deposition of the Corporate Designee of the Defendant, Corizon Health, Inc.

15. The attorney for Corizon Health, on that same date of April 13, 2019 did request that this Plaintiff provide Corizon with a detailed summary of the areas they wish to cover said designee.

16. On or about July 10, 2019 said Plaintiff did provide the same to Corizon's

counsel.

17. All parties, including defendant Corizon Health, Inc., have no objection to the requested 30 day time extension for the discovery deadline. However, Corizon only objects to the request to compel the deposition of its Corporate Designee during said time period as they allege that said request was made after the applicable discovery deadline.

18. At all times relevant hereto during and after the expiration of the aforementioned discovery deadline the parties (excluding the new defendants Dr. Oluwabusi and MHM Services, Inc.) had, through their respective attorneys, engaged in various and sundry discussions in attempts to secure the depositions of several witnesses prior to the expiration of the aforementioned discovery date.

17. At all times relevant hereto the Plaintiff believes she did act diligently in attempting secure the depositions of the Corizon Health Corporate Designee, Warden Lawton and Dr. Oluwabusi prior to the expiration of the aforementioned discovery deadline.

18. Defendant, Oluwabusi and MHM Services, Inc. were only recently formally entered into this civil case per court order. (See attached order).

19. Therefore Plaintiff was unable to secure the deposition of the Corporate Designee of MHM Services since, as per Plaintiff's aforementioned recently granted Amended Complaint, Plaintiff was only recently made aware of the presence and/or relationship of MHM Services to the above-captioned matter at hand.

20. On or about June 18, 2019, this honorable court granted the Plaintiff's Second Amended Complaint thereby allowing two new parties to be joined to this above-

captioned matter.

21.     As of the filing of this motion to briefly extend the discovery deadline the aforesaid two new defendants have not file a response to said Second Amended Complaint.

22.     Additionally, for that matter, none of the defendants have filed their Answers to the Plaintiff's Second Amended Complaint.

23.     And the defendants, Dr. Olumide Oluwabusi and MHM Services, Inc. have also yet to provide Plaintiff with their own discovery disclosures under Rule 26.

24.     Plaintiff is hampered and prejudiced if the 30 day extension to conduct said depositions is not granted since she will be unable to secure an additional prison psychiatrist expert who can render an opinion concerning whether the standard of care has been breached in this particular case.

25.     Said expert will be required to review the deposition notes of testimony prior to rendering an opinion on this issue.

26.     On or about February 21, 2019, the Honorable Judge Goldberg did provide an updated discovery deadline of June 11, 2019.

27.     At this time while a Dr. Olawabusi was a named party within the Plaintiff's complaint, unbeknownst to Plaintiff, Dr. Olawabusi's employer, MHM Services, Inc. was not a named defendant.

28.     Therefore, a brief extension of the applicable discovery deadline is necessary under the circumstances to allow for the respective parties to complete their aforementioned depositions of the four (4) witnesses despite the best efforts to complete the same prior to the previously imposed discovery deadline.

Respectfully submitted:

Troy H. Wilson, Esquire

| RENA ABRAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| V. | : |
| | : No. 2:18-cv-01107 |
| CITY OF PHILADELPHIA, ET AL, | : |
| | : |
| Defendants | : |

## PLAINTIFF'S MEMORANDUM OF LAW

*QUESTION:*

Should this court grant the Plaintiff's motion to extend the discovery deadline an additional 30 days when, prior to the expiration of the applicable discovery deadline Plaintiff attempted to secure the depositions of at least three of the four witnesses it wished to depose and when a new defendant was recently added to the above civil rights matter and where neither harm nor prejudice would come to any party for extending said discovery deadline, especially when all parties agree to said extension, despite defendant Corizon's objection to making their corporate designee available for a deposition?

*Answered in the affirmative.*

*LAW:*

Under this court's internal rules and the applicable Federal Discovery Rules of Civil Procedure under Rule 29 this court may modify a discovery deadline if the parties agree. Moreover, under Federal Rule 16(b)(4) the court maintains the inherent power to modify a discovery schedule for "good cause" and with the court's consent. Fed. R.Civ.Pro. 16(b)(4).

**ARGUMENT:**

In this particular case while the defendant Corizon Health, Inc. objects to the request to compel the deposition of its own Corporate Designee it, like all other parties to this action, has no objection to the request to extend the discovery deadline by 30 to compel the depositions of the other parties. As mentioned above Plaintiff's counsel did, prior to the expiration of said discovery deadline, request that Corizon provide its corporate designee for a deposition. Corizon confirmed the same when, prior to the expiration of said discovery deadline, they requested that Plaintiff provide them with a summary of their Corporate Designee request. On or about July 10, 2019 Plaintiff complied with Corizon's request for additional detail. Defendant is neither harmed nor prejudiced if this court grants the time extension and also orders Corizon to make its Corporate Designee available for a deposition (along with the three other deponents). This honorable court has to the power to modify said discovery deadline. Especially if all of the other parties agree to the same and where neither harm nor prejudice will come to the lone, objecting defendant who disagrees with said deadline extension.

Therefore, Plaintiff respectfully requests that this court extend the applicable discovery deadline by 30 days and order all parties to conduct and complete the depositions of the four remaining witnesses within this time period.

Respectfully submitted:

Troy H. Wilson, Esquire

Request for tentative dep date(s) for Head Prison Warden and for Corp. Designee for Corizon

From:Troy Wilson (troyhwilsonesq@att.net)

To:mark.maguire@phila.gov; lcauley@okllp.com

Date:Tuesday, April 16, 2019, 04:33 PM EDT

Kindly provide some tentative dates where we can schedule these deps at your earliest convenience. Thanks in advance

Troy H. Wilson, Esquire 215 S. Broad Street, 2nd Floor Philadelphia, PA 19107 O(215) 985-4566 troyhwilsonesq@att.net THIS ELECTRONIC TRANSMISSION, AND ANY ATTACHED DOCUMENT(S) AND/OR FILE(S), IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. IT IS INTENDED FOR THE SOLE USE OF THE INDIVIDUALS TO WHOM IT IS ADDRESSED. ANY FURTHER DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER AND DESTROY THE MESSAGE (AND ANY ATTACHED DOCUMENTS AND FILES) IMMEDIATELY. Troy H. Wilson, Esquire IS NOT LIABLE FOR ANY USE OR MISUSE CONTRARY TO THESE DIRECTIONS. THANK YOU.

RE: Request for tentative dep date(s) for Head Prison Warden and for Corp. Designee for Corizon
From:Lisa Cauley (LCauley@okllp.com)
To:troyhwilsonesq@att.net; mark.maguire@phila.gov
Date:Tuesday, April 16, 2019, 04:34 PM EDT

I need the subject matter for the designee, Troy, so I can determine the correct person.


Lisa A. Cauley, Esquire

O'CONNOR KIMBALL LLP

Two Penn Center Plaza, Suite 1100

1500 John F. Kennedy Boulevard

Philadelphia, PA 19102

Telephone: (215) 564-0400

Cell: (610) 909-2486

Facsimile: (215) 564-1973

Email: lcauley@okllp.com

Website: www.oconnorkimball.com


**From:** Troy Wilson <troyhwilsonesq@att.net>
**Sent:** Tuesday, April 16, 2019 4:33 PM
**To:** Mark Maguire <mark.maguire@phila.gov>; Lisa Cauley <LCauley@okllp.com>
**Subject:** Request for tentative dep date(s) for Head Prison Warden and for Corp. Designee for Corizon


Kindly provide some tentative dates where we can schedule these deps at your earliest convenience. Thanks in advance


Troy H. Wilson, Esquire 215 S. Broad Street, 2nd Floor Philadelphia, PA 19107 O(215) 985-4566 troyhwilsonesq@att.net THIS ELECTRONIC TRANSMISSION, AND ANY ATTACHED DOCUMENT(S) AND/OR FILE(S), IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. IT IS INTENDED FOR THE SOLE USE OF THE INDIVIDUALS TO WHOM IT IS ADDRESSED. ANY FURTHER DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER AND DESTROY THE MESSAGE (AND ANY ATTACHED

RENA ABRAN,                                :

                    Plaintiff,             :

V.                                         :
                                           :    No. 2:18-cv-01107
CITY OF PHILADELPHIA, ET AL,               :
                                           :
                    Defendants             :

## **CERTIFICATE OF SERVICE**

I, Troy H. Wilson, Esquire, attorney for the Plaintiff do assert and submit that I served a

copy of the within Motion to Compel to the below parties by way via e-filing and email on the

below listed date:

Mark Maguire, Esquire
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19107

Lisa Cauley, Esquire
Thomas Gregory, Esquire
O'Connor Kimball LLP
Two Penn Center Plaza, Suite 1100
1500 JFK Boulevard
Philadelphia, PA 19102

Cassidy Neal, Esquire
Matis Baum O'Connor, P.C.
912 Fort Duquesne Blvd
Pittsburgh, PA 15222

Date: July 19, 2019

Troy H. Wilson, Esquire
Attorney For Plaintiff

DOCUMENTS AND FILES) IMMEDIATELY. Troy H. Wilson, Esquire IS NOT LIABLE FOR ANY USE OR MISUSE CONTRARY TO THESE DIRECTIONS. THANK YOU.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENA ABRAN, | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | **No. 18-cv-1107** |
| CITY OF PHILADELPHIA, <u>ET AL.</u>, | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 18th day of June, 2019, upon consideration Plaintiff's Motion to Amend the Complaint (ECF No. 65), and the responses thereto (ECF Nos. 66, 68), it is hereby **ORDERED** that:

1. Plaintiff's Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 15(a)(2);

2. Plaintiff shall file her amending pleading **on or before July 1, 2019**; and

3. The telephone conferenced scheduled for Thursday, June 27, 2019 is **CANCELLED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**

EXHIBIT "B"

February 3, 2020

*regular mail & via email: mark.maguire@phila.gov*
Mark V. Maguire, Esquire
City of Philadelphia Law Department
1515 Arch Street
14th Floor
Philadelphia, PA 19102

### RE: *Rena Abran vs. City of Philadelphia, etal:* Case#:2:18-cv-01107;

Dear Mr. Maguire:

Enclosed please find Plaintiff's Supplemental Request for Production to the City of Philadelphia, etal, based on the deposition of Warden Lawton in reference to the above-captioned matter.

If you have any additional questions or concerns please do not hesitate to contact me at your earliest convenience.

Very truly yours,

TROY H. WILSON, ESQUIRE

THW/bb
Enclosure
cc: Lisa A. Cauley, Esquire
    Cassidy Neal, Esquire

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENA ABRAN, | : | |
| Plaintiff, | : | |
| V. | : | No. 2:18-cv-01107 |
| CITY OF PHILADELPHIA, ET AL, | : | |
| Defendants. | : | |

## PLAINTIFF'S SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO DEFENDANT THE CITY OF PHILADELPHIA

Pursuant to Federal Rule of Civil Procedure 34, Plaintiff propounds the following

Supplemental Request for Production of Documents to be answered within the thirty days of

service:

## I. DEFINITIONS

1.    "You" means Defendants and anyone acting on their behalf.

2.    "Document" shall have the same definition as set forth in the Federal Rules of

Civil Procedure.

## II. DOCUMENTS REQUESTED

Supplemental Request for Production of Documents based on Warden Lawton's January

14, 2020 deposition:

1.    Any and all lieutanant and/or captain prison statements and/or investigation reports
for any and all suicide deaths at the Philadelphia House of Correction for the last eight years,
including, but not limited to, inmate Gene Wilson.

2.    Copies of any and/or all tape recorded statements from meetings and/or "debriefings"
held at Warden Lawton's offices for all prison deaths and/or suicide deaths from 2010 to 2018 at
the House of Corrections.

3. Copies of any and all transcribed statements from meetings held at Warden Lawton's offices for all prison deaths and/or suicide deaths and/or prison sentient events from 2010 to 2018 at the House of Corrections.

4. Copies of any and all signed investigative statements, reports and the like signed by Warden Lawton for all prison suicide deaths during his tenure as Warden at the Philadelphia House of Corrections from 2010 to 2018.

5. Any and all prison suicide reports, correspondence, emails and the like pertaining to Gene Wilson and other prison suicide prisoners for the last eight years which either is, or, in the alternative, was in the possession of one Katrina Lewis.

6. Copies of any and all signed investigative statements, reports and the like signed by Warden Lawton for all prison suicide deaths during his tenure as Warden at the Philadelphia House of Corrections from 2010 to 2018 that were transferred or delivered to the Deputy Commissioner and/or Deputy Commissioner of Operations of the Philadelphia Prison System.

7. Copies of any and all notes, notations, statements (written or otherwise), reports and the like between 2010 and 2018 for all weekly staff meetings related to any and all deaths at the House of Corrections during this time period.

8. Copies of any and all notes, notations, statements (written or otherwise), reports and the like between 2010 and 2018 for all weekly staff meetings related to any and all prison suicide deaths at the House of Corrections during this time period.

9. Copies of any and all notes, notations, statements (written or otherwise), reports and the like between 2010 and 2018 for all weekly staff meetings related to the prison suicide death of Gene Wilson at the House of Corrections during this time period.

10. Copy of the Self Injury Prevention Program policy.

11. Provide a copy of the specific written rule, regulation or policy (along with policy number) for inmates transferred from ASD to HOC?

12. Copies of any and/or all of the prison social worker written reports during their tours of duty at the House of Corrections on March 26, 2016.

Respectfully submitted,

Troy H. Wilson, Esquire
Attorney for Plaintiff

EXHIBIT "C"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENA ABRAN (Estate of Gene Wilson) | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **No. 18-1107** |
| CITY OF PHILADELPJHIA et al, | : | |
| Defendant. | : | **JURY TRIAL DEMANDED** |

### DEFENDANT CITY OF PHILADELPHIA'S RESPONSES
### TO PLAINTIFF'SSUPPLEMENTARY REQUEST FOR
### PRODUCTION OF DOCUMENTS

1. The institutional investigations for all suicides within HOC between the previously established appropriate time period of 2011-2016 shall be provided. I refer you to the previously provided summary of the suicides from this time period.

2. The City of Philadelphia is not in possession of any such recordings. However, the content of any such recordings is incorporated in the Institutional Investigations that shall be provided.

3. The City of Philadelphia is not in possession of any such transcripts. However, the content of any such recordings is incorporated in the Institutional Investigations that shall be provided.

4. See the Institutional Investigations that shall be provided.

5. Answering Defendant does not preserve email communications from the period requested.

6. See the Institutional Investigations that shall be provided.

7. The City of Philadelphia is not in possession of any such notes. However, the content of any such recordings is incorporated in the Institutional Investigations that shall be provided.

8. The City of Philadelphia is not in possession of any such transcripts. However, the content of any such recordings is incorporated in the Institutional Investigations that shall be provided.

9. The City of Philadelphia is not in possession of any such transcripts. However, the content of any such recordings is incorporated in the Institutional Investigations that shall be provided.

10. See previously provided policies as well as any attached policies.

11. Answering Defendant objects on the basis that this request is vague. Answering defendant refers plaintiff to all previously provided policies.

12. The City of Philadelphia will not produce social work notes related to other inmates. Gene Wilson's social work file was previously provided.

Date: 2/24/20

mvm6856

**MARK V. MAGUIRE**
Divisional Deputy City Solicitor
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-5397

**PP** 1055163  **Last** Moses  **First** Kevin  2011

| No. | | PP | Last | First | R/S | Age | Facility | Time | Place of DTH | Date Occ. | Manner | Cause of Death | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 309 | 1 | | | | H/M | 41 | CFCF | 6:51p | Aria/Frank | 1/27/11 | Natural | Meningitis | clsd |
| 310 | 2 | | | | W/M | 58 | PICC | 6:36p | PICC A-unit | 2/17/11 | Natural | Hanging | clsd |
| 311 | 3 | | | | H/M | 18 | HOC | 8:05p | HOC C-1 | 2/28/11 | | Hanging | clsd |
| 312 | 4 | | | | B/F | 41 | RCF-H unit | 1:30a | Aria/Frank | 3/10/11 | Natural | Carcinoma | clsd |
| 313 | 5 | | | | H/M | 31 | HOC | 6pm | Temple | 4/6/11 | Natural | cryptococcal meningitis | clsd |
| 314 | 6 | | | | B/M | 28 | ASDCU | 7p | UOP | 4/6/11 | Natural | Ruptured Berry Aneurysm | csld |
| 315 | 7 | | | | W/M | 37 | CFCF | 8p | Nazareth | 5/21/11 | Natural | Hypertensive Heart Disease | csld |
| 316 | 8 | | | | B/M | 32 | DC | 3p | D/C-B Block | 6/11/11 | Natural | Hanging | csld |
| 317 | 9 | | | | B/M | 32 | CFCF | 9:20p | C-2-2 | 6/21/11 | open | Hanging | open |
| 318 | 10 | | | | B/M | 32 | CFCF | 1:55p | B-1-3 | 8/13/11 | Homicide | Stabbed | open |
| 319 | 11 | | | | B/F | 46 | RCF-D | 10:08a | D-unit | 8/21/11 | Natural | Hanging | open |
| 320 | 12 | | | | W/M | 45 | PICC-H | 8:30a | H-unit | 10/26/11 | Natural | Hypertensive Heart Disease | open |
| 321 | 13 | | | | B/M | 60 | CFCF | | Aria/Frank | 11/12/11 | Natural | Massive Gastro-Intestinal Hemorrhage | open |

NOTE:

| | PP | Last | First | R/S | Age | Facility | Time | Place of DTH | Date Occ. | Manner | Cause of Death | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1055163 | Moses | Kevin | B/M | 28 | | | Street | 2/2/11 | Homicide | Killed while on work release / Multiple Gunshot Wounds (2) to Head and Arm | open |

| No. | | PP | Last | First | R/S | Age | Facility | Time | Place of DTH | Date Occ. | Manner | Cause of Death | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322 | 1 | | | | B/F | 48 | RCF | 9:43a | Aria/Torresdale | 1/5/12 | Natural | Hypertensive Heart Disease | closed |
| 323 | 2 | | | | W/M | 34 | HOC | 10:04p | Aria/Torresdale | 2/8/12 | Natural | Malignant Neoplasm of Testis | closed |
| 324 | 3 | | | | W/M | 33 | CFCF | 3:43p | D1Pod2 | 3/11/12 | Natural | Hanging | closed |
| 325 | 4 | | | | W/M | 27 | PICC | 9:09p | Cunil #5 | 3/14/12 | Natural | Probable Seizure and Cardiac Arrest | closed |
| 326 | 5 | | | | B/M | 46 | HOC | 9:15a | F2 Block | 3/16/12 | Natural | Non-Traumatic Seizure Disorder | closed |
| 327 | 6 | | | | B/M | 50 | DC | 4:36a | Aria/Torresdale | 5/14/12 | Natural | Cardiac Arrhythmia, Undetermined | closed |
| 328 | 7 | | | | B/M | 51 | PICC | 7:55a | F2 Unit | 6/13/12 | Natural | Cardiac Arrhythmia*Hypertensive Heart Disea | closed |
| 329 | 8 | | | | W/M | 35 | ASDCU | unknown | Street | 6/19/12 | Accident | Drug Intoxication | closed |
| 331 | 9 | | | | H/M | 62 | CFCF | 8:12p | D1Pod2 | 6/27/12 | Natural | Hypertensive and Atherosclerotic Heart Disea | closed |
| 332 | 10 | | | | W/M | 24 | PICC | 6:04p | Aria/Torresdale | 7/18/12 | Natural | Hanging | closed |
| 333 | 11 | | | | W/M | 24 | DC | 8:30p | B-Block | 7/18/12 | Natural | Hanging | closed |
| 334 | 12 | | | | H/M | 26 | DC | 2:05p | B-Block | 7/20/12 | | Hanging | closed |
| 335 | 13 | | | | B/M | 54 | DC | 3:15a | Aria/Torresdale | 10/8/12 | Natural | Hypertensive Intracerebral Hemorrhage | closed |
| 336 | 14 | | | | B/M | 44 | CFCF | 1:39a | Aria/FF | 11/22/12 | Natural | Sepsis/Gangrenous Cholecystitis | closed |
| 337 | 15 | | | | B/F | 54 | RCF | 8:19p | Nazareth | 12/29/12 | Natural | Hypertensive and Atherosclerotic Heart Disea | closed |

| No. | PP | Last | First | R/S | Age | Facility | Time | Place of DTH | Date Occ. | Manner | Cause of Death | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 338 | 1 | | | B/M | 65 | DC | 4:10a | Nazareth | 1/19/13 | Natural | Pneumonia | closed |
| 339 | 2 | | | B/M | 50 | DC | 6:10a | U of Penn | 1/31/13 | Natural | Pericardial Tamponade/Aortic Dissection | closed |
| 340 | 3 | | | W/F | 43 | DC | 1:10a | PHSW/207-16 | 2/3/13 | Accident | Complication of Tracheal Stenosis | closed |
| 341 | 4 | | | B/M | 65 | DC | 6:58a | PHSW/220-13 | 2/9/13 | Natural | Congestive/Hypertensive Heart Disease | closed |
| 342 | 5 | | | B/M | 57 | DC | 5:40p | Aria/Frankfrd | 2/28/13 | Natural | Sequelae of Cirrhosis/Hypertensive and | closed |
| 343 | 6 | | | B/M | 29 | DC | 4:50a | PHSW/220-24 | 5/21/13 | Natural | Suffocation | closed |
| 344 | 7 | | | | | | | | | | | |
| 345 | 8 | | | H/M | 38 | CFCF | 7:43p | Aria/Torresdale | 8/17/13 | Natural | Cerebral Ischemic Infarcts/Vascular Disease | closed |
| 346 | 9 | | | H/M | 84 | CFCF | 2:49a | Einstein | 8/24/13 | Natural | Congestive Heart Failure | closed |
| 347 | 10 | | | B/M | 20 | PICC | 8:43p | K-Unit 20 | 9/4/13 | Natural | Hanging | closed |
| 348 | 11 | | | B/F | 53 | RCF | 11:20a | Nazareth | 9/11/13 | Natural | Cirrhosis/Hepatitis C/Hypertensive Heart Dise | closed |
| 349 | 12 | | | B/M | 72 | CFCF | 7:44a | Nazareth | 9/18/13 | Natural | Hypertensive/Atherosclerotic Cardiovascular | closed |
| 350 | 13 | | | H/M | 52 | CFCF | 5:53p | Hanemahn | 10/3/13 | Natural | Sepsis/Acute Liver Failure | closed |
| 351 | 14 | | | H/M | 80 | CFCF | 4:18p | Aria/Frankfrd | 10/23/13 | Natural | Acute Liver Failure/Atherosclerotic Heart Dise | closed |
| 352 | 15 | | | W/M | 47 | PICC | 4:13p | Aria/Torresdale | 12/9/13 | Natural | Hypoxic Ischemic Encephalopathy | closed |
| | | | | B/M | 44 | DC | 5:32p | Aria/Frankfrd | 12/30/13 | Natural | Sepsis/Ruptured Appendix | closed |
| 353 | 1 | | | W/M | 46 | ASOCU | 11:16p | Aria/Torresdale | 1/16/14 | Natural | Hypertensive/Atherosclerotic Heart Disease | closed |
| 354 | 2 | | | H/M | 46 | CFCF | 10:55a | Medical Triage | 2/10/14 | Natural | Peritonitis/Perforated Duodenal Ulcer | closed |
| 355 | 3 | | | B/M | 37 | DC | 8:51p | Aria/Torresdale | 3/3/14 | Natural | Hypertensive Heart Disease | closed |
| 356 | 4 | | | W/F | 37 | RCF | 5:53a | G-Unit Mor-2 | 3/4/14 | Natural | Epidural Spinal Abscess | closed |
| 357 | 5 | | | B/M | 37 | PICC | 8:41a | G-1 | 3/31/14 | Natural | Hypertensive/Atherosclerotic Heart Disease | closed |
| 358 | 6 | | | B/M | 33 | HDC | 12:54a | Nazareth | 4/26/14 | Natural | Bronchial Asthma | closed |
| 359 | 7 | | | B/M | 47 | DC | 4:59a | C-Dayroom | 5/19/14 | Natural | Hypertensive/Atherosclerotic Heart Disease | closed |
| 360 | 8 | | | W/M | 30 | CFCF | 1:29p | Nazareth | 6/6/14 | Suicide | Hanging | closed |
| 361 | 9 | | | B/M | 49 | PHSW | 10:55p | Aria/Torresdale | 8/15/14 | Natural | Tuberculosis | closed |
| 362 | 10 | | | W/M | 78 | PHSW | 11:06p | Nazareth | 9/9/14 | Natural | Atherosclerotic Heart Disease | closed |
| 363 | 11 | | | B/M | 51 | CFCF | 8:49p | Nazareth | 9/22/14 | Natural | Hypertensive/Cardio Vascular Disease | closed |
| 364 | 12 | | | B/M | 57 | HDC | 6:04a | G1 cell 1142 | 10/16/14 | Natural | Atherosclerotic/Hypertensive Heart Disease | closed |
| 365 | 13 | | | W/M | 32 | CFCF | 9:39a | B1Pod3 cell 3 | 10/20/14 | Natural | Diabetic Ketoacidosis | closed |
| 366 | 14 | | | B/M | 35 | DC | 6:56a | 220 cell 22 | 11/14/14 | Natural | Atherosclerotic/Hypertensive Heart Disease | closed |

| No. | PP | Last | First | R/S | Age | Facility | Time | Place of DTH | Admit | Date Occ. | Manner | Cause of Death | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 367 | 1 | | | WM | 26 | PICC | 1:12a | K-Unit cell 28 | 10/26/14 | 1/10/15 | Suicide | Hanging | closed |
| 368 | 2 | | | WM | 55 | CFCF | 11:45p | B1Pod3 cell 15 | 02/14/15 | 2/15/15 | Natural | Chronic Cocaine Abuse | closed |
| 369 | 3 | | | HM | 42 | HDC | 10:00p | Jefferson | 11/12/14 | 4/1/15 | Natural | Atherosclerotic Cardiovascular Disease | closed |
| 370 | 4 | | | WF | 47 | RDF | 10:25a | F-Unit | 04/04/15 | 4/11/15 | Natural | Hypertensive Heart Disease | closed |
| 371 | 5 | | | HM | 65 | CFCF | 7:42p | Aria/Frankfd | 04/11/14 | 4/16/15 | Natural | Complications of Chronic Alcoholism | closed |
| 372 | 6 | | | WM | 32 | CFCF | 7:02p | B1Pod3/20 | 04/22/15 | 4/23/15 | Indetermine | Post-Traumatic Seizure Disorder | closed |
| 373 | 7 | | | BM | 52 | PICC | 7:25a | A-Unit cell 15 | 08/11/14 | 4/28/15 | Natural | Blunt Impact Trauma to the Head/Neck | closed |
| 374 | 8 | | | BM | 50 | ASDCU | 1:10p | Nazareth | 05/28/14 | 5/6/15 | Natural | Pneumonia/Bacterial Sepsis (A.I.D.S) | closed |
| 375 | 9 | | | HM | 53 | CFCF | 4:51a | Nazareth | 11/01/13 | 6/6/15 | Natural | Hypertensive/Cardio Vascular Disease | closed |
| 378 | 10 | | | HM | 36 | CFCF | 4:53a | Nazareth | 06/22/15 | 6/29/15 | Accident | Hemoperitoneum, Splenic Lacerations and Blunt Impact Trauma | closed |
| 377 | 11 | | | BM | 58 | CFCF | 11:31a | Hannemahn | 02/18/13 | 6/30/15 | Accident | Blunt Trauma of the Head | closed |
| 378 | 12 | | | BF | 43 | RDF | 7:30p | Aria/Torres | 01/22/15 | 7/4/15 | Natural | Malignant Neoplasm of Vulva | closed |
| 379 | 13 | | | HM | 58 | CFCF | 5:10a | B1Pod1 cell 13 | 03/13/15 | 7/19/15 | Natural | Complications of Colonic Diverticulitis | closed |
| 380 | 14 | | | HM | 40 | CFCF | 9:15p | C2Pod1 cell 9 | 06/04/15 | 7/24/15 | Natural | Hypertensive Atherosclerotic/Vascular & Cardiovascular Disease | closed |
| 381 | 15 | | | BM | 26 | CFCF | 1:38p | B1Pod2 cell 31 | 07/29/15 | 7/31/15 | Suicide | Hanging | closed |
| 382 | 16 | | | BF | 48 | RCF | 2:30p | Aria/Torres | 04/23/15 | 8/10/15 | Natural | Bacterial Endocarditis | closed |
| 383 | 17 | | | HM | 54 | CFCF | 8:11a | Aria/Torres | 07/17/15 | 8/11/15 | Natural | Intracerebral Hemorrhage | closed |
| 384 | 18 | | | BM | 54 | CEC | 2:44a | Temple Hosp | 08/05/15 | 11/29/15 | Natural | Intracerebral Hemorrhage | closed |
| 385 | 19 | | | WM | 51 | CFCF | 7:50a | C2Pod4 cell2 | 12/11/15 | 12/15/15 | Natural | Hypertensive/Cardio Vascular Disease pending further investigation | open |

| No. | PP | Last | First | R/S | Age | Facility | Time | Place of DTH | Admit | Date Occ. | Manner | Cause of Death | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 385 | 1 | | | B/M | 46 | HOC | 6:52a | D1-554 cell | 03/21/16 | 3/26/16 | | Hanging | Closed |
| 386 | 2 | | | B/M | 39 | CFCF | 12:39p | A1-3 cell 14 | 01/05/16 | 4/4/16 | | Hanging | Closed |
| 387 | 3 | | | H/M | 25 | PICC | 10:52 | A1- cell 13 | 05/09/16 | 5/31/16 | | Hanging | Closed |
| 388 | 4 | | | W/M | 42 | ASDCU | 11:40 | Aria/Torres | 06/03/16 | 6/6/16 | | *CGPU | Closed |
| 389 | 5 | | | B/M | 46 | CFCF | 2:30p | B-1-4-07 | 06/28/16 | 7/2/16 | | *HCVD | Closed |
| 390 | 6 | | | H/M | 53 | CFCF | 9:30e | Jefferson | 01/20/16 | 8/25/16 | | AIDS | Closed |
| 391 | 7 | | | H/M | 36 | CFCF | 8:18A | B1-Pod4 #23 | 09/10/16 | 9/12/16 | Accidental | Drug Intoxication | Closed |
| 392 | 8 | | | H/M | 31 | DC | 5:11pm | Nazareth Hosp. | 09/16/16 | 11/19/16 | | *COVHD | Closed |
| 393 | 9 | | | W/M | 37 | CFCF | 5:21pm | B1-Pod4 #22 | 12/01/16 | 12/2/16 | | Hanging | Closed |
| 394 | 10 | | | W/M | 29 | HOC | 10:00pm | F1 932 cell | 12/14/16 | 12/18/16 | | Hanging | Closed |

EXHIBIT "D"

| No. | PP | Last | First | R/S | Age | Facility | Time | Place of DTH | Date Occ. | Manner | Cause of Death | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2011 | | | | | | | | | |
| 309 | 1 | | | HM | 41 | CFCF | 6:51p | Aria/Frank | 1/27/11 | Natural | Meningitis | cld |
| 310 | 2 | | | WM | 58 | PICC | 6:38p | PICC A-unit | 2/17/11 | Natural | Hanging | cld |
| 311 | 3 | | | HM | 19 | HOC | 8:05p | HOC C-1 | 2/28/11 | | Hanging | cld |
| 312 | 4 | | | BIF | 41 | RDF-H-unit | 1:30a | Aria/Frank | 3/10/11 | Natural | Carcinoma | cld |
| 313 | 5 | | | HM | 31 | HOC | 6pm | Temple | 4/6/11 | Natural | cryptalaccocal meningitis | cld |
| 314 | 6 | | | BM | 28 | ASDCU | 7p | UOP | 4/6/11 | Natural | Ruptured Berry Aneurysm | cld |
| 315 | 7 | | | WM | 37 | CFCF | 8p | Nazareth | 5/21/11 | Natural | Hypertensive Heart Disease | cld |
| 316 | 8 | | | BM | 32 | DC | 3p | D/C-B Block | 6/11/11 | Natural | Hanging | open |
| 317 | 9 | | | BM | | CFCF | 9:20p | C-2-2 | 6/21/11 | Homicide | Stabbed | open |
| 318 | 10 | | | BM | 32 | CFCF | 1:05p | B-1-3 | 8/13/11 | | Hanging | open |
| 319 | 11 | | | BIF | 46 | RDF-D | 10:08a | D-unit | 8/21/11 | Natural | Hypertensive Heart Disease | open |
| 320 | 12 | | | WM | 45 | PICC-H | 8:30a | H-unit | 10/26/11 | Natural | Massive Gastro-Intestinal Hemorrhage | open |
| 321 | 13 | | | BM | 60 | CFCF | | Aria/Frank | 11/12/11 | Natural | Intracerebral Hemorrhage | open |
| NOTE: | | 1055163 | Moses | Kevin | BM | 28 | | Street | 2/2/11 | Homicide | killed while on work release | open |
| | | | | | | | | | | | Multiple Gunshot Wounds (2) to Head and Arm | |
| 322 | 1 | | | BIF | 48 | RCF | 9:43a | Aria/Torresdale | 1/5/12 | Natural | Hypertensive Heart Disease | closed |
| 323 | 2 | | | WM | 34 | HOC | 10:34p | Aria/Torresdale | 2/9/12 | Natural | Malignant Neoplasm of Teeth | closed |
| 324 | 3 | | | WM | 33 | CFCF | 3:43p | D1Pod2 | 3/11/12 | | Hanging | closed |
| 325 | 4 | | | WM | 27 | PICC | 9:09p | Cunit #5 | 3/14/12 | Natural | Probable Seizure and Cardiac Arrest | closed |
| 326 | 5 | | | BM | 46 | HOC | 9:15a | F2 Block | 3/16/12 | Natural | Non-Traumatic Seizure Disorder | closed |
| 327 | 6 | | | BM | 50 | DC | 4:36a | Aria/Torresdale | 5/14/12 | Natural | Cardiac Arrhythmia, Undetermined | closed |
| 328 | 7 | | | BM | 51 | PICC | 7:55a | F2 Unit | 6/13/12 | Natural | Cardiac Arrhythmia/Hypertensive Heart Disease | closed |
| 329 | 8 | | | WM | 35 | ASDCU | unknown | Street | 6/19/12 | Accident | Drug Intoxication | closed |
| 330 | 9 | | | HM | 62 | CFCF | 8:12p | D1Pod2 | 6/27/12 | Natural | Hypertension and Atherosclerotic Heart Disease | closed |
| 331 | 10 | | | HM | 24 | PICC | 6:04p | Aria/Torresdale | 7/18/12 | | Hanging | closed |
| 332 | 11 | | | WM | 24 | DC | 8:30p | B-Block | 7/18/12 | | Hanging | closed |
| 333 | 12 | | | HM | 25 | DC | 2:05p | B-Block | 7/20/12 | | Hanging | closed |
| 334 | 13 | | | BM | 54 | DC | 3:15a | Aria/Torresdale | 10/8/12 | Natural | Hypertensive Intracerebral Hemorrhage | closed |
| 335 | 14 | | | BM | 44 | CFCF | 1:38a | Aria/FF | 11/20/12 | Natural | Septic/Gangrenous Cholecystitis | closed |
| 336 | 15 | | | BIF | 54 | RCF | 8:19p | Nazareth | 12/29/12 | Natural | Hypertension and Atherosclerotic Heart Disease | closed |

| No. | PP | Last | First | R/S | Age | Facility | Time | Place of DTH | Date Occ. | Manner | Cause of Death | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | B/M | 65 | DC | 4:10a | Nazareth | 1/19/13 | Natural | Pneumonia | closed |
| 2 | | | | B/M | 50 | DC | 6:10a | U of Penn | 1/3/13 | Natural | Pericarditis Tamponade/Aortic Dissection | closed |
| 3 | | | | W/F | 43 | DC | 1:10a | PHSW/207-16 | 2/3/13 | Accident | Complication of Tracheal Stenosis | closed |
| 4 | | | | B/M | 65 | DC | 6:58a | PHSW/220-13 | 2/9/13 | Natural | Congestive/Hypertensive Heart Disease | closed |
| 5 | | | | B/M | 57 | DC | 5:40p | Aria/Frankfrd | 2/26/13 | Natural | Sequelae of Cirrhosis/Hypertensive and | closed |
| 6 | | | | B/M | 29 | DC | 4:50a | PHSW/220-24 | 5/21/13 | Natural | Suffocation | closed |
| 7 | | | | H/M | 38 | CFCF | 7:43p | Aria/Torresdale | 8/17/13 | Natural | Cerebral Ischemic Infarct/Vascular Disease | closed |
| 8 | | | | H/M | 84 | CFCF | 2:49a | Einstein | 8/24/13 | Natural | Congestive Heart Failure | closed |
| 9 | | | | B/M | 20 | PICC | 8:43p | K-Unit 20 | 9/4/13 | Natural | Hanging | closed |
| 10 | | | | B/F | 53 | RCF | 11:20a | Nazareth | 9/11/13 | Natural | Cirrhosis/Hepatitis C/Hypertensive Heart Dise | closed |
| 11 | | | | B/M | 72 | CFCF | 7:44a | Nazareth | 9/16/13 | Natural | Hypertensive/Atherosclerotic Cardiovascular | closed |
| 12 | | | | H/M | 52 | CFCF | 5:53p | Hanemahn | 10/3/13 | Natural | Sepsis/Acute Liver Failure | closed |
| 13 | | | | H/M | 80 | CFCF | 4:18p | Aria/Frankfrd | 10/23/13 | Natural | Acute Liver Failure/Atherosclerotic Heart Dise | closed |
| 14 | | | | W/M | 47 | PICC | 4:13p | Aria/Torresdale | 12/9/13 | Natural | Hypoxic Ischemic Encephalopathy | closed |
| 15 | | | | B/M | 44 | DC | 5:32p | Aria/Frankfrd | 12/30/13 | Natural | Sepsis/Ruptured Appendix | closed |
| 1 | | | | W/M | 46 | ASDCU | 11:14p | Aria/Torresdale | 1/16/14 | Natural | Hypertensive/Atherosclerotic Heart Disease | closed |
| 2 | | | | H/M | 46 | CFCF | 10:56a | Medical Triage | 2/10/14 | Natural | Peritonitis/Perforated Duodenal Ulcer | closed |
| 3 | | | | B/M | 37 | DC | 8:51p | Aria/Torresdale | 3/3/14 | Natural | Hypertensive Heart Disease | closed |
| 4 | | | | W/F | 37 | RCF | 5:53a | G-Unit Mor-2 | 3/4/14 | Natural | Epidural Spinal Abscess | closed |
| 5 | | | | B/M | 37 | PICC | 8:41a | G-1 | 3/31/14 | Natural | Hypertensive/Atherosclerotic Heart Disease | closed |
| 6 | | | | B/M | 33 | HOC | 12:54a | Nazareth | 4/26/14 | Natural | Bronchial Asthma | closed |
| 7 | | | | B/M | 47 | DC | 4:59a | C-Dayroom | 5/19/14 | Natural | Hypertension/Atherosclerotic Heart Disease | closed |
| 8 | | | | W/M | 30 | CFCF | 1:29p | Nazareth | 6/6/14 | Natural | Hypertension/Atherosclerotic Heart Disease | closed |
| 9 | | | | B/M | 49 | PHSW | 10:55p | Aria/Torresdale | 8/15/14 | | Hanging | closed |
| 10 | | | | W/M | 78 | PHSW | 11:06p | Nazareth | 9/9/14 | Natural | Tuberculosis | closed |
| 11 | | | | B/M | 51 | CFCF | 6:49a | Nazareth | 9/22/14 | Natural | Atherosclerotic Heart Disease | closed |
| 12 | | | | B/M | 57 | HOC | 6:04a | G1 cell 1142 | 10/16/14 | Natural | Atherosclerotic/Hypertensive Heart Disease | closed |
| 13 | | | | W/M | 32 | CFCF | 9:39a | B1Pod3 cell 3 | 10/20/14 | Natural | Atherosclerotic/Hypertensive Heart Disease | closed |
| 14 | | | | B/M | 35 | PHSW | 8:56a | 220 cell 22 | 11/14/14 | Natural | Diabetic Ketoacidosis | closed |

| No. | PP Last | First | R/S | Age | Facility | Time | Place of DTH | Admit | Date Occ. | Manner | Cause of Death | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 367 | 1 | | WWM | 26 | PICC | 1:12a | K-Unit cell 28 | 10/25/14 | 1/10/15 | Suicide | Hanging | closed |
| 368 | 2 | | BMM | 55 | CFCF | 11:49p | B1Pod3 cell 15 | 02/14/15 | 2/15/15 | Natural | Chronic Cocaine Abuse | closed |
| 369 | 3 | | HM | 42 | HOC | 1000n | Jefferson | 1/10/14 | | Natural | Atherosclerotic Cardiovascular Disease | phase |
| 370 | 4 | | WF | 47 | ROF | 10:25a | F-Unit | 04/04/15 | 4/11/15 | Natural | Hypertensive Heart Disease | closed |
| 371 | 5 | | HM | 65 | CFCF | 7:40p | Aria/Frankfd | 04/11/14 | 4/11/15 | Natural | Complications of Chronic Alcoholism | closed |
| 372 | 6 | | WM | 32 | CFCF | 7:02p | B1Pod3/20 | 04/22/15 | 4/23/15 | Undetermine | Post-Traumatic Seizure Disorder | closed |
| 373 | 7 | | BMM | 52 | PICC | 7:25a | A-Unit cell 15 | 08/11/14 | 4/28/15 | Natural | Blunt Impact Trauma to the Head/Neck | closed |
| 374 | 8 | | BMM | 50 | ASDOU | 1:16p | Nazareth | 05/28/14 | 5/6/15 | Natural | Pneumonia/Bacterial Sepsis (A.I.D.S) | closed |
| 375 | 9 | | HM | 53 | CFCF | 4:51a | Nazareth | 11/01/13 | 6/8/15 | Natural | Hypertensive/Cardio Vascular Disease | closed |
| 376 | 10 | | HM | 38 | CFCF | 4:53a | Nazareth | 06/22/15 | 6/25/15 | Accident | Hemoperitoneum, Splenic Lacerations and Blunt Impact Trauma | closed |
| 377 | 11 | | BMM | 58 | CFCF | 11:31a | Hanemahn | 02/18/13 | 6/30/15 | Accident | Blunt Trauma of the Head | closed |
| 378 | 12 | | BF | 43 | ROF | 7:00p | Aria/Torres | 01/22/15 | 7/4/15 | Natural | Malignant Neoplasm of Vulva | closed |
| 379 | 13 | | HM | 59 | CFCF | 5:10a | B1Pod1 cell 13 | 03/13/15 | 7/19/15 | Natural | Complications of Colonic Diverticulitis | closed |
| 380 | 14 | | HM | 40 | CFCF | 9:15p | C2Pod1 cell 9 | 06/04/15 | 7/24/15 | Natural | Hypertensive Atherosclerotic Valvular & Cardiovascular Disease | closed |
| 381 | 15 | | BMM | 26 | CFCF | 1:38p | B1Pod2 cell 31 | 07/29/15 | 7/31/15 | Suicide | Hanging | closed |
| 382 | 16 | | BF | 48 | ROF | 2:30p | Aria/Torres | 04/23/15 | 8/10/15 | Natural | Bacterial Endocarditis | closed |
| 383 | 17 | | HM | 54 | CFCF | 8:11a | Aria/Torres | 07/17/15 | 8/11/15 | Natural | Intracerebral Hemorrhage | closed |
| 384 | 18 | | BMM | 57 | CEC | 2:44a | Temple Hosp | 08/05/15 | 11/29/15 | Natural | Hypertension/Cardio Vascular Disease | closed |
| 385 | 19 | | WM | 51 | CFCF | 7:50a | C2Pod4 cell2 | 12/11/15 | 12/15/15 | Natural | pending further investigation | open |

| No. | PP | Last | First | R/S | Age | Facility | Time | Place of DTH | Admit | Date Occ. | Manner | Cause of Death | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 386 | | | B/M | 46 | HOC | 6:52a | D1-554 cell | 03/21/16 | 3/25/16 | | Hanging | Closed |
| 2 | 387 | | | H/M | 39 | CFCF | 12:39b | A1-3 cell 14 | 01/05/16 | 4/14/16 | | Hanging | Closed |
| 3 | 388 | | | B/M | 25 | PICC | 10:52 | A1- cell 13 | 05/09/16 | 5/31/16 | | Hanging | Closed |
| 4 | 389 | | | W/M | 42 | ASDCU | 11:40 | Aria/Torres | 06/03/16 | 6/8/16 | | *GPU | Closed |
| 5 | 390 | | | B/M | 46 | CFCF | 2:30p | B-1-4-07 | 06/28/16 | 7/2/16 | | *OVD | Closed |
| 6 | 391 | | | H/M | 53 | CFCF | 9:30a | Jefferson | 01/20/16 | 8/25/16 | | AIDS | Closed |
| 7 | 392 | | | H/M | 36 | CFCF | 8:18A | B1-Pod4 #23 | 09/10/16 | 9/13/16 | Accidental | Drug intoxication | Closed |
| 8 | 393 | | | H/M | 31 | DC | 5:11pm | Nazareth Hosp. | 09/16/16 | 11/19/16 | | COVHD | Closed |
| 9 | 394 | | | W/M | 37 | CFCF | 6:21pm | B1-Pod4 #22 | 12/01/16 | 12/2/16 | | Hanging | Closed |
| 10 | | | | W/M | 29 | HOC | 10:00pm | F1-332 cell | 12/14/16 | 12/18/16 | | Hanging | Closed |