

| Commissioners Office of Special Investigations | SI-16-03-01 |
|---|---|
| | Death of Inmate Wilson, Gene E. PID # 1040945<br>**Cause of Death:** Hanging<br>**Manner of Death:** Suicide |

# Investigation Summary

### March 26, 2016 6:45 am

**RN Marilou Orgasan** was interviewed and gave the following statement: "At approximately 6:35am Officer Clarke told me that there was a stretcher call. I grabbed the equipment. Officer Novak and Officer O'Connor helped me with the equipment because I am by myself on Friday nights. When I arrived to the block I was met by Sgt. Cook, she told me that an inmate was found hanging. When I got to the cell an Officer was already performing CPR. The inmate was cold to the touch, unresponsive, not breathing and his nail beds were blue (cyanotic). The Officer cut his shirt open and I applied the AED machine. There was no shock advised. His Touch was sticking through his teeth and I tried to push it back to open the airway but I could not. I then applied the nasal cannula. We continued CPR until Fire Rescue arrived".

### 7:00 am

**Correctional Officer Jamillah Clarke PR# 275331** was interviewed and gave the following statement. "At approximately 6:35am I heard a call on the walkie for a stretcher to D1 Rear. I notified Nurse Orgasan and Officer Novak was on the key and he helped us with the equipment. When we arrived to the cell Sgt. Cook was performing CPR and then they switched from Fearon to Novak and O' Connor. Nurse Orgasan said call 911. Lt. Burnett was up the block and he called 911. They continued CPR until Fire Rescue Arrived".

Officer Clarke was questioned in regards to how many nurses were on duty? She replied "Just one, there is only on Friday and Saturday nights".

### 9:35 am

**Correctional Sergeant Aisha Cook PR#270552** was interviewed and gave the following statement: "Officer Fearon contacted me via walkie at approximately 6:32-6:35am. He said he needed medical to D1 rear. I called him back on the radio and asked him did he need a stretcher and he replied "Yes". I made an announcement on the radio that a stretcher was needed on the radio. Officer Brown then made an announcement over the loud speaker. I then ordered her to contact Lt. Burnett. I exited center control and went to D1. I observed Officer Fearon attempting to untie ligature from around his neck and then he laid inmate Wilson on the floor.

CPR was immediately started while I untied the ligature from around his neck. I then called over the walkie to medical, and told them to come to D1 rear ASAP and Lt. Burnett. I then relieved C/O Fearon and continued CPR until I was tired. C/O Fearon continued CPR and then he was relieved by Officer Novak. Nurse Orgasan began to setting up the equipment. I then went to retrieve the cut down kit and took the knife to cut open the inmate's shirt so the nurse could apply the AED machine. No shock was advised. She then advised me to call 911. I then called center control to call 911."



| Commissioners Office of Special Investigations | SI-16-03-01 |
|---|---|
| | Death of Inmate Wilson, Gene E. PID # 1040945<br>**Cause of Death:** Hanging<br>**Manner of Death:** Suicide |

## Investigation Summary cont'd

### 9:35 am
**Correctional Sergeant Aisha Cook PR#270552 cont'd**
Sgt. Cook was asked if she toured D1 block and stated "No, on certain weekends there is only one Sgt. and one Lt." She stated that she was the only Sgt. on duty that night. She stated that medical took about 3-4 minutes to arrive due to staffing. She stated that nurse Orgasan was the only nurse on duty and that there is only one nurse on duty on the weekends.

### 10:10 am
**Correctional Officer Thomasine Jeffcoat PR#278703** was interviewed and gave the following statement: "I was assigned to D1 block on the 11:00pm-7:00am shift. At approximately 6:30am I heard a stretcher call on the radio by Sgt. Cook. Sgt. Cook then came on the block, she ordered me to stay at the front of the block to make log entries of what's going on and who entered the unit. Sgt. Cook went down the block and called medical again on the radio. Medical then arrived with a few officers. Lt. Burnett then arrived. That is when they called on the walkie to call for 911. Paramedics arrived approximately 6:50am."

Officer Jeffcoat was questioned in regards to the incident and inmate Wilson. She stated that inmate Wilson came on the block at 12:00am and did not speak. She made a tour prior to his death around 6:15am. She toured all the way to the second gate. She saw inmate Wilson standing near the toilet and believed he was using the toilet and saw a part of his jumpsuit. She saw Officer Fearon make his tour at 6:30am of all lock-ins.

### 10:56 am
**Correctional Officer Clyde Fearon PR#277077** was interviewed and gave the following statement: "I was conducting a tour of D1 Rear when I arrived 554 cell. I didn't see the inmate on his bunk. I looked over to the right and I observed inmate Wilson crouched down between the wall and the toilet. I observed inmate Wilson with a bed sheet tied around his neck and tied around the push rod. After I untied the knot from the pushrod, I immediately began CPR until Sgt. Cook arrived. She then relieved me from CPR. By the time medical arrived with medical equipment, C/O Novak relived Sgt. Cook. The AED machine was applied and did not advise shock."

Officer Fearon was questioned in regards to the incident and inmate Wilson. He is responsible for D1 rear and made his tour around 5:59am and saw inmate Wilson lying on his bunk. When inmate Wilson was housed on the block he did say anything. He stated that he went to lunch at 12:30am and was relieved by the front officer. He said while performing CPR inmate Wilson's body felt warm to the touch.



| Commissioners Office of Special Investigations | SI-16-03-01<br>Death of Inmate Wilson, Gene E. PID # 1040945<br>Cause of Death: Hanging<br>Manner of Death: Suicide |
|---|---|

## Investigation Summary cont'd

**11:20 am**

**Correctional Officer Joseph Novak PR#281701** was interviewed and gave the following statement: "I was working on the DEF point when I heard a stretcher call to D1. I went to medical to assist C/O Clarke and the R.N. Me, Nurse Organan, C/O Clarke and O'Connor responed to the block. When I arrived to the cell I observed C/O Fearon performing CPR. Sgt. Cook left the cell to get the cut down kit and retrieved the hook knife to cut off the inmate's shirt. The AED machine was then applied. Once the AED instructed us to stop and clear, we continued CPR until fire rescue arrived."

Officer Novak was questioned in regards to inmate Wilson's body temp and stated that inmate Wilson felt luke warm while he was performing CPR.

**11:32 am**

**Correctional Officer Christopher O'Connor PR#274700** was interviewed and gave the following statement: "I was working on the ABC Point when I heard a stretcher call to D1. I went to medical to assist C/O Clarke and R.N. when we arrived to the cell, I observed Sgt. Cook performing CPR on inmate Wilson. She then cut the shirt with the hook knife. Nurse Orgasan applied the AED machine and it advised no shock. We continued CPR until Fire rescue arrived."

Officer O'Connor was questioned in regards to the incident and inmate Wilson. He stated he relieved Officer Novak and continued CPR. He stated that while performing CPR inmate Wilson felt cool to the touch; 15 minutes later Fire Rescue arrived.

**11:32 am**

**Correctional Lieutenant Manyeah Burnett PR#244215** was interviewed and gave the following statement: "I heard a stretcher call over the walkie about 6:35. I proceeded to the block and I heard another page over the loud speaker. When I arrived on the scene I observed Novak and O'Connor performing CPR. Nurse Orgasan was monitoring the AED machine. She then informed me to call 911. I called 911 from the city issued cell phone at 6:41am and then I called Major Porter at 6:44. He asked me was he deceased and did I call fire rescue. I told him that he was unresponsive and I called 911. At approximately 6:48 Fire Rescue arrived and pronounced him at 6:52am.

Lt. Burnett was questioned in regards to the incident and inmate Wilson. He stated that he did not perform CPR and that when fire rescue arrived they attached there AED machine to inmate Wilson. He stated that inmate Wilson was transferred from ASD and was to be housed in Administrative Segregation. Inmate Wilson's paperwork did not reflect any alerts. He stated that inmate Wilson was cleared by Behavioral Health.

**Confidential**


## Investigation Summary cont'd

**Nurse Marcella Ingram (memorandum)** She stated she entered the building near center control at approximately 6:45am. She was told by an officer that the nurse was on D1 and that there was a hanging. She hurried to the area and prepared herself to assist the nurse. When she arrived and entered the cell she observed a white sheet connected to the toilet, an inmate on the floor with oxygen and the AED machine connected him. She states that nurse Orgasan and two Officers were present and administering CPR. She stated paramedics arrived a few minutes later and performed a EKG.

### March 28, 2016 3:50 pm

**Correctional Lieutenant Thakadiparambil Thomson PR#253489** was interviewed and gave the following statement: "At approximately 8:00pm, Sgt. Carmona told me that the trip had returned from the hospital. I then notified Major Talmadge via county cell phone. Approximately 8:30pm, Sgt. Roane told me that inmate Wilson wants to be put in P.C. (protective custody). I went to medical and asked him (inmate Wilson) why he wanted P.C. He said he doesn't feel safe here; I asked him why and he stated because people are after him and he did not feel safe. I asked him could he name them and he said no. I told him that proper procedure is that he has to identify who he needs protection from. He refused again. I told him that I would walk him back to the unit and he could point them out and he said no. I asked him what was going on, he said he had a barbershop a couple of years ago and he was robbed. At that time he said im not going back on that unit because "I'm going to get hurt or I'm going to hurt somebody". I called major Talmadge and explained what happened and she explained to me the procedures of placing him in protective custody and since he said that he wanted to hurt someone if he didn't get moved. Major Talmadge ordered me to place him in Administrative Segregation. I then relayed that message to inmate Wilson and he said he didn't care. I then checked his M/H history to see if he had some mental health issues and he did not have any. So I told Sgt. Roane to call CFCF/MHM and at that time nurse already called M/H. I prepared the SMO (Special Management Placement Order) and faxed it to CMR. CMR then issued a petition to transfer the inmate to HOC (House of Correction). He was then waiting to be cleared by Mental Health. The Officers collected his property and took him to HOC".

Lieutenant Thomson was questioned in regards to inmate Wilson. He stated that inmate Wilson did not tell him that he wanted to hurt his self or correctional staff. He stated that inmate Wilson did not state that he had any medical complaints during their encounter. He stated that inmate Wilson was not placed in P.C. due to his comment that he was going to hurt someone if he did not go to P.C. He stated that it was Major Talmadge's decision to place inmate Wilson in Admin Seg. He stated that CMR made the determination to send him to HOC. He stated that there are 3 units at ASD and that there is no space to house special management inmates (i.e. p.c. , punitive, adseg). He stated that upon approval from a supervisor and under certain circumstances Inmate Wilson could not have been sent to a different unit within ASD.



| Commissioners Office of Special Investigations | SI-16-03-01 <br> Death of Inmate Wilson, Gene E. PID # 1040945 <br> Cause of Death: Hanging <br> Manner of Death: Suicide |
|---|---|

## Investigation Summary cont'd

**Deputy Warden Cathy Talmadge PR#180574 (memorandum)** She stated that on March 25, 2016 Lt. Thomson contacted her in regards Inmate Gene Wilson and that he was requesting Protective Custody. She stated that Lt. Thomson expressed to her that the inmate would not identify whom he needed protection from. She stated that she instructed Lt. Thomson to inform the inmate that name of the person or persons was needed to eliminate the chances of him being housed on the same unit or block. She stated that it was relayed to her that inmate Wilson was robbed and he refused to identify those involved. When inmate Wilson stated that he was going to be hurt or he was going to hurt someone, she instructed Lt. Thomson to place inmate Wilson in Administration Placement due to his remarks that he was going to hurt his self or someone. She stated that she based her decision on the specs of administrative placement: "(from policy) The inmate, in judgment of staff, may for any reason pose a threat to himself, herself, others or the security of the facility".

### 3-26-2016
**Inmate Terrance Jones PID #1031333** submitted a memorandum and stated the following: "Around 11 o clock the old head (inmate Wilson) came to 54 cell. First he started hitting the wall then I seen him and asked what was wrong and he said "youngin fuck life, im done I can't do this." I thought he was playing but he said "I love you youngin" and he twisted up his sheet then he went to the toilet and I did not see him again until I heard all the C/O's coming.

### 3-26-2016
**Inmate Hakeem Jones PID #1005158** submitted a memorandum and stated the following: "I woke up ol head was talking to my cell mate then I went back to sleep. When I awoke I saw ol head on the ground receiving help".

**Confidential**

6

Def Prod207

|  **Commissioners Office of Special Investigations** | **SI-16-03-01** <br> Death of Inmate Wilson, Gene E. PID # 1040945 <br> Cause of Death: Hanging <br> Manner of Death: Suicide |
|---|---|

# ANALYSIS

From: Sandy Varghese, Community Health Nursing Supervisor

Inmate Gene Wilson was admitted to PDP on March 21, 2016. The following is a summary of his medical record:

**3/21/16:** Intake screening and H&P completed. Denied any medical or behavioral health issues.

**3/23/16:** Seen by the BH for 14-day screening. Denied any medical or behavioral health issues.

**3/24/16:** Seen in Triage, complained that he needs to get out of jail, feels anxiety and unsafe here, feels nauseous, threw up 3 times, nosebleed, needs to go to a cell or protective custody. BH routine referral completed, noted that he was depressed, anxious, feels nauseous due to stress. Corrections Sgt. notified of need for Protective Custody.

**3/25/16 1253:** Seen in Triage for complaints of right lower quadrant pain rated as 8/10. Vomited 10 times, started throwing up food yesterday, then vomited green mucous twice. Also has diarrhea. Sent to ER for rule out appendicitis. Diagnosed at the hospital with Abdominal Pain. He was treated with IV fluids, Morphine, Ondansetron (Zofran) and discharged with a prescription for Motrin. Evaluated upon return from ER. He did not want to go back to cell saying he feels unsafe in this jail and needs protective custody; Corrections notified.

**3/25/16 9:18PM:** Segregation placement review completed. Inmate cleared for Segregation.

**3/25/16:** Seen for Emergent BH referral due to Segregation placement. Stated that he wanted PC because he is scared, there is an issue between West Philly and South Philly, he is no longer young and doesn't want anyone to do anything to him. Cleared for PC.

**3/26/16 0635:** Stretcher Call, unable to take vitals, inmate unresponsive to any stimuli and found pulse less. Inmate was found lying on the floor, CPR in progress. Cold to touch, nail beds cyanotic, no pulses felt but CPR continued. Inmate's tongue was partially out of mouth and tongue could not be pushed back in so oxygen given via nasal cannula t 4l/min, administered with the head tilt position. AED used but no shock was advised, 911 called. Fire Rescue arrived at 0650, pronounced by EMT at 0652. Nurse noted that there was a white bed sheet attached to the black toilet seat cover.

|  **Commissioners Office of Special Investigations** | <u>SI-16-03-01</u><br>Death of Inmate Wilson, Gene E. PID # 1040945<br>**Cause of Death: Hanging**<br>**Manner of Death: Suicide** |

## CONCLUSION

A perusal of Inmate Wilson's PDP file revealed that he was adequately provided with the services afforded to all inmates. Based on staff interviews, medical reports and the Medical Examiner's findings, there was no indication that there was any malfeasance on the part of PDP staff and contract employees. Furthermore, there was no evidence of foul play that would have led up to his death.

Therefore, any allegation of misconduct is **Not Sustained**.