# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RENA ABRAN,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | No. 18-cv-1107 |
| **CITY OF PHILADELPHIA, ET AL.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 17th day of November, 2020, upon consideration of the "Motion for Summary Judgment" (ECF No. 100) by Defendants Corizon Health, Inc. and Marilou Orgasan, R.N. (collectively, the "Medical Defendants"), the "Motion for Summary Judgment" (ECF No. 101) by Defendants City of Philadelphia, Blanche Carney, Gerald May, Nancy Giannetta, William Lawton, Cathy Talmadge, Aisha Cook, and Clyde Fearon (collectively, the "City Defendants"), Plaintiff's responses in opposition (ECF Nos. 111, 112), and the Medical and City Defendants' replies (ECF Nos. 113, 122), and following oral argument, it is hereby **ORDERED** that:

- The Medical Defendants' Motion for Summary Judgment is **GRANTED**.
- The City Defendants' Motion for Summary Judgment is **GRANTED**.
- The Clerk of Court is directed to mark this action as **CLOSED**.

                          **BY THE COURT:**

                          */s/ Mitchell S. Goldberg*
                          **MITCHELL S. GOLDBERG, J.**