IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENA ABRAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | No. 2:18-cv-01107 |
| CITY OF PHILADELPHIA, ET AL, | : | JUDGE: GOLDBERG |
| | : | |
| Defendants | : | |

NOTICE OF APPEAL

Notice is hereby given that Rena Abran, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from: (1) the November 17, 2020 Order (Dkt. No.2:18-cv-01107) granting the defendants' (ECF No. 100 and ECF No. 101) Motions for Summary Judgment in favor of Defendants Corizon Health, Inc. and Marilou Orgasan and the City of Philadelphia and wherein the Honorable Judge Goldberg;

/s/ Troy H. Wilson
Respectfully submitted,
Troy H. Wilson, Esquire
Counsel for Plaintiff,
Rena Abran

Dated: December 8, 2020